# EXHIBIT A

Letter from Secretary of Homeland Security Markwayne Mullin
to California Secretary of State Shirley N. Weber, Ph.D.

*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

Homeland Security

July 16, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Dear Secretary Weber:

The Department of Homeland Security is responsible for immigration enforcement and protecting election infrastructure. Both of these responsibilities are critical in my mission to protect the Homeland. I am writing to make you aware of the concerning results of a recent analysis of California's publicly available voter registration database information. Preliminary review of the records revealed **that there may be as many as 190,832 non-citizens** registered to vote in California. As an example, we found 81,336 California registrants for whom the name, date of birth, address and Social Security number match a non-citizen in our files. The most efficient way to ensure the accuracy of our findings is to work collaboratively on identity verification.

I hope that you share in the commitment to ensure that only U.S. citizens participate in our federal elections. Allowing just one non-citizen to vote cancels the vote of one U.S. citizen. States are responsible for voter registration, and the federal government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect U.S. elections.

My team is ready to support you and has resources available to enable you to positively identify the individual non-citizens registered in your state. We will assist you with the process and provide immigration records, pursuant to 8 U.S.C. § 1373, that will allow you to take steps to protect California voters and ensure that ineligible voters will not impact upcoming federal elections.

Please contact elections@hq.dhs.gov at DHS by July 30, 2026. We look forward to this collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security