# Exhibit B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No: 2:26-cv-12025<br><br>**DECLARATION OF ANGELICA RAZO IN SUPPORT OF MI FAMILIA EN ACCIÓN'S MOTION TO INTERVENE AS DEFENDANT** |

I, Angelica Razo, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am National Director of Campaigns and Programs of Mi Familia en Acción ("MFA"). I have served in that position since April 2025. I am responsible for overseeing MFA's state strategies and local plans, which includes providing support to our state chapters. I also oversee our state leadership teams and support our national strategic efforts.

3. MFA is a national, non-profit civic engagement organization with a mission of uniting Latino, immigrant, and allied communities to promote social and economic justice through increased civic participation. MFA and its sister organization Mi Familia Vota encourage non-partisan voter registration and voter participation and have challenged voter suppression around the nation. *See, e.g.*, *Mi Familia Vota v. Fontes*, 129 F.4th 691 (9th Cir. 2025), *cert. granted sub nom. Republican Nat'l Comm. v. Mi Familia Vota*, 146 S. Ct. 2799 (2026). MFA has operations in eight states, including California.

4. MFA's operations in California include voter registration, voter education, and voter mobilization programs, particularly among the Latino, immigrant, and allied communities. MFA focuses on engaging low-propensity voters who may not be served by other organizations. MFA has helped countless Californians register to vote and has also conducted voter education and get-out-the-vote campaigns.

5. The communities MFA serves in California include recently naturalized citizens. MFA is dedicated to ensuring that naturalized citizens have access to the franchise on the same terms as all other citizens. To accomplish that, MFA has dedicated substantial resources to registering naturalized citizens, encouraging them to vote, and educating them about their rights as voters. This work

is particularly important for naturalized citizens because many are not aware of their rights; in fact, rates of voter registration and voter participation are historically lower for naturalized citizens than other groups.

6. I know from my work and the work of others at MFA that many naturalized citizens are also hesitant to register to vote and to vote because of threats made against them and their families by public officials, particularly under the current administration. Many naturalized citizens fear that they may expose themselves to extra scrutiny or retaliation if they exercise their constitutional right to vote. MFA works to dispel such concerns so that naturalized citizens are not deterred from participating in our democracy.

7. The midterm elections in California are already underway, as is MFA's work in California relating to those elections. MFA has already dedicated significant resources to encouraging voters in the communities it serves to register to vote and to vote, including by mail. And MFA will continue to do so in the weeks leading up to the election, which will conclude in just a few short weeks. In the upcoming weeks MFA intends to engage with approximately 50,000 voters in California.

8. I understand that the Department of Justice ("DOJ") has sued California, asking the Court to order the State not to tabulate vote-by-mail ballots from individuals that the federal government identified as possible noncitizens, unless their citizenship can be confirmed.

9. I also understand that when the federal government and state governments have previously tried to create lists of suspected noncitizens on voter rolls, the error rates have been extraordinarily high, with many *citizens*—particularly naturalized citizens, whose records in various government databases may not be up-to-date or accurate—falsely misidentified as noncitizens.

10. California municipalities began mailing ballots to registered voters earlier this month, and voting is already underway. If DOJ succeeds, voters in the

communities MFA serves in California will be at risk of having their ballots—including some that are already cast—set aside or left uncounted. This is of particular concern because these communities include many naturalized citizens, who are the most likely to be wrongly flagged by federal databases. Further, voters whose ballots are set aside may not even realize it has happened or be able to prove their citizenship in time for their ballots to be counted. The result will be disenfranchisement. It is critical to MFA's mission, and the programming serving that mission, that the right to vote is secure and free from interference by federal agencies—including these last minute wrongful efforts by DOJ.

11. If DOJ is successful and California sets aside or refuses to tabulate ballots cast by thousands of registered voters, it would not only undermine and undo much of the work MFA has already done, it would also severely impair MFA's work going forward in the final weeks before election day. Voters that MFA encouraged to vote may well be included erroneously on DOJ's list; if their ballots are not counted because of DOJ's extraordinary demand, MFA's work encouraging them to vote will be directly undone. Further, MFA would be forced to retool its programing to attempt to identify impacted voters and assist them in proving their citizenship, which for many voters is difficult. That would be time-consuming and resource-intensive, detracting from MFA's other mission-critical voter engagement work at a particularly crucial time.

12. Making matters worse, many voters in the communities MFA serves may be deterred from participating in voting at all given DOJ's threats. Some may conclude that voting exposes themselves to unnecessary risks of being misidentified as a noncitizen. And some may conclude that, since their lawfully cast ballots may never be counted, voting is not worth it. This would also directly undermine MFA's prior work and impair its work going forward for the 2026 election and beyond.

13. The timing of DOJ's demands further exacerbates these injuries to MFA. The final weeks before Election Day are the most important period of MFA's voter engagement work, and MFA has already planned its staff time, volunteer capacity, and resources for this period around turning out voters and helping them return their ballots. Every hour that MFA's staff and volunteers spend responding to the chaos sowed by DOJ's demands is an hour they cannot spend helping voters in our communities make sure their votes are counted and executing MFA's other election programming. There is no time now for MFA to plan for, absorb, or recover from this disruption; the lost staff time and volunteer energy is a total loss. And if eligible voters' ballots are unjustly set aside or go uncounted in this election, that harm obviously cannot be undone after Election Day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 10/15/2026

Angelica Razo

Angelica Razo