# Exhibit D

Uzoma N. Nkwonta* (DC Bar No. 975323)
unkwonta@elias.law
Branden D. Lewiston* (DC Bar No. 252550)
blewiston@elias.law
Julianna D. Astarita* (DC Bar No. 90041368)
jastarita@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135

Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (202) 948-1135

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
F: (213) 277-8989

*Counsel for Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network and Mi Familia en Acción*

* *Pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No: 26-cv-12025

**DECLARATION OF COUNSEL TYLER L. BISHOP UNDER LOCAL RULE 7-3**

Hearing Date: TBD*

I, Tyler L. Bishop, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am an associate at Elias Law Group LLP. I am counsel for Services, Immigrant Rights and Education Network ("SIREN") and Mi Familia en Acción ("MFA"), who are Proposed Intervenors in this matter.

3. I made a good-faith attempt to confer with counsel for Plaintiff and Defendants about the relief sought by this Motion, as required by Local Rule 7-3.

4. I conferred with counsel for Defendant Secretary of State Shirley Weber on October 15, 2026, by phone. Counsel for the Secretary indicated that she would take no position on Proposed Intervenors' motion.

5. I emailed Plaintiff's counsel, on October 15, 2026, indicating Proposed Intervenors' intent to file the instant motion and attempting to schedule a telephonic or video conference urgently, in light of Plaintiff's stated intent to seek emergency relief relating to the ongoing election. Plaintiff's counsel proposed meeting and conferring on October 20, 2026.

6. I informed Plaintiff's counsel that we sought to confer on October 15, 2026, because Plaintiff seeks emergency relief. I offered to confer with Plaintiff's counsel at any time on October 15, by either telephone or video. Plaintiff's counsel responded that they are unavailable to confer until October 20, 2026, and did not state Plaintiff's position on the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2026

/s/ *Tyler L. Bishop*
Tyler L. Bishop