**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No: 2:26-cv-12025<br>**[PROPOSED] ORDER GRANTING SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK AND MI FAMILIA EN ACCIÓN'S MOTION TO INTERVENE** |

Services, Immigrant Rights and Education Network, and Mi Familia en Acción moved to intervene as defendants in this matter. The Court, having considered the papers submitted in connection with said Motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, hereby GRANTS the Motion.

IT IS SO ORDERED on this ______ day of ________________, 2026

*/s/*____________________

United States District Court Judge