# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,<br>*Defendants.* | Case No. 2:26-cv-12025<br><br>**DECLARATION OF JUAN PROAÑO IN SUPPORT OF LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH'S MOTION TO INTERVENE AS DEFENDANTS** |

I, Juan Proaño, pursuant to 28 U.S.C. § 1746, declare that the following statements are true and correct to the best of my knowledge and belief:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, belief, and information.

2. I am the Chief Executive Officer of League of United Latin American Citizens (LULAC), a position I have held since November 2023. In my role as Chief Executive Officer, I oversee the day-to-day operations at LULAC and work to amplify the organization's advocacy initiatives and action-oriented programs.

3. LULAC is the largest and oldest Latino civil rights organization in the United States. Since its founding in 1929, LULAC's mission has been to improve the lives of Latino families throughout the United States. Among many things, that mission means we work hard to protect the civil rights, including the voting rights, of the Latino community.

4. We also do this work through our local councils across the United States. LULAC is a nationwide, non-profit, non-partisan, membership-based organization with more than 400 councils and over 500,000 members. Through community-based programs led by our local councils, LULAC works to advance the voting rights, economic conditions, educational attainment, and health outcomes of the Hispanic community. LULAC programs include voter registration drives, as well as education and health promotion events.

5. LULAC and its councils have been parties in voting rights litigation in defense of the Latino community. *See, e.g.*, *League of United Latin Am. Citizens v. Perry*, 548 U.S. 399 (2006); *LULAC Kan. v. Cox*, No. 2:18-cv-2572 (D. Kan. 2018); *LULAC Ariz. v. Reagan*, 2:17-cv-04102-DGC (D. Ariz. 2018).

6. LULAC has 28 local councils in California. Altogether, LULAC has more than 40,000 members in California, making it one of the states with the most LULAC members in the nation. These members are in cities and towns across the state.

7. LULAC has over 5,700 members in Los Angeles County and at least five

councils there: Young Professionals, Long Beach, Antelope Valley, UCLA, and USC. Many of these councils focus on expanding educational opportunities for the Latino community.

8. LULAC's California membership is deeply civically and politically engaged. At least 80 percent of our California members are registered to vote. And at least 80 percent of LULAC's members who are registered to vote did so in 2020 and at least 75 percent voted in 2022.

9. At California LULAC's annual state conference, LULAC promotes voting and has engaged in a voter registration campaign. LULAC testifies on state legislation and holds educational events on many issues including voting-related issues. All this work is aimed at empowering the Latino community at the local, state, and national level and making sure the voices of Latino voters are heard by their elected representatives.

10. LULAC holds get-out-the-vote programs before elections to encourage its members to vote. For example, LULAC's councils register prospective voters and hold voter registration drives at schools, churches, and other community events. Through these programs, LULAC councils educate their members and other community members about voter registration, in-person voting options, vote-by-mail applications, and vote-by-mail deadlines.

11. California LULAC and local LULAC councils distribute information on how to register to vote, check voter registration status, vote by mail-in ballot, and find polling locations for voters who do not know where they should vote. LULAC holds get-out-the-vote programs before elections to encourage its members to vote. LULAC also helps voters check their registration status by talking to community members, hosting events, and sharing videos and social media posts that link to California's voter status tool.

12. Our councils in Los Angeles County and other councils across the state

have helped voters register to vote and are now in the midst of encouraging members to vote by mail or at a polling location ahead of the November 3, 2026 election.

13. LULAC has many members in California and Los Angeles County specifically who are naturalized U.S. citizens. These members have files with U.S. Citizenship and Immigration Services due to their naturalization process. Many LULAC members in Los Angeles County also vote by mail, particularly because California is a primarily vote-by-mail state and sends mail ballots to all eligible registered voters.

