# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,<br>*Defendants.* | Case No. 2:26-cv-12025<br><br>**DECLARATION OF TYLER STERLING IN SUPPORT OF LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH'S MOTION TO INTERVENE AS DEFENDANTS** |

I, Tyler Sterling, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am National Director of Campaigns for the National Association for the Advancement of Colored People ("NAACP"), and I have served in that position since September 2021.

3. The NAACP is headquartered in Baltimore, Maryland, and operates across the entire country, including in California.

4. The NAACP has approximately 200,000 formal members nationwide. The NAACP is a non-partisan organization that maintains many units, including state and state-regional conferences that cover every state plus the District of Columbia. One such state-regional conference is the NAACP California Hawaii State Conference. There are approximately 12,000 active NAACP members in California.

5. The NAACP also has over two thousand local branches, college chapters, prison chapters, and youth councils. One such local branch is the NAACP Los Angeles Branch, which has more than 1,000 members.

6. The NAACP was founded in 1909 by pioneers of racial justice in the United States and it is the nation's oldest civil rights organization. Today, the NAACP's mission is to achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

7. The NAACP has a long history of members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. In a seminal case on the First Amendment, the NAACP successfully defended against the disclosure of its membership lists to the State of Alabama on the basis of the right to free association.

*See NAACP v. Alabama*, 357 U.S. 449 (1958). The NAACP maintains this longstanding tradition of protecting members and supporters from the unlawful disclosure of their personal information in response to government overreach and unlawful invasions of privacy.

8. Among its many initiatives, the NAACP works to mobilize voters through robust non-partisan civic engagement and get-out-the-vote programming. For example, NAACP, in conjunction with partners across the country, has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. In the lead up to the 2024 elections, the NAACP recruited over 100,000 volunteers across the country to execute these programs. The NAACP has also engaged in voter protection efforts, advocating on behalf of voters across the country to ensure that the law is followed and that the right to vote is respected and protected. These efforts include litigation, a voter protection hub and voter guides, and voter protection command centers staffed by dozens of lawyers and law students. Naturally, voter registration is crucial to all of these civic engagement efforts. The NAACP is currently taking steps to educate and register voters for elections, including referenda, taking place in November 2026. The NAACP is currently a party in lawsuits to protect voting rights and is seeking judgments that will impact the 2026 elections. As it does in every election cycle, the NAACP has ramped up its election and voter protection efforts as the 2026 elections draw near.

9. The NAACP plays a crucial role for its members and constituents as the Black community's most trusted messenger and the country's largest civil rights organization, especially in a public square rife with political noise and distractions.

10. I understand that 19 days before Election Day, the federal government has sued California and Los Angeles County seeking to prevent ballots from being counted for approximately 20,000 registered voters in Los Angeles County and to impose additional, but unidentified, citizenship verification requirements on those voters.

11. If this attempt is successful, it will harm the missions of the NAACP, the NAACP California/Hawaii State Conference, and the NAACP Los Angeles Branch. Organizationally, the NAACP will have to rush to revamp its voter education efforts to inform NAACP members in Los Angeles about the impacts of this lawsuit, and mobilization efforts will be impacted because this suit will sow distrust in the voting process. The NAACP also will have to ramp up voter protection efforts by assisting impacted members to ensure that they are able to comply with whatever new proof-of-citizenship requirements are imposed on them.

12. This lawsuit also harms our members because it creates a substantial risk that they will be wrongfully disenfranchised or that they will face voter registration requirements not imposed on most California voters.

13. The NAACP, its state and local units, and its members have been singled out and targeted many times over the years by government officials and other individuals who disagree with our mission. NAACP leaders and politically vocal members, for example, have been targeted with unjust espionage and investigation—and sometimes even physical violence—because of their advocacy efforts. Against this backdrop, the prospect of wrongful removal from the voter rolls by the federal government is especially chilling for the NAACP and its members.

14. I am concerned that segregating and failing to tabulate the ballots of registered voters and subjecting some voters to proof-of-residency requirements that most California voters need not meet will deter qualified voters in our communities from participating in the franchise. That is particularly so because the federal government's efforts do not reflect good faith efforts to improve the electoral system or voter rolls. Instead, those efforts appear driven by a desire to spread misinformation and disinformation about non-existent voter fraud and to punish people and jurisdictions viewed as opposing the current administration's agenda.

15. The federal government's efforts to block some voters from having their ballots counted is likely to sow distrust of the electoral system, further frustrating our mission, which requires community members to make their voices heard at the ballot box. These concerns are especially notable for voters who are skeptical of the electoral system and worried about improper government scrutiny, including younger voters, naturalized and first-generation citizen voters, and voters who were formerly incarcerated. Our membership in California includes all of these groups of persons. Our membership in California also includes voters who are disproportionately reliant on vote-by-mail, such as voters who are elderly or disabled.

16. A major goal of our civic engagement work is to encourage all eligible California voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe their ballots will not be counted or their citizenship will be subjected to additional, unwarranted scrutiny simply for attempting to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 16, 2026

Tyler Sterling
National Director of Campaigns, NAACP