# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,<br>*Defendants.* | Case No. 2:26-cv-12025<br>**DECLARATION OF ANNA BALDWIN PURSUANT TO LOCAL RULE 7-3** |

I, Anna Baldwin, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Director, Voting Rights Litigation at Campaign Legal Center and one of the attorneys for Proposed Intervenor-Defendants the League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (NAACP) (collectively, Proposed Intervenor-Defendants) in this action. My application to appear *pro hac vice* is forthcoming.

3. Prior to filing their Motion to Intervene, Proposed Intervenor-Defendants made good faith efforts to confer with counsel for the Plaintiff as required by Local Rule 7-3. In addition, Proposed Intervenor-Defendants made good faith efforts to confer with counsel for the Defendants.

4. As a result of Plaintiff's representation that it would be seeking "Emergency Relief," ECF No. 1-3, Proposed Intervenor-Defendants sought to confer on an expeditious basis to protect their interests.

5. On October 15, 2026, at 10:39 AM Pacific, I e-mailed attorneys Julie Hamill and Andrew Darlington, counsel for the Plaintiff, requesting a Zoom conferral on Proposed Intervenor-Defendants' Motion to Intervene before 2:00 PM. In response to my email, Attorney Darlington indicated that Plaintiff opposed our request as premature and that Plaintiff would only confer after Defendants were served and the case was assigned. Attorney Darlington indicated that, should Proposed Intervenor-Defendants move prior to those events, Plaintiff requested that our papers include the following language: "The United States opposes this request. It is premature. Defendants should be properly served, and a judge should be assigned to the case."

6. I indicated our disagreement with the Plaintiff's position, and reiterated our request for a conferral, in two additional e-mails. In response, Attorney Hamill indicated that Plaintiff was available to confer on Tuesday, October 20, 2026, between

1:00 and 3:00 PM Pacific. I once again reiterated my request to confer during the afternoon or evening of October 15 but received no further response.

7. On October 15, 2026, I conferred via e-mail and telephone with Attorneys Anne Bellows and Michael Cohen, counsel for Defendants the State of California and Secretary Weber, who indicated that California and Secretary Weber take no position on Proposed Intervenor-Defendants' Motion to Intervene.

8. On October 15, 2026, I e-mailed Eva Chu and Adam Baumgarten, counsel for Defendant Los Angeles County Registrar-Recorder/County Clerk Dean C. Logan, requesting their availability for a brief Zoom conferral on Proposed Intervenor-Defendants' Motion to Intervene. Attorney Chu indicated that counsel for Defendant Logan was not available on October 15. In response, I requested that Defendant Logan provide his position on the Motion by e-mail, and counsel responded that for Defendant Logan takes no position on Proposed Intervenor-Defendants' Motion to Intervene.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 16, 2026

Anna Baldwin
Director, Voting Rights Litigation
Campaign Legal Center