**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
*Plaintiff*,
v.
STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,
*Defendants*.

Case No. 2:26-cv-12025

**[PROPOSED] ORDER GRANTING LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH'S MOTION TO INTERVENE AS DEFENDANTS**

On October 16, 2026, the League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch moved to intervene as Defendants in this matter. The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, HEREBY ORDERS that Proposed Intervenor-Defendants Motion to Intervene is GRANTED.

IT IS SO ORDERED on this ______ day of _____________, 2026.

/s/____________________

United States District Court Judge