DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM H. BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**DEFENDANT DEAN C. LOGAN'S, IN HIS OFFICIAL CAPACITY AS THE COUNTY OF LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK, NOTICE OF JOINDER IN THE STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S NOTICE OF RELATED CASE**

Judge: Not Yet Assigned
Action Filed: October 15, 2026

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"), by and through his attorneys of record, hereby joins in the opposition to Plaintiff United States of America's (the "Government") Notice of Related Case filed by Defendants STATE OF CALIFORNIA and SHIRLEY N. WEBER, in her official capacity as the California Secretary of State (the "State Defendants"). (*See* Dkt. 9.)

Like the State Defendants, the County opposes the Government's Notice of Related Case for the arguments and authorities set forth in the State Defendants' opposition. The County therefore joins in the State Defendants' position that the instant case arises closely from related events and calls for determination of substantially related questions of law and fact as the case pending in this District, *United States v. Weber*, Case No. 2:25-cv-09149-DOC-ADS (C.D. Cal.), and should accordingly be deemed related.

Dated: October 16, 2026

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM
ABIGAIL URQUHART
ALEX SCANDROLI

By: */s/ Christopher Pelham*
CHRISTOPHER PELHAM
Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk