TODD BLANCHE
Attorney General
R. TRENT MCCOTTER
Acting Deputy Attorney General
JOHN K. ADAMS
Associate Deputy Attorney General
ANDREW M. DARLINGTON
Counsel to the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
J. ROBERT RENNER (Cal. Bar No. 148587)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
*United States of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025

**UNITED STATES' *EX PARTE* APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR UNITED STATES' MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65 and Local Rule 7-19, United States of America, Plaintiff in the above-captioned matter, hereby applies *ex parte* to this Court for an order granting the United States permission to exceed the Central District of California's 7,000 word limit, set forth in Local Rule 11-6.1, to 10,500 words for the United States' Memorandum in Support of its Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Memorandum").

The Local Rules state that "[e]xcept as otherwise provided in this rule or ordered by a judge, no memorandum of points and authorities, pretrial brief, trial brief, or posttrial brief may exceed 7,000 words…." See L.R. 11-6.1.

The United States' TRO Memorandum is approximately 10,500 words. Because the TRO Memorandum exceeds the limits imposed by the Local Rules, the United States requests leave of Court to file an overlong brief. The additional length is necessary to properly address all facts and develop the United States' arguments, which concern complex areas of Constitutional and statutory law, applied to a robust record of facts developed by multiple agencies.

The United States has undertaken every effort to keep the TRO Memorandum at a reasonable length given the breadth of material it covers. However, the additional space is necessary to fully brief the Court on the issues, which center around the critically important subject of election integrity.

This Court has the "full discretion to grant leave to exceed the page [and word] limits set forth in the Local Civil Rules[.]" *Traylor Bros., Inc. v. San Diego Unified Port Dist.*, 2012 WL 1019966, at *2 (S.D. Cal. Mar. 26, 2012) (citing *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (en banc)); *see also Ward v. Cal. Dep't of Corr. and Rehab.*, 2013 WL 12246625, at *4 (C.D. Cal. June 26, 2013) ("A court has broad discretion to depart from the Local Rules.") (citing *Ball v. Colco–Tylerton, L.P.*, 2002 WL 32985907, at *2 (C.D. Cal. Oct. 23, 2002)). Granting leave to file an enlarged

brief is appropriate where, as the United States does here, "the movant adequately explains the need for additional pages." *Siegler v. Sorrento Therapeutics, Inc.*, 2019 WL 4261054, at *2 (S.D. Cal. Sept. 9, 2019).

The United States' request to file an enlarged brief is warranted here because the factual and legal issues presented in the Application for TRO are complex and touch on critical issues of public policy. *Hoopa Valley Tribe v. United States Bureau of Reclamation*, 2023 WL 3481144, at *1 (E.D. Cal. May 16, 2023) (court permitting parties to "significantly exceed standard page limits" in a "highly complex case addressing a range of issues" stemming from claims that the government violated federal water use laws).

Here, the facts surrounding the United States' investigation and the resulting election-integrity concerns warrant detailed explanation to ensure that the Court fully appreciates the scope and gravity of the issues presented and their significance under federal law. Additional length is necessary to marshal these facts in support of the TRO Memorandum.

The United States respectfully submits that its enlarged brief will aid the Court in understanding these critical issues. *See also Bunda Market Inc. v. Caffebene Inc.*, 2015 WL 13915011, at *1, n.1 (C.D. Cal. Sept. 14, 2015) (granting leave to exceed 20 page limit by seven pages in "the interest of considering the merits of the dispute[.]"). The additional space is necessary to provide the Court with a complete and organized presentation of the issues, rather than an abbreviated analysis that risks obscuring material facts and distinctions in governing law. Defendants would suffer no prejudice from the relief requested.

This *ex parte* application is based upon this Application, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Julie A. Hamill, and all papers on file in this action, including plaintiff's TRO Memorandum and its accompanying documents attached here as Exhibit A, and all other matters of which this Court may take judicial notice. and any oral argument of counsel the Court may

hear.

