UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al*.,

Defendants.

Case No. 2:26-cv-12025

**[PROPOSED] ORDER GRANTING LEAVE TO EXPAND WORD LIMIT FOR UNITED STATES' MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On October 19, 2026, Plaintiff United States filed an *Ex Parte* Application for Leave to Expand Word Limit for United States' Memorandum in Support of its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

Local Rule 11-6.1 imposes a 7,000 word limit on a memorandum of points. The United States seeks leave to expand their memorandum to 10,500 words. The additional length is necessary to properly address all facts and develop the United States' arguments, which concern election integrity and complex areas of constitutional and statutory law.

Defendants have not responded to the United States' request for leave to file an expanded memorandum.

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. The United States may file an expanded Memorandum in Support of its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, up to 10,500 words.

IT IS SO ORDERED.

Dated: ______________________________

HON. ______________________
UNITED STATES DISTRICT JUDGE