Name and address:
Julianna D. Astarita
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

Plaintiff(s)

v.

State of California, et al.

Defendant(s).

CASE NUMBER

2:26-cv-12025

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Astarita, Julianna D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
*Firm/Agency Name & Address*

(202) 948-1135
*Telephone Number*

(202) 312-5904
*Fax Number*

jastarita@elias.law
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Services, Immigrant Rights and Education Network; and Mi Familia en Accion

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Intervenors

**and designating as Local Counsel**

Qureshi, Omar
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Qureshi Law PC
700 Flower Street
Suite 1000
Los Angeles, CA 90017
*Firm/Agency Name & Address*

323493
*Designee's Cal. Bar No.*

(213) 786-3478
*Telephone Number*

(213) 277-8989
*Fax Number*

omar@qureshi.law
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: __________

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because __________

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** __________

__________
**U.S. District Judge/U.S. Magistrate Judge**