ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025<br>**STATE DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br>Date: Not Set<br>Time: Not Set<br>Courtroom: Not Set<br>Judge: Not Yet Assigned<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

Defendants the State of California and California Secretary of State Shirley N. Weber, Ph.D. ("State Defendants") respectfully request that the Court grant an unopposed request to file an oversized brief in opposition to Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Application").

The Local Rules state that, "[e]xcept as otherwise provided in this rule or ordered by a judge, no memorandum of points and authorities . . . may exceed 7,000 words." *See* L.R. 11-6.1. The TRO Application is over 10,000 words. ECF No. 22-2 at 31. State Defendants do not oppose Plaintiff's request for leave to file an oversized TRO Application of up to 10,500. ECF No. 22.

District courts have the inherent power to control their dockets, and whether to grant leave to exceed the page limits set forth in the Civil Local Rules "appears to be at the full discretion of the Court." *Traylor Bros., Inc. v. San Diego Unified Port Dist.*, No. 08-cv-1019, 2012 U.S. Dist. LEXIS 40977, 2012 WL 1019966, at *2 (S.D. Cal. March 26, 2012) (citing *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (en banc) (noting also that "judges exercise substantial discretion over what happens inside the courtroom").

State Defendants hereby request that the Court allow State Defendants leave to file an oversized brief ("TRO Opposition") of up to 10,500 words in opposition to the TRO Application. As set forth in the accompanying declaration of Christina McCall, counsel for Plaintiff does not oppose this request to file an oversized brief of up to 10,500 words in opposition to the TRO Application. Counsel for State Defendants informed counsel for Plaintiff that they planned to file this request with the Court on October 19. *See* Declaration of Christina McCall ¶ 3. Counsel for Plaintiff confirmed that they were amenable to this request. *Id.*

The State Defendants' TRO Opposition is approximately 10,000 words. Because the TRO Opposition exceeds the limits imposed by the Local Rules, the State Defendants request leave of Court to file an overlong brief. The additional

length is necessary to properly address all facts and develop the State Defendants' arguments, which concern complex areas of constitutional law and the intersection of federal and state statutes. Good cause therefore exists to allow approximately 3,000 words above the limits imposed by the Local Rules.

State Defendants endeavored to keep the TRO Opposition at a reasonable length given the complexity of the legal issues and the need to respond to arguments in Plaintiff's TRO Application. However, the additional words are necessary to fully brief the Court on the legal issues, which involve whether Plaintiff has standing to bring this suit, the lack of obstacle preemption, the unlawfulness of the requested relief, the applicable *Purcell* principle, and the equities weighing against granting the relief sought by Plaintiff. The additional 3,000 words should aid the Court and clarify the applicability of these legal issues.

To the extent required by Local Rule 7-19, the names, addresses, telephone numbers and email addresses of counsel who have entered notices of appearance for the opposing party through the Court's Electronic Case Filing system are:

Andrew Michael Darlington
DOJ-ENRD
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-550-5305
Andrew.Darlington2@usdoj.gov

Julie Ann Hamill
United States Attorney's Office
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2464
213-894-7819 (fax)
julie.hamill@usdoj.gov

John Robert Renner
USDOJ
United States Attorney's Office, CAC
300 North Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2448
213-894-7819 (fax)
robert.renner@usdoj.gov

Dated: October 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS
LISA C. EHRLICH
ANDREW E. KUSHNER
CHRISTINA M. MCCALL
Deputy Attorneys General

/s/ *Michael S. Cohen*

MICHAEL S. COHEN
Deputy Attorney General
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for the State of California and California Secretary of State Shirley N. Weber, certifies that this brief contains 591 words, which complies with the requirements of L.R. 11-6.1.

Dated: October 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ *Michael S. Cohen*

MICHAEL S. COHEN
Deputy Attorney General
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*