ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025<br>**DECLARATION OF JANA M. LEAN** |

I, Jana M. Lean, declare as follows:

1. I am a resident of California. I am over 18 years of age. I am familiar with the information set forth below either through personal knowledge, consultation with staff in the Office of the California Secretary of State, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Chief of the Elections Division, employed in the Office of the California Secretary of State. I work for Secretary of State Shirley N. Weber, Ph.D., and support her in her official capacity as the Chief Officer of Elections for the State of California.

3. I have served as the Chief of the Elections Division at the California Secretary of State's Office since 2010. Before assuming my current position, I served in various roles in the Elections Division for more than 12 years. I am familiar with all aspects of the Elections Division's work.

4. The California Secretary of State and California's 58 counties are responsible for administering elections in the state. This responsibility encompasses voter registration, maintaining and updating voter rolls, issuing ballots to registered voters, tabulating votes, and certifying results in all elections, among numerous other tasks.

5. The California Secretary of State is the state's Chief Elections Officer, responsible for executing and enforcing all state and federal law relating to elections within the State. *See* Cal. Gov't Code § 12172.5(a); Cal. Elec. Code § 10. The Elections Division is responsible for implementing the Secretary of State's responsibilities with regard to elections, ensuring that elections are conducted efficiently, and providing technical information, advice, and assistance to County Clerks and Registrars of Voters ("county elections officials") and the public. California law charges the Secretary of State's Office with ensuring that all eligible voters who want to vote can do so. *See, e.g.*, Cal. Gov't Code § 12172.5; Cal. Elec.

Code § 2300. However, in California, elections are primarily administered by the 58 counties, in collaboration with the Secretary of State. This responsibility encompasses voter registration; maintaining and updating voter rolls; designing ballots and mail ballot envelopes; issuing ballots to registered voters, including sending mail ballots to all active registered voters; tabulating votes; and certifying results in all elections for federal office, among numerous other tasks. The Secretary of State's office does not issue, receive or maintain ballots, nor do we tabulate or count votes.

6. In my role as Chief of the Elections Division at the California Secretary of State's Office, I am responsible for overseeing the work of the Elections Division. The Elections Division oversees the administration of federal and state elections within the State of California, including by providing guidance on election laws and procedures to county elections officials, assisting National Voter Registration Act ("NVRA") agencies in California and county elections officials in ensuring compliance with the NVRA, training county elections officials and NVRA agencies, preparing state voter information guides, printing and distributing voter registration cards, maintaining a statewide system of all registered voters ("VoteCal"), coordinating and compiling all statewide voter registration statistics, qualifying candidates for statewide and special elections, certifying the list of candidates for state and federal office, tracking and certifying state ballot initiatives, surveying all of California's 58 counties regarding ballot transmittal statistics on military and overseas voters and reporting those statistics to the United States Department of Justice, administering a Voter Assistance Hotline for the entire state, receiving Election Day complaints from the public and coordinating the resolution of those complaints with all of California's 58 counties, compiling the vote results from each county, certifying the election results, issuing nomination and election certificates to all victorious state and federal candidates, educating

California citizens about their voting rights, and promoting voter registration and participation.

7. California allows qualified individuals to register to vote up to 15 days before Election Day. Cal. Elec. Code § 2102(a); 52 U.S.C. § 20507(a)(1) (requiring States to permit registration up to 30 days before a federal election). California also allows voters to register up to and on Election Day through a process called conditional voter registration, if they satisfy the applicable requirements. Cal. Elec. Code § 2170. California citizens can register to vote online, at their county elections official's offices, at various state social service agencies, and through California's Department of Motor Vehicles when they submit sufficient information regarding their voter qualifications (including citizenship) through their transaction. All methods of voter registration in California require individuals to certify that they meet all eligibility qualifications (including citizenship) under penalty of perjury. *See* Cal. Elec. Code §§ 2101, 2102(c), 2111, 2112, 2150. California does not require documentary proof of citizenship in order to register to vote. California does not currently have, and has no plans to enter into, a memorandum of understanding with the Department of Homeland Security to utilize the SAVE database to confirm the citizenship of any registered voter.

8. Pursuant to California law, California elections officials are required to mail ballots to all of California's more than 23 million active registered voters during the November 2026 General Election. Cal. Elec. Code §§ 3000.5, 3003, 3010; *see also id.* § 3102; *see* Cal. Sec'y of State, *60-Day Report of Registration* (Sept. 4, 2026), https://elections.cdn.sos.ca.gov/ror/60day-gen-2026/complete-ror.pdf. Pursuant to California law, county elections officials "may begin to process vote by mail ballot return envelopes and vote by mail ballots on the date on which the ballots are mailed." Cal. Elec. Code § 15101(a). Consistent with federal law, county elections officials transmitted ballots to military and overseas voters no later than September 19, 2026, 45 days before the November 3, 2026 General Election.

52 U.S.C. §§ 20302(a)(1)-(3), (8)(A); Cal. Elec. Code § 3105(a)-(b). In addition, county elections officials began to mail every active registered voter a ballot no later than 29 days before the election, or on October 5, 2026. Cal. Elec. Code §§ 3000.5, 4005(a)(8)(A), (B). County elections officials continue to send mail ballots as additional voters register to vote or request a replacement ballot. Under California law, a voter may register to vote and receive a vote-by-mail ballot up to 15 days before an election. *Id.* §§ 2102(a), 3000.5, 3001. A mail ballot is deemed timely and is counted so long as it is postmarked on or before Election Day and received no later than seven days after the election, or November 10, 2026, for the November 3, 2026 ,General election. *Id.* §§ 3011(c), 3017, 3019, 3020.

9. Mail ballot envelope processing "may include verifying the voter's signature on the vote by mail ballot return envelope […] and updating voter history records." *Id.* §§ 15101(b)(1), 3019. Mail ballot processing "includes opening vote by mail ballot return envelopes, removing ballots, duplicating any damaged ballots, and preparing the ballots to be machine read, or machine reading them, including processing write-in votes so that they can be tallied by the machine." *Id.* § 15101(b)(2). However, the results of vote counts, including mail ballot tabulation counts, may under no circumstances be released prior to the close of polls on Election Day. *Id*. §§ 15101(b)(2), (c). The processing of vote by mail ballots and ballot envelopes is open to the public, both prior to and after the election. *Id.* § 15104. Elections officials compile "an accurate list of all voters who have received and voted a vote by mail ballot at each election." *Id.* § 15111.

10. Pursuant to California law, all valid mail ballots must be processed unless challenged pursuant to California's mail ballot challenge procedures. *See id.* §§ 14240-14253 (voter challenge procedures), 15101-15109 (mail ballot processing and challenge procedures). "All challenges shall be made prior to the opening of the identification envelope of the challenged vote by mail voter." *Id.* § 15105. A mail ballot may be challenged on the grounds that the voter is not the person whose

name appears on the roster, not a resident of the precinct or county, not a citizen of the United States, has already voted in this election, or is currently imprisoned for a felony, or on the grounds that the mail ballot was received late. *Id.* §§ 14240(a), 15105. Voter challenges made via a document or list concerning the qualifications of any person or persons may be considered only if "the document or list contains or is accompanied by evidence constituting probable cause to justify or substantiate a challenge." *Id*. § 14240(c). "Because the voter is not present," at the time their vote by mail ballot is challenged, "the challenger shall have the burden of establishing extraordinary proof of the validity of the challenge at the time the challenge is made." *Id*. § 15106.

11. The November 3, 2026, General Election is in 15 days. For the November 3, 2026, General Election, county elections officials must finish counting most ballots by no later than November 16, 2026, the 13th day after the election. *Id*. § 15307. For the November 3, 2026, General Election, the official canvass must be completed no later than December 3, 2026, or 30 days after the election. *Id*. § 15372. In addition, county elections officials must send a complete, certified copy of the general election returns to the Secretary of State by December 4, 2026. *Id*. §§ 15374, 15375. By December 11, 2026, the Secretary must prepare, certify, and file the official statement of the vote from the compiled election returns and post them to the Secretary of State website. *Id*. § 15501. She must also issue to each elected candidate a certificate of election on that same date. Cal. Gov't Code § 12165.

12. I understand the United States has identified approximately 20,000 individuals who it believes are likely noncitizens and believes are likely registered to vote in California and were mailed a vote by mail ballot. I understand that in this lawsuit the United States is asking a judge to order California to set aside any mail ballot returned by any of these 20,000 individuals, and to not count that mail ballot

until California has conducted an investigation to confirm that voter's citizenship status.

13. There is no existing federal or state law or policy requiring elections officials to affirmatively verify a voter's citizenship at the time of registration or casting a ballot. Federal law and California law require every registered voter to attest under penalty of perjury that they are a U.S. citizen.

14. Elections Division staff are dedicated to necessary tasks and special projects that ensure California's elections run smoothly and every eligible California resident can exercise their right to vote. This work becomes more significant and urgent in the days leading up to and immediately after the election, when we must answer an increasing volume of questions and handle tasks related to, for example, responding to approximately 1,000 calls per day to the Secretary of State's toll free voter hotline, including more than 8,000 calls on Election Day; responding to other voter inquiries; preparing the report of registration; testing the election night reporting system technology; finalizing all other preparations for Election Night reporting; finalizing Election Day and night emergency preparedness protocols; responding to election complaints; conducting voter education and outreach events; preparing to send staff to observe early voting and Election Day procedures across the state; coordinating counties unprocessed ballot reports and election return reporting; updating our website every business day on the number of ballots returned and to communicate important election-related information. Any diversion of resources or delay in completing these tasks could significantly impede the administration of the election and could impact the state's ability to meet statutory deadlines for certifying the election results.

15. The remedy requested by the United States—that certain mail ballots be segregated and not counted unless an elections official can confirm that voter's citizenship—creates a substantial risk that a validly registered voter's cast ballot would be disqualified. This is particularly the case if state or county elections

officials are unable to confirm a voter's citizenship, by the December 4, 2026, deadline for counties to certify their election results to the Secretary of State. *See id.* § 15372.

16. Allegations that California's elections are run improperly could cause significant voter confusion, reduce public trust in California's electoral system, and cause reputational harms to the Office of the Secretary of State, which are difficult to reverse.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2026, at Sacramento, California.

Jana M. Lean

Jana M. Lean
Chief of Elections Division
California Secretary of State's Office