ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder / County Clerk,**<br><br>Defendants. | Case No. 2:26-cv-12025<br><br>**DECLARATION OF CHRISTINA M. McCALL IN SUPPORT OF STATE DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date: Not Set<br>Time: Not Set<br>Courtroom: Not Set<br>Judge: Not Yet Assigned<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

I, Christina M. McCall, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California. I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Central District of California. The Attorney General is counsel for Defendants, the State of California and California Secretary of State Shirley N. Weber, Ph.D., (State Defendants) in this case.
2. I offer this declaration in support of State Defendants' Unopposed Application to Exceed Word Limit for Opposition to Plaintiff's Application for Temporary Restraining Order. If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.
3. Counsel for State Defendants held a videoconference with counsel for Plaintiff and counsel for co-defendant Los Angeles County Registrar Dean C. Logan on October 19, 2026, to discuss multiple items relevant to the newly filed case. Relevant to this application, counsel briefly discussed agreeing to, or not opposing, requests to file oversized briefs. Following an exchange of email messages, counsel for Plaintiff agreed to the proposed word limit of 10,500 (instead of the Local Rules' standard 7,000 word limit set forth in L.R. 11-6.1).
4. My business address, email address and telephone number are:

1300 I St.
Sacramento, CA 94102
Telephone: (916) 210-7890
E-mail: Christina.McCall@doj.ca.gov

5. Contact information for Counsel for Plaintiff who have entered an appearance as of October 19, 2026, according to PACER, is:

Andrew Michael Darlington
DOJ-ENRD
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-550-5305
Andrew.Darlington2@usdoj.gov

Julie Ann Hamill
United States Attorney's Office
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2464
213-894-7819 (fax)
julie.hamill@usdoj.gov

John Robert Renner
USDOJ
United States Attorney's Office, CAC
300 North Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2448
213-894-7819 (fax)
robert.renner@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on October 20, 2026, in Sacramento County, California.

***/s/ Christina McCall***
CHRISTINA M. MCCALL
Deputy Attorney General