DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br><br>Defendants. | Case No. 2:26-cv-12025<br><br>**DEFENDANT DEAN LOGAN'S UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (*pro hac vice forthcoming*)*
Toby R. Merrill (*pro hac vice forthcoming*)**
Kyra Sikora (*pro hac vice forthcoming*)
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org

** Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*
***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

Defendants Dean C. Logan, acting in his official capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), hereby requests leave to file an oversized brief in opposition to Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Application") (Dkt. No. 22). The government filed an application for oversized brief concurrently with its TRO Application, and the County did not oppose that request. That non-opposition follows an October 19, 2026 meet-and-confer and agreement between the parties in this case, pursuant to which they agreed to not oppose their respective applications for oversized briefing with respect to the TRO Application. (*See* October 20, 2026 Declaration of Christopher Pelham in Support of County's Opposition ¶ 11.)

L.R. 11-6.1 permits the Court to grant leave to exceed the 7,000 word limit for memoranda of points and authorities. The TRO Application is over 10,000 words. Dkt. No. 22-2 at 31. The County's opposition to the TRO Application is 9,562 words. The County requires the additional length in order to properly brief the significant and complex issues raised in the TRO Application (including, among others, preemption, standing, and the balance of equities relating to a remedy that could affect thousands of voters in the midst of an election period).

Dated: October 20, 2026

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM
ABIGAIL URQUHART
ALEX SCANDROLI

By: ______________________
CHRISTOPHER PELHAM
Attorneys for Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk