DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**[PROPOSED] ORDER GRANTING DEFENDANT DEAN LOGAN'S UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (*pro hac vice forthcoming*)*
Toby R. Merrill (*pro hac vice forthcoming*)**
Kyra Sikora (*pro hac vice forthcoming*)
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org

** Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*
***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

**[PROPOSED] ORDER**

On October 20, 2026, Defendant Dean C. Logan, acting in his official capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), filed an unopposed Application for Leave to Exceed Word Limit for their Opposition to the United States' Application for Temporary Restraining Order. (Dkt. No. 22-1.) The Court, having considered the County's Application and finding good cause therefore, hereby GRANTS the Application and ORDERS as follows:

The County may file a Memorandum in Opposition to the government's Application for Temporary Restraining Order of up to 10,500 words.

IT IS SO ORDERED.

____________________________________

United Stated District Court Judge