TODD BLANCHE
Attorney General
R. TRENT MCCOTTER
Acting Deputy Attorney General
JOHN K. ADAMS
Associate Deputy Attorney General
ANDREW M. DARLINGTON
Counsel to the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
J. ROBERT RENNER (Cal. Bar No. 148587)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
*United States of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-12025<br><br>**NOTICE THAT THE UNITED STATES' *EX PARTE* APPLICATION TO EXCEED WORD LIMIT IS UNOPPOSED** |

The United States provides notice to the Court that the *Ex Parte* Application to Exceed Word Limit for the Memorandum in Support for the Application for a Temporary Restraining Order and Order to Show Cause, Dkt. 22, is now unopposed. Counsel for all Defendants notified the United States of their updated positions on October 19, 2026. Accordingly, the United States submits this modified, proposed order as to the *Ex Parte* Application. Ex. A.

DATED: October 20, 2026

Respectfully submitted,

*/s/ Andrew M. Darlington*
Andrew M. Darlington
Counsel to the Assistant Attorney General