Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)
sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)
jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

*Additional counsel on next page*

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org
Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*

**Pro hac vice application forthcoming*
***Admission application forthcoming*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,

*Defendants*.

Case No. 2:26-cv-12025

***EX PARTE* APPLICATION OF PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH TO FILE AN OPPOSITION TO THE UNITED STATES'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Date: Not Set
Time: Not Set
Courtroom: Not Yet Assigned
Judge: Not Yet Assigned

The League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (together, NAACP) (collectively, Proposed Intervenor-Defendants) respectfully request leave to file an opposition brief to the United States's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Motion). ECF Nos. 22-1, 22-2. In the alternative, if intervention is not granted, Proposed Intervenor-Defendants request that this brief be treated as an amicus brief. Proposed Intervenor-Defendants' Proposed Opposition, the Declarations of Kassra Oskooii and Anna Baldwin, and the Proposed Order are attached hereto. The bases of this Application are as follows:

1. The Federal Government filed this Complaint on October 15, 2026. ECF No. 1.

2. Proposed Intervenor-Defendants moved to intervene on October 16, 2026. ECF No. 15. Proposed Intervenor-Defendants seek to intervene to protect the rights of voters, including their members, against this type of federal overreach and resulting disenfranchisement. *Id.*

3. The Court has not yet acted on Proposed Intervenor-Defendants' Motion to Intervene.

4. Should the Court grant intervention, LULAC and NAACP will be "entitled to litigate fully on the merits," including through seeking dismissal. Wright & Miller, *Federal Practice and Procedure* § 1920 (3d ed. 2021).

5. Permitting Proposed Intervenor-Defendants to file their opposition to the Federal Government's Motion will promote judicial efficiency, as it will ensure that LULAC and NAACP's Opposition will be before the Court on the same or similar schedule as any opposition from Defendants or any other party and permit the Court to

receive briefing on unified schedule. *See Fidelman v. Polis*, No. 23-cv-417, 2023 WL 2766664, at *1 (S.D. Cal. Apr. 3, 2023) (setting unified briefing schedule on pending and future motions to dismiss); *Defs. of Wildlife v. U.S. Fish & Wildlife Serv.*, No. 21-CV-00344-JSW, 2021 WL 4552144, at *4 (N.D. Cal. May 3, 2021) (granting intervention and setting a briefing schedule).

6. Proposed Intervenor-Defendants remain committed to following the existing deadlines in this case and not causing undue delay.

7. Conversely, requiring Proposed Intervenor-Defendants to wait to file until intervention is granted will result in piecemeal filings on related issues, delaying the ultimate resolution of this case and the Motion.

8. As described in the Declaration of Anna Baldwin, prior to filing this motion and as required by Local Rule 7-3, counsel for Proposed-Intervenor Defendants conferred with counsel for the Plaintiff, who indicated that Plaintiff opposes this motion. Counsel for Proposed-Intervenor Defendants also conferred with counsel for the Defendants, who take no position.

9. If intervention is denied, Proposed Intervenor-Defendants respectfully request that this Application nonetheless be granted and that the proposed opposition be treated as an amicus brief that will aid the Court's consideration of this case. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) (federal district courts have inherent authority to accept amicus briefing), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

For the reasons stated above, Proposed-Intervenor Defendants respectfully request that this Court accepts for filing the attached Proposed Opposition to the United States's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

To the extent required by Local Rule 7-19, the names, addresses, telephone numbers and email addresses of counsel who have entered notices of appearance for the parties through the Court's Electronic Case Filing system are:

<u>For Plaintiff:</u>

Andrew Michael Darlington
DOJ-ENRD
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-550-5305
Andrew.Darlington2@usdoj.gov

Julie Ann Hamill
United States Attorney's Office
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2464
213-894-7819 (fax)
julie.hamill@usdoj.gov

John Robert Renner
USDOJ
United States Attorney's Office, CAC
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2448
213-894-7819 (fax)
robert.renner@usdoj.gov

For Defendants:
Anne P. Bellows
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-510-3847
415-703-5480 (fax)
anne.bellows@doj.ca.gov

Michael S. Cohen
California Department of Justice
1300 I St.
PO Box 9442555
Sacramento, CA 94255
916-210-6090
916-454-8171 (fax)
michael.cohen@doj.ca.gov

Lisa C. Ehrlich
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-510-3489
916-454-8171 (fax)
lisa.ehrlich@doj.ca.gov

Andrew E. Kushner
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-268-4323
415-703-1234 (fax)
andrew.kushner@doj.ca.gov

Christina M. McCall
California Department of Justice
Civil Division
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
916-210-6090
916-324-8835 (fax)
christina.mccall@doj.ca.gov

Dated: October 20, 2026

Respectfully submitted,

*/s/ Aseem Mulji*

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)
jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org

Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)
sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300

Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

Washington, DC 20036
(202) 736-2200

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

**Pro hac vice application forthcoming*
***Admission application forthcoming*

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*