# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,

*Defendants.*

Case No. 2:26-cv-12025

**DECLARATION OF ANNA BALDWIN PURSUANT TO LOCAL RULE 7-3**

I, Anna Baldwin, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Director, Voting Rights Litigation at Campaign Legal Center and one of the attorneys for Proposed Intervenor-Defendants the League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (NAACP) (collectively, Proposed Intervenor-Defendants) in this action. My application to appear *pro hac vice* is forthcoming.

3. Prior to filing their *Ex Parte* Application to File an Opposition to the United States' *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Application), Proposed Intervenor-Defendants conferred with counsel for the Plaintiff as required by Local Rule 7-3.

4. On October 19, 2026, at 4:32pm Pacific, I spoke via telephone with Julie Hamill and Andrew Darlington, counsel for the Plaintiff, regarding our Application. During the call, Attorney Darlington indicated that Plaintiff opposes our Application.

5. On October 20, 2026, I conferred via telephone with Attorney Anne Bellows, counsel for Defendants the State of California and Secretary Weber, who indicated that they take no position on the Application.

6. On October 20, 2026, I conferred via telephone and email with Alex Scandroli, counsel for Defendant Los Angeles County Registrar-Recorder/County Clerk Dean C. Logan, who indicated that they take no position on the Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2026

Anna Baldwin
Director, Voting Rights Litigation
Campaign Legal Center