Name and address:
Christopher Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor, Los Angeles, California

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar- Recorder/County Clerk,

Defendant(s),

CASE NUMBER

2:26-cv-12025

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $450 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Merrill, Toby
*Applicant's Name (Last Name, First Name & Middle Initial)* *check here if federal government attorney* ☐

Public Rights Project
*Firm/Agency Name*

490 43rd Street, Unit #115
*Street Address*

(510) 738-6788
*Telephone Number*

*Fax Number*

Oakland, CA 94609
*City, State, Zip Code*

toby.merrill@publicrightsproject.org
*E-mail Address*

**I have been retained to represent the following parties:**

Dean C. Logan, in his official capacity ☐ *Plaintiff(s)* ■ *Defendant(s)* ☐ *Other:*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Massachusetts | 8/19/14 | yes |
| District of Columbia | 8/7/17 | yes |
| Southern District of New York | 4/13/18 | yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 10/21/26

Toby Merrill
*Applicant's Name (please type or print)*

*/s/ Toby Merrill*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Pelham, Christopher K.

*Designee's Name (Last Name, First Name & Middle Initial)*

Norton Rose Fulbright US LLP

*Firm/Agency Name*

555 South Flower Street, Forty-First Floor

*Street Address*

Los Angeles, California 90071

*City, State, Zip Code*

213 892 9221

*Telephone Number*

213 892 9494

*Fax Number*

christopher.pelham@nortonrosefulbright.com

*Email Address*

241068

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 10/21/26

Christopher K. Pelham

*Designee's Name (please type or print)*

*/s/ Christopher K. Pelham*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Name of Court: Northern District of Illinois
Date of Admission: 10/21/2025
Active Member in Good Standing? Yes

Name of Court: Court of Appeal for the First Circuit
Date of Admission: 9/15/2020
Active Member in Good Standing? Yes

Name of Court: Court of Appeal for the Second Circuit
Date of Admission: 5/7/2015
Active Member in Good Standing? Yes

Name of Court: Court of Appeal for the Seventh Circuit
Date of Admission: 2/13/2026
Active Member in Good Standing? Yes

Name of Court: Court of Appeal for the Ninth Circuit
Date of Admission: 7/24/2018
Active Member in Good Standing? Yes

Name of Court: Court of Appeal for the District of Columbia
Date of Admission: 10/22/2025
Active Member in Good Standing? Yes