UNITED STATES DISTRICT COURT
District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court,*

*certify that* ***Toby Merrill****,* *Bar* ***601071****,*

*was duly admitted to practice in this Court on*

***August 19, 2014****, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* ***October 19, 2026***

***Robert M. Farrell***

***CLERK***