Christopher Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor, Los Angeles, California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar- Recorder/County Clerk,<br>Defendant(s). | CASE NUMBER<br>2:26-cv-12025<br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Merrill, Toby
*Applicant's Name (Last Name, First Name & Middle Initial*
(510) 738-6788
*Telephone Number* *Fax Number*
toby.merrill@publicrightsproject.org
*E-Mail Address*

of

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar- Recorder/County Clerk,

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Pelham, Christopher K.
*Designee's Name (Last Name, First Name & Middle Initial*
241068 (213) 892 9221 (213) 892 9494
*Designee's Cal. Bar No.* *Telephone Number* *Fax Number*
christopher.pelham@nortonrosefulbright.com
*E-Mail Address*

of

Norton Rose Fulbright US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**