# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>State of California et al<br>DEFENDANT(S). | CASE NUMBER<br>2:26-cv-12025-JWH (ACCVx)<br>**ORDER RE TRANSFER (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

10/21/2026
Date

David O. Carter *David O. Carter*
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

______________________________

______________________________

______________________________

______________________________

Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:25-cv-09149-DOC-(ADSx) and the present case:

- ☑ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Angela C. C. Viramontes to Magistrate Judge Autumn D. Spaeth .

On all documents subsequently filed in this case, please substitute the initials DOC-(ADSx) after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-12025-DOC-(ADSx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge* ☐ *Statistics Clerk*