UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025

**ORDER GRANTING LEAVE TO EXPAND WORD LIMIT FOR UNITED STATES' MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On October 19, 2026, Plaintiff United States filed an *Ex Parte* Application for Leave to Expand Word Limit for United States' Memorandum in Support of its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

The United States may file an expanded Memorandum in Support of its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, up to 10,500 words.

IT IS SO ORDERED.

David O. Carter

Dated: October 21, 2026

HON. David O. Carter
UNITED STATES DISTRICT JUDGE