UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No. 2:26-cv-12025<br><br>**ORDER GRANTING DEFENDANT DEAN LOGAN'S UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**ORDER**

On October 20, 2026, Defendant Dean C. Logan, acting in his official capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), filed an unopposed Application for Leave to Exceed Word Limit for their Opposition to the United States' Application for Temporary Restraining Order. (Dkt. No. 22-1.) The Court, having considered the County's Application and finding good cause therefore, hereby GRANTS the Application and ORDERS as follows:

The County may file a Memorandum in Opposition to the government's Application for Temporary Restraining Order of up to 10,500 words.

IT IS SO ORDERED.

Dated: October 21, 2026

HON. David O. Carter
UNITED STATES DISTRICT JUDGE