IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025<br>**ORDER GRANTING STATE DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On October 20, 2026, Defendants the State of California and California Secretary of State Shirley N. Weber, Ph.D. ("State Defendants") filed an unopposed Application for Leave to Exceed Word Limit for their Opposition to the United States' Application for Temporary Restraining Order. ECF No. 22-2.

The Court, having considered the State Defendants' Application and finding good cause therefore, hereby GRANTS the Application and ORDERS as follows:

The State Defendants may file a Memorandum in Opposition to the United States' Application for Temporary Restraining Order of up to 10,500 words.

IT IS SO ORDERED.

Dated: October 21, 2026

HON. David O. Carter
UNITED STATES DISTRICT JUDGE