Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)
sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)
jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

*Additional counsel on next page*

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org
Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*

**Pro hac vice application forthcoming*
***Admission application forthcoming*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,<br>*Defendants*. | Case No. 2:26-cv-12025-DOC-ADS<br><br>**PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH'S RESPONSE TO UNITED STATES'S OBJECTION** |

The League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (together, NAACP) (collectively, Proposed Intervenor-Defendants) respond as follows to the United States's Objection to Procedurally Deficient Motion to Intervene (Objection), ECF No. 41.

On October 16, 2026, prior to this matter being assigned to any judge, Proposed Intervenor-Defendants moved to intervene under Federal Rule of Civil Procedure 24. As explained in that Motion, at the time, Proposed Intervenor-Defendants were forced to act expeditiously in light of the Federal Government's representation that it would seek "Emergency Relief." *See* LULAC's and NAACP's Motion to Intervene (Motion) at v, ECF No. 15. The next business day, October 19, 2026, the Federal Government confirmed those concerns when it filed its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and Memorandum in Support, ECF Nos. 22-1, 22-2, to which Proposed Intervenor-Defendants have sought leave to respond, ECF No. 37.

In light of these exigent circumstances, and as described in the Declaration of Anna Baldwin, ECF No. 15-3 (Oct. 16 Baldwin Decl.), filed along with the Motion, Proposed Intervenor-Defendants made every effort available to comply with the requirements of this Court's Local Rule 7-3. *See Zaslavsky v. Consumer Att'ys Ass'n of L.A.*, No. 24-2367, 2026 WL 1758197, at *1 (9th Cir. May 29, 2026) ("[A] good-faith attempt to comply satisfies the meet-and-confer requirements of the Central District's Local Rule 7-3."). Prior to filing, counsel for Proposed Intervenor-Defendants contacted counsel for all parties, seeking to confer. Oct. 16 Baldwin Decl. ¶¶ 5-8. In their communication with the Federal Government, Proposed Intervenor-Defendants requested the opportunity to confer via Zoom videoconference. Those e-mails are attached as Exhibit A to the October 21 Declaration of Anna Baldwin (Oct. 21 Baldwin Decl.), Ex. A at 3-4. The Federal Government refused, indicating that "[p]rior to

considering intervention, Defendants should be served and the case should be assigned a judge." Ex. A at 3. Counsel for Proposed Intervenor-Defendants reiterated its request for a conferral, noting the need to file in short order, but counsel for the Federal Government declined to participate in a conferral until Tuesday, October 20, 2026. Ex. A at 1. When Proposed Intervenor-Defendants again requested an opportunity to confer "this afternoon or evening," the Federal Government did not respond. Ex. A at 1; Oct. 21 Baldwin Decl. ¶ 3.

Proposed Intervenor-Defendants accurately represented to the Court the Federal Government's stated position opposing the Motion. Ex. A at 2-3; Motion at v; Oct. 16 Baldwin Decl. ¶ 5. Proposed Intervenor-Defendants also filed the declaration required by Local Rule 7-3 and indicated in the Motion that they remained available for further conferral. Motion at iv-v. In addition, at the time that these exigent circumstances required Proposed-Intervenors to file their Motion, the Court had not yet assigned a judge, and it was therefore not possible to notice a hearing date before the to-be-assigned judge.

Nonetheless, for the avoidance of doubt and to moot these objections, Proposed Intervenor-Defendants are currently preparing to re-file their Notice of Motion and Motion to Intervene with a noticed hearing date, along with an *ex parte* application to expedite that motion in light of the continued exigent circumstances, after attempting additional conferral with counsel for the Federal Government.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Aseem Mulji*
Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)

jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org
Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

**Pro hac vice application forthcoming*
***Admission application forthcoming*

sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*