**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,

*Defendants.*

Case No. 2:26-cv-12025-DOC-ADS

**DECLARATION OF ANNA BALDWIN**

I, Anna Baldwin, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a Director, Voting Rights Litigation at Campaign Legal Center and one of the attorneys for Proposed Intervenor-Defendants the League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (NAACP) (collectively, Proposed Intervenor-Defendants) in this action. My application to appear *pro hac vice* is forthcoming.

3. Attached hereto as Exhibit A is a true and correct copy of my e-mail correspondence with Attorneys Andrew Darlington and Julie Hammill, counsel for Plaintiff the United States. Following the e-mail I sent at 6:17 pm Eastern on October 15, 2026, I received no further response from either Attorney Darlington or Attorney Hammill to our request to confer prior to filing motion to intervene on Oct. 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2026

Anna Baldwin
Director, Voting Rights Litigation
Campaign Legal Center

# EXHIBIT A

Outlook

**Re: request for conferral re intervention as defendants in United States v. California (C.D. Cal.)**

**From** Anna Baldwin <abaldwin@campaignlegalcenter.org>
**Date** Thu 10/15/2026 6:17 PM
**To** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc** William Hancock <whancock@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; norman@democracydefenders.org <norman@democracydefenders.org>; Tianna Mays <tianna@democracydefenders.org>

Thank you for your message. Do you have any time this afternoon or evening? We intend to file well in advance of next Tuesday, indeed most likely today. Best, Anna

---

**From:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>
**Sent:** Thursday, October 15, 2026 6:01 PM
**To:** Anna Baldwin <abaldwin@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc:** William Hancock <whancock@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; norman@democracydefenders.org <norman@democracydefenders.org>; Tianna Mays <tianna@democracydefenders.org>
**Subject:** RE: request for conferral re intervention as defendants in United States v. California (C.D. Cal.)

Ms. Baldwin,

We are available to meet and confer on Tuesday, 10/20 between 1:00 and 3:00 Pacific. Please let us know if you have availability during that window and I can send a Teams invitation. You are also welcome to come to my office if you are in the Los Angeles area.

Best regards,

**Julie A. Hamill, Assistant United States Attorney**
Civil Rights Coordinator
United States Attorney's Office, Central District of California
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
Desk: (213) 894-2464
Cell: (213) 393-5708

---

**From:** Anna Baldwin <abaldwin@campaignlegalcenter.org>
**Sent:** Thursday, October 15, 2026 2:19 PM
**To:** Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; William Hancock <whancock@campaignlegalcenter.org>;

Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; norman@democracydefenders.org; Tianna Mays <tianna@democracydefenders.org>
**Subject:** [EXTERNAL] Re: request for conferral re intervention as defendants in United States v. California (C.D. Cal.)

Apologies for the seriatim emails, but I just want to further emphasize that the exigency of the situation, and the need for conferral and prompt action on the part of movant-intervenors is entirely of DOJ's making, given the timing of the United States's filing, made after ballots have begun to be mailed, and coming on the heels of a demand letter to the defendant jurisdictions to respond within 48 hours, and threatening "emergency relief." Again, we will note your position if you do not wish to confer, but the notion that our request to do so is premature fits neither with the facts nor the law.

---

**From:** Anna Baldwin <abaldwin@campaignlegalcenter.org>
**Sent:** Thursday, October 15, 2026 5:11 PM
**To:** Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc:** Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; William Hancock <whancock@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; norman@democracydefenders.org <norman@democracydefenders.org>; Tianna Mays <tianna@democracydefenders.org>
**Subject:** Re: request for conferral re intervention as defendants in United States v. California (C.D. Cal.)

Dear Andrew, Rule 24 permits intervention in an "action" and an action under Rule 5 "is commenced by filing a complaint with the court." Nothing in the federal rules predicates intervention on judge assignment or completion of service. Our position is that conferral is entirely appropriate, and indeed required, at this point. If you nonetheless do not wish to do so at this time, we will represent your position as you state below. Best, Anna

---

**From:** Pooja Chaudhuri <pooja@democracydefenders.org>
**Sent:** Thursday, October 15, 2026 4:50 PM
**To:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc:** Anna Baldwin <abaldwin@campaignlegalcenter.org>; Pooja Chaudhuri <pooja@statedemocracydefenders.org>; Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; William Hancock <whancock@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>; norman@democracydefenders.org <norman@democracydefenders.org>; Tianna Mays <tianna@democracydefenders.org>
**Subject:** Re: request for conferral re intervention as defendants in United States v. California (C.D. Cal.)

Thanks, Andrew. Adding two attorneys on our end for awareness.

On Thu, Oct 15, 2026 at 4:24 PM Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov> wrote:

> Counsel,

We oppose your request. It is premature. Prior to considering intervention, Defendants should be served and the case should be assigned a judge. We are happy to meet and confer regarding your request once those two events occur.

If you decide to move for intervention prior to those two events occurring, we request you represent in your papers: "The United States opposes this request. It is premature. Defendants should be properly served, and a judge should be assigned to the case."

Thanks,

**Andrew Darlington**

Counsel

Energy and Natural Resources Division

U.S. Department of Justice

950 Pennsylvania Ave., NW

Washington, DC 20530

---

**From:** Anna Baldwin <abaldwin@campaignlegalcenter.org>
**Sent:** Thursday, October 15, 2026 1:39 PM
**To:** Hamill, Julie (USACAC) <Julie.Hamill@usdoj.gov>; Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Cc:** Pooja Chaudhuri <pooja@statedemocracydefenders.org>; William Hancock <whancock@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jonathan Diaz <JDiaz@campaignlegalcenter.org>; Aseem Mulji <amulji@campaignlegalcenter.org>
**Subject:** [EXTERNAL] request for conferral re intervention as defendants in United States v. California (C.D. Cal.)

Dear counsel,

I represent the League of United Latin American Citizens (LULAC), the National Association for the Advancement of Colored People (NAACP), and NAACP Los Angeles Branch who will be moving to intervene as defendants (as of right and in the alternative by permission) in the litigation that the United States has just filed against the State of California and the Los Angeles County Recorder. Could we please set a time today for a brief zoom conferral on your position on our motion at any time before 2pm pacific?

Thank you,

Anna

Anna Baldwin (they/them)

Director of Voting Rights Litigation

CAMPAIGN LEGAL CENTER

Phone: (202) 657-8645

URL: CampaignLegal.org

Listen: Our Democracy Decoded podcast.

Donate: Help us advance democracy through law.

Follow: Bluesky | Facebook | Instagram | LinkedIn | TikTok | X