**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br><br>Defendants. | Case No. 2:26-cv-12025<br><br>**[PROPOSED] ORDER FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

On October 21, 2026, Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"), filed an opposed application for expedited briefing on Rule 12(b) motions to dismiss filed by Defendants the County, the State of California, and Dr. Shirley N. Weber in her official capacity as the California Secretary of State (the latter two, together, the "State Defendants").

The Court, having considered the County's Application and finding good cause therefor, hereby GRANTS that Application and ORDERS as follows:

1. The County and the State Defendants shall file any motion to dismiss the underlying complaint under Fed. R. Civ. Proc. 12(b) by not later than October 21, 2026;

2. Plaintiff United States of America shall oppose any such motion by not later than October 26, 2026;

3. The County and the State Defendants shall file any optional reply in support of their respective Rule 12(b) motions by not later than October 27, 2026.

4. The Court shall set a hearing for Defendants' motions to dismiss for October 30, 2026.

IT IS SO ORDERED.

Dated:

_________________________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE