Uzoma N. Nkwonta* (DC Bar No. 975323)
unkwonta@elias.law
Branden D. Lewiston* (DC Bar No. 252550)
blewiston@elias.law
Julianna D. Astarita* (DC Bar No. 90041368)
jastarita@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135

Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (202) 948-1135

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
F: (213) 277-8989

*Counsel for Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network and Mi Familia en Acción*

* *Pro hac vice application pending*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No: 2:26-cv-12025-DOC-(ADSx)

***EX PARTE* APPLICATION OF PROPOSED INTERVENOR-DEFENDANTS SIREN AND MFA TO FILE PROPOSED BRIEF IN OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Hearing Date and Details: TBD

Judge: Hon. David O. Carter

Action Filed: October 15, 2026

Services, Immigrant Rights and Education Network ("SIREN") and Mi Familia en Acción ("MFA") (together, "Proposed Intervenors") respectfully request leave to file a proposed brief in opposition to the Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Application"), attached hereto as **Exhibit A**. Also attached is the Declaration of Tyler L. Bishop (**Exhibit B**) ("Bishop Decl.") and a Proposed Order (**Exhibit C**). In the alternative, Proposed Intervenors request that the attached brief be treated as an amicus brief. In support of their application, Proposed Intervenors state as follows.

1. The U.S. Department of Justice ("DOJ") filed its Complaint on October 15, 2026, seeking, among other things, an extraordinary order from this Court compelling California to segregate and refuse to tabulate ballots from registered California voters on a list of alleged noncitizens. ECF 1.

2. That same day, Proposed Intervenors moved to intervene. *See* ECF 11. Proposed Intervenors seek to prevent impairment of their members' and constituents' voting rights, as well as their own mission-critical voting programs. *Id.*

3. On October 19, DOJ filed its TRO Application requesting emergency action from this Court no later than November 3. *See* ECF 22-2 at 4.

4. Because the Court has not yet ruled on their Motion to Intervene, and out of an abundance of caution, Proposed Intervenors file this application for leave to file their proposed brief in opposition to Plaintiff's TRO Application, to aid the Court's expeditious resolution of this matter.

5. Proposed Intervenors' "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). DOJ's TRO Application requests relief by November 3, 2026, less than two

weeks away. Under ordinary noticed motion procedures, Proposed Intervenors' motion for leave could not be filed until October 28 and could not be heard by the court sooner than November 30, 2026. *See* C.D. Cal. R. 6-1 (requiring that motions be filed and served twenty-eight days prior to the noticed hearing). If Proposed Intervenors wait to file their proposed opposition brief until then, it will be too late to be heard in opposition to DOJ's TRO Application.

6. Proposed Intervenors are "without fault in creating the crisis that requires ex parte relief." *Mission Power Eng'g Co.*, 883 F. Supp. at 492. DOJ waited until just two weeks before the November election before filing its TRO Application. DOJ has thereby made it impossible for Proposed Intervenors to operate on the customary schedule for noticed motion procedures.

7. Proposed Intervenors further submit that permitting their filing will promote judicial efficiency, as it will allow all briefing to proceed on a unified schedule and that the foregoing establishes good cause to grant this application. Proposed Intervenors remain committed to following the existing deadlines in this case and not causing undue delay.

8. Counsel for Proposed Intervenors made good-faith efforts to confer with counsel for the parties to obtain their positions on this application. *See* Bishop Decl. ¶ 3. Plaintiff opposes the application to file as intervenors; Plaintiff takes no position as to filing as amici. Bishop Decl. ¶ 6. Defendants California and Secretary of State Shirley Weber ("State Defendants") do not take a position. Bishop Decl. ¶ 4. Counsel was unable to reach Defendant Los Angeles County Registrar Recorder/County Clerk Dean Logan ("County Defendant") prior to this filing. Bishop Decl. ¶ 5.

9. Proposed Intervenors respectfully request that the Court grant their ex parte application for leave to file the attached Proposed Brief in Opposition to the

TRO Application on the docket and accept the proposed brief as filed if the Court grants their Motion to Intervene. *Cf. Twitch Interactive, Inc. v. Fishwoodco GmbH*, No. 5:22-cv-3218, 2023 WL 7458374, at *5 (N.D. Cal. Nov. 9, 2023) (granting motion to intervene and accepting proposed motion to dismiss "as filed"); *Donald Trump for President, Inc. v. Benson*, No. 1:20-cv-1083, 2020 WL 8573863, at *3 (W.D. Mich. Nov. 17, 2020) (similar).

10. Alternatively, should intervention be denied, Proposed Intervenors respectfully request that this application be granted and that the proposed opposition be treated as an amicus brief.

The names, addresses, telephone numbers, and email addresses of counsel who have entered notices of appearance for the parties through the Court's Electronic Case Filing system are:

For Plaintiff:

Andrew Michael Darlington
DOJ-ENRD
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-550-5305
Andrew.Darlington2@usdoj.gov

Julie Ann Hamill
United States Attorney's Office
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2464
julie.hamill@usdoj.gov

John Robert Renner
USDOJ
United States Attorney's Office, CAC
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2448
robert.renner@usdoj.gov

For State Defendants:

Anne P. Bellows
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-510-3847
415-703-5480 (fax)
anne.bellows@doj.ca.gov

Michael S. Cohen
California Department of Justice
1300 I St.
PO Box 9442555
Sacramento, CA 94255
916-210-6090
916-454-8171 (fax)
michael.cohen@doj.ca.gov

Lisa C. Ehrlich
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-510-3489
lisa.ehrlich@doj.ca.gov

Andrew E. Kushner
California Attorney General's Office
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
415-268-4323
andrew.kushner@doj.ca.gov

Christina M. McCall
California Department of Justice
Civil Division
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
916-210-6090
christina.mccall@doj.ca.gov

For County Defendant:

Christopher K. Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
323-892-9200
christopher.pelham@nortonrosefulbright.com

Abigail Urquhart
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071-3103
213-892-9266
abigail.urquhart@nortonrosefulbright.com

Alex Jordan Scandroli
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
213-892-9200
alex.scandroli@nortonrosefulbright.com

Kyra Sikora
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
510-738-6788
kyra.sikora@publicrightsproject.org

Dated: October 21, 2026

Respectfully submitted,

*/s/ Tyler L. Bishop*

Uzoma N. Nkwonta*
Branden D. Lewiston*
Julianna D. Astarita*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
F: (202) 968-4498
unkwonta@elias.law
blewiston@elias.law
jastarita@elias.law

Tyler L. Bishop (CA Bar No. 337546)
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (202) 948-1135
tbishop@elias.law

Omar Qureshi (CA Bar No. 323493)
Max Schoening (CA Bar No. 324643)
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
omar@qureshi.law
max@qureshi.law

*Counsel for Proposed Intervenor-Defendants SIREN and MFA*

* *Pro hac vice application pending*

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Proposed Intervenors SIREN and MFA certifies that this brief contains 700 words, which complies with the word limit of Local Rule 11-6.1.

Dated: October 21, 2026

*<u>/s/ Tyler L. Bishop</u>*
Tyler L. Bishop