# Exhibit B

Uzoma N. Nkwonta* (DC Bar No. 975323)
unkwonta@elias.law
Branden D. Lewiston* (DC Bar No. 252550)
blewiston@elias.law
Julianna D. Astarita* (DC Bar No. 90041368)
jastarita@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135

Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (202) 948-1135

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 786-3478
F: (213) 277-8989

*Counsel for Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network and Mi Familia en Acción*

* *Pro hac vice application pending*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No: 26-cv-12025-DOC-(ADSx)<br>**DECLARATION OF COUNSEL TYLER L. BISHOP PURSUANT TO LOCAL RULES 7-3, 7-19.1**<br>Hearing Date and Details: TBD<br>Action Filed: October 15, 2026<br>Judge: Hon. David O. Carter |

I, Tyler L. Bishop, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am an associate at Elias Law Group LLP. I am counsel for Services, Immigrant Rights and Education Network ("SIREN") and Mi Familia en Acción ("MFA"), who are Proposed Intervenors in this matter.

3. I made good faith attempts to confer with counsel for Plaintiff and Defendants about the relief sought by this Application under Local Rules 7-3 and 7-19.1, and this Court's standing procedures.

4. I sent an email to counsel for Defendants California and Secretary of State Shirley Weber ("State Defendants") on October 21, 2026, requesting a phone call to confer regarding Proposed Intervenors' Application. Counsel for State Defendants responded, stating State Defendants take no position.

5. I sent an email to counsel for Defendant County of Los Angeles Registrar-Recorder/County Clerk Dean C. Logan ("County Defendant") on October 21, 2026, requesting a phone call to confer regarding Proposed Intervenors' Application prior to 4:30 p.m. PDT. I was unable to reach counsel for the County Defendant prior to filing.

6. I sent an email to counsel for Plaintiff the United States of America on October 21, 2026, requesting a phone call to confer regarding Proposed Intervenors' Application. Counsel for Plaintiff responded, stating "[t]he United States takes no position as to your clients filing as amici. The United States opposes their filing as intervenor."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2026

/s/ *Tyler L. Bishop*
Tyler L. Bishop