# Exhibit C

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

STATE OF CALIFORNIA; SHIRLEY N. WEBER, in her official capacity as Secretary of State of California; and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025-DOC-(ADSx)

**[PROPOSED] ORDER APPROVING *EX PARTE* APPLICATION OF PROPOSED INTERVENOR-DEFENDANTS SIREN AND MFA TO FILE PROPOSED BRIEF IN OPPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

The Court has received and reviewed the *Ex Parte* Application of Proposed Intervenor-Defendants SIREN and MFA to File Proposed Brief in Opposition to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Application is **APPROVED**.
2. The clerk shall docket Proposed Intervenors' Opposition to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue.

**IT IS SO ORDERED.**

Dated:______________________

______________________________
David O. Carter
UNITED STATES DISTRICT JUDGE