NICHOLAS W. BROWN
Attorney General of Washington
ALISON CORDOVA (CAL BAR 284942)
Assistant Attorney General
TERA M. HEINTZ (CAL BAR 241414)
CRISTINA SEPE (CAL BAR 308023)
KARL D. SMITH (WSBA BAR 41988)
Deputy Solicitors General
1125 Washington Street SE
Olympia, WA 98504-0100
360-753-6200
Alison.Cordova@atg.wa.gov

Attorneys for State of Washington

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br><br>Defendants. | NO. 2:26-cv-12025-DOC-(ADSx)<br><br>**DECLARATION OF KARL D. SMITH IN SUPPORT OF STATES' MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

I, Karl D. Smith, hereby declare as follows:

1. I am a U.S. citizen, over 18 years of age, and competent to testify. The facts and information set forth in this Declaration are based on my personal knowledge.

2. I am a Deputy Solicitor General employed by the Washington State Office of the Attorney General and am counsel for Washington in this matter.

3. The facts and information in this Declaration are submitted in support of the States' Motion for Leave to File an Amicus Brief.

4. In the spirit of complying with Local Civil Rule 7-3, I sought to confer with counsel for the State of California, California Secretary of State Shirley N. Weber, County of Los Angeles Registrar-Recorder/County Clerk Dean C. Logan, and the United States of America.

5. By emails sent on Tuesday, October 20, 2026, at around 11:14 a.m., I provided notice of the State of Washington's intent to move to file an amicus brief and offered to confer by telephone.

6. Counsel for County of Los Angeles Registrar-Recorder/County Clerk Dean C. Logan responded that Defendant Logan does not oppose the motion.

7. Counsel for the State of California and Secretary of State Weber responded by email indicating that the State defendants consented to the motion.

8. Counsel for the United States of America responded that Plaintiff takes no position.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 21st day of October 2026, in Olympia, Washington.

*/S/ Karl D. Smith*
KARL D. SMITH
Deputy Solicitor General