**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025-DOC-(ADSx)

**[PROPOSED] ORDER GRANTING STATES' MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Hearing Date: Not Set
Time: Not Set
Courtroom: 9D
Judge: David O. Carter
Magistrate Judge: Autumn D. Spaeth

On October 21, 2026, Washington, Arizona, Colorado, Connecticut, Delaware, District of Columbia, Hawai‘i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Virginia, and Wisconsin (Amici States) filed a motion for leave to file an amicus brief supporting Defendants' opposition to Plaintiff's application for a temporary restraining order and motion for a preliminary injunction.

The Court, having considered States' Motion for Leave to File Amicus Brief, and finding good cause therefore, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The time to file and provide notice of the Motion is shortened; and

2. The proposed amicus brief filed as Exhibit A to the Motion is deemed filed.

**IT IS SO ORDERED.**

Dated: ________________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE