ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, Ph.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA and SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder / County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br>**STATE DEFENDANTS' NOTICE OF JOINDER IN DEFENDANT LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK DEAN C. LOGAN'S OPPOSED *EX PARTE* APPLICATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS UNDER FRCP 12(b)**<br>Date: Not Set<br>Time: Not Set<br>Courtroom: 10 A<br>Judge: Hon. David O. Carter<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants State of California and California Secretary of State Shirley N. Weber, Ph.D. ("State Defendants"), by and through their attorneys of record, hereby join in the Opposed *Ex Parte* Application For Expedited Briefing Schedule and Hearing on Defendants' Motions to Dismiss filed by Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"). *See* ECF No. 57.

Like the County, the State Defendants view resolution of Plaintiff's extraordinary claims as a critical emergency. Every day this case remains undecided casts doubt on the rules governing an ongoing election and the State of California's sovereign powers, and sows doubt and confusion with the public at large.

Dated: October 21, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS
LISA C. EHRLICH
ANDREW E. KUSHNER
CHRISTINA M. MCCALL
Deputy Attorneys General

/s/ *Michael S. Cohen*

MICHAEL S. COHEN
Deputy Attorney General
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, Ph.D.*

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. State of California, et al.** No. **2:26-cv-12025**

I hereby certify that on October 21, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STATE DEFENDANTS' NOTICE OF JOINDER IN DEFENDANT LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK DEAN C. LOGAN'S OPPOSED EX PARTE APPLICATION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTIONS TO DISMISS UNDER FRCP 12(b)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 21, 2026, at Los Angeles, California.

| | |
|---|---|
| Linda Zamora | */s/ Linda Zamora* |
| Declarant | Signature |

SA2026305380
68813260