14. As I understand, only 19 days before Election Day and 10 days after counties began mailing mail-ballots to all registered voters, the federal government sued California and Los Angeles County seeking to prevent ballots from being tabulated for approximately 20,000 registered voters in Los Angeles County and to impose additional, unidentified, citizenship verification requirements on those voters. It is possible that some LULAC members and other constituents LULAC has helped to register to vote or encouraged to get out the vote appear on the federal government's list.

15. This is the first time I have ever seen the federal government attempt to interfere in a state's voting process so close to Election Day and change the way the state carries out its laws related to mail-in ballots and counting those ballots.

16. LULAC plays an important role for its members and constituents in the Latino community and is regarded as a trusted messenger. And this suit undermines LULAC's reputation because members who registered to vote with LULAC or who plan to vote by mail now question LULAC's message to them.

17. LULAC is concerned that with this case, lawful citizen voters, including some of its members, will be erroneously removed from the rolls through no fault of their own, especially since the federal government gave California and Los Angeles County only 48 hours to determine citizenship.

18. Not only does this suit harm LULAC's reputation as a trusted community organization, but it also harms the mission of the organization, particularly if a court agrees to what the federal government is asking California and Los Angeles County to do. LULAC's civic engagement efforts have already been impacted because this suit has planted the seed of distrust in the voting process among LULAC's members in California. And this suit undermines LULAC's core mission, which has been to educate and encourage its members and constituents to register to vote and vote in the upcoming election.

19. If the federal government's attempt is successful, LULAC will have to rush to change its existing activities and voter education efforts to inform LULAC members in Los Angeles that their ballots may not be tabulated or that they may need to change their voting plan if they want to ensure that their ballots are not set aside. Given the proximity to Election Day, LULAC is concerned that it will be unable to reach everyone affected and it will have to work overtime to help affected constituents.

20. LULAC will also need to change its voter protection efforts by assisting impacted members and helping them comply with whatever new federal proof of citizenship requirements are imposed on them. Undertaking this kind of enormous effort less than 20 days before Election Day and more than a week after the County mailed its ballots will drain the resources and staff time of LULAC's leadership. If leadership is unable to update its educational materials, then LULAC will be unable to reach its members and constituents in Los Angeles County who are likely to be impacted by this suit. That will severely undermine all the work LULAC has put into civic engagement efforts leading up to this election.

21. This lawsuit also harms LULAC's members in Los Angeles because it creates a substantial risk that they will be wrongfully disenfranchised or that they will face voter registration requirements not imposed on most voters in California.

22. With its largely Latino constituency in Los Angeles County, many of

whom are naturalized citizens, LULAC's members have been singled out and targeted, particularly as the federal government has carried out immigration enforcement efforts against community members who the government believes to be noncitizens. Mixed-status families have been torn apart, so members are fearful that the federal government will find reasons to target or prosecute them for lawfully casting a ballot. These actions have already had a chilling effect. Now, with the federal government's new suit, that chilling effect is compounded and LULAC's members in Los Angeles County are reticent to exercise their right to vote.

23. I am aware that already this year a U.S. citizen and LULAC member was wrongfully purged from the rolls in another context. Domingo Garcia, who served as LULAC's National President until 2024, was flagged in Texas as a deceased voter and removed from the rolls. This example illustrates how data matching systems can produce false positives, including against living, eligible LULAC members. This example is relevant because the list of 20,000 individuals identified by the federal government as "noncitizens" likely includes errors. This means that the ballots of lawfully registered voters may not be counted, and they will be disenfranchised as a result.

24. I am concerned that segregating citizens' votes and refusing to count their valid ballots just because they appear on the federal government's list burdens the voting rights of LULAC members who are otherwise eligible to vote. This process would also create fear in qualified voters in our communities and affect voting in future elections, extending the suit's chilling impact far beyond this upcoming election.

25. A major goal of our civic engagement work is to encourage all eligible California voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe their ballots will not be counted or their citizenship will be subjected to additional, unwarranted scrutiny simply for

attempting to vote.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Juan Proaño

Executed this 16th day of October, 2026