The United States respectfully submits that *ex parte* relief is appropriate because, as described in the TRO Memorandum filed herewith as Exhibit A, of the imminent risk that ballots cast by ineligible noncitizens will be tabulated before their eligibility is independently verified. Once illegally cast ballots are counted and commingled with lawful votes, the resulting harm may be impossible to remedy. *See* Exhibit A, Application, p. 1. The urgency is heightened because of the fundamental right to vote and to have one's lawful vote counted without dilution. California is allowed to begin counting votes "29 days before the election," Cal. Elec. Code § 15101 (West), which means vote-by-mail ballots are likely being counted today. *Id.*

At the time of filing, Counsel for Defendants have not informed counsel for the United States that Defendants oppose the requested relief. Counsel intend to engage in further discussion and will inform the Court as soon as possible regarding Defendants' position.

**Statement of Compliance Civil Local Rule 7-19.1 and Rule 65**

Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the United States notified Defendants of this Application. *See* Declaration of Julie A. Hamill ("Hamill Decl."), ¶¶ 5-8. On October 18, 2026, at 6:42 p.m. Pacific Time, I sent an email to all counsel for Defendants who had entered an appearance in this case to advise them of the date and substance of the proposed ex parte application. Hamill Decl., ¶ 6. Their names and email addresses are as follows:

**State of California and Shirley Weber, in her official capacity as California Secretary of State**
Anne P Bellows
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3847
anne.bellows@doj.ca.gov

Michael Surren Cohen
California Department of Justice
1300 I Street
PO Box 944255
Sacramento, CA 94244
916-210-6090
michael.cohen@doj.ca.gov
Lisa Catherine Ehrlich
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3489
lisa.ehrlich@doj.ca.gov

Andrew Edward Kushner
California Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7020
415-268-4323
andrew.kushner@doj.ca.gov

Christina Marie McCall
California Department of Justice
Civil Division
1300 I Street
Sacramento, CA 95814
916-210-7890
christina.mccall@doj.ca.gov

**Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk**
Christopher K. Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
323-892-9200
christopher.pelham@nortonrosefulbright.com

Alex Jordan Scandroli
Norton Rose Fulbright US LLP

555 South Flower Street, 41st Floor
Los Angeles, CA 90071
213-892-9200
alex.scandroli@nortonrosefulbright.com

Abigail Urquhart
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071-3103
213-892-9266
abigail.urquhart@nortonrosefulbright.com
Hamill Decl., ¶5.

On October 18, 2026, at 6:46 p.m. Pacific Time, I spoke via telephone with Anne P. Bellows, counsel for defendants State of California and Shirley Weber, in her official capacity as California Secretary of State at the number listed on the docket, 415-510-3847. Hamill Decl., ¶¶ 5, 7. I informed her that the United States would be moving *ex parte* for a TRO on October 19, 2026, and explained the substance of the application. Ms. Bellows expressed that her client would oppose the TRO. *Id.,* ¶ 7. At the time we spoke, Ms. Bellows was unsure whether she would be able to obtain her client's position on the United States' application for leave to file an expanded brief in excess of the word limit prior to the United States' filing. *Id.*

On October 18, 2026, at 7:05 p.m. Pacific Time, I spoke via telephone with Alex Scandroli, counsel for defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk, at the number listed on the docket, 213-892-9200. *Id.,* ¶¶ 5, 8. I informed him that the United States would be moving *ex parte* for a TRO on October 19, 2026, and explained the substance of the application. *Id.,* ¶ 8. Mr. Scandroli expressed that his client would oppose the TRO. *Id.*, ¶ 8. At the time we spoke, Mr. Scandroli expressed his client would likely not oppose an expanded word limit so long as it was reciprocal, but did not have a final position from his client. *Id.*

DATED: October 19, 2026

Respectfully submitted,

*/s/ ANDREW M. DARLINGTON*
ANDREW M. DARLINGTON
Counsel to the Assistant Attorney General

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for the United States certifies that this brief contains 1389 words, which complies with the word limit of L.R. 11-6.1.

Dated: October 19, 2026

Respectfully submitted,

/s/ *Andrew M. Darlington*
Andrew M. Darlington
Counsel to the Assistant Attorney General