UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | No. 2:26-cv-12025<br><br>**DECLARATION OF ERIC MCLOUGHLIN** |

# DECLARATION OF ERIC MCLOUGHLIN

In accordance with the provisions of 28 U.S.C. § 1746, I, Eric McLoughlin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Experience, Education, and Training**

1. My name is Eric McLoughlin. I am the Assistant Director for the Cyber and Operational Technology section at Homeland Security Investigations (HSI). HSI is a component of the Department of Homeland Security (DHS). I have held this position since about April 2026.

2. I first graduated from Monmouth University with a Bachelor of Arts in Criminal Justice and then earned a Master of Business Administration.

3. I have served in law enforcement since 2001. My experience includes serving as a special agent with U.S. Customs and Border Protection (then known as the U.S. Customs Service) and then working my way up the chain of command at HSI, including service as a Special Agent, Section Chief, Assistant Special Agent in Charge, Deputy Special Agent in Charge, Special Agent in Charge, and Deputy Assistant Director.

4. In my current role, I lead operational technology and systems-development functions that support investigative, analytic, and operational activities. My responsibilities include directing and managing approximately 300 personnel and managing a budget exceeding $250 million. These resources support the development, deployment, governance, and sustainment of approved data and analytic capabilities used in support of HSI's mission.

5. Throughout my law enforcement career, I have led or supported investigations and operational programs involving transnational criminal organizations, human smuggling and trafficking, narcotics smuggling, cybercrime, customs and immigration matters and financial and identity-related theft.

6. As a customs officer, I am empowered with the law enforcement authority set forth at 19 U.S.C. § 1589a. Under that authority, HSI Special Agents may, among other authorities, "make an arrest without a warrant for any offense against the United States committed in the officer's presence or for a felony, cognizable under the laws of the United States committed outside the officer's presence if the officer has reasonable grounds to believe that the person to be arrested has committed or is committing a felony." 19 U.S.C. § 1589a(3). That authority is broad, and it includes the authority to investigate the full panoply of crimes in Title 18 of the United States Code, including crimes involving mail fraud. Additionally, HSI is familiar with crimes involving mail and parcels given its cross-border focus and routinely interacts with contraband through various international mail and shipping modes.

7. As an HSI Special Agent, I am also an immigration officer empowered with the law enforcement authority set forth at 8 U.S.C. § 1357. With that authority, I am able to investigate both civil and criminal violations involving false claims to citizenship, and I can investigate both civil and criminal denaturalization cases.

8. In order to effectively do my job, I have received federal law enforcement training associated with my position as well as supervisory, management, and leadership training.

9. I have experience evaluating data quality, overseeing analytic processes, developing operational workflows, prioritizing leads, and coordinating the appropriate routing of information for further review.

10. My work requires attention to applicable legal authorities and policies from DHS and Immigration and Customs Enforcement (ICE). My work also requires familiarity with approved information sharing processes, privacy and civil liberties requirements, record management obligations, and system access restrictions.

## Election Integrity Efforts

11. It is unlawful for aliens to vote in federal elections. *See* 18 U.S.C. § 611. To ensure aliens do not vote in federal elections, HSI is among several federal departments and agencies receiving and processing publicly available state-eligible voter files (e.g., voter rolls) and cross-referencing them with federal immigration databases. HSI's role in that initiative includes data intake (including obtaining bona fide voter rolls), preparation, enrichment, quality review, and routing of leads or records for review by the appropriate component or partner agency to determine whether aliens are on voter rolls or otherwise participating in federal elections.

12. HSI's team of technical and analytic experts evaluate, to the best of their ability, whether the data it receives indicates whether an alien is registered on a state voter file or requested or received a vote-by-mail ballot. HSI, together with other federal agencies, conducts and supports the technical and analytic aspects of the workflow.

## Workflow Process Generally

13. Voting records contain various types of information about the listed individual, including name, address, date of birth or age, contact information, registration information, voter-history information, and more.

14. After a state voter file is acquired, HSI sends it for analysis to the Fraud Detection and National Security Directorate (FDNS) within U.S. Citizenship and Immigration Services (USCIS). HSI sends it to FDNS to determine if the person on the list has data in USCIS immigration holdings.

15. As I understand, FDNS developed a model that uses information from the voter roll and combines it with information from a reliable third-party data analytics and investigative platform to learn more about the individuals. *See* Bartell Decl. ¶¶ 13-20. From there, as I understand, FDNS then compares the enhanced voter file data to USCIS holdings to score the extent to which the individual profile matches an individual within DHS holdings. *Id*. ¶ 16. Data profiles include name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history

information, and more. *Id*. The more data identifiers that match, the higher the confidence it is that individual. *Id*. ¶ 18. Naturalized United States citizens are then removed from the population as they are lawfully registered voters. *Id.* ¶ 19. The remaining data are then referred for manual review to confirm the subject is a true match, and based on all available information, is not a United States citizen. *Id*. ¶¶ 19-20.

16. Once FDNS completes its analysis, it sends its work product to HSI. *Id*. ¶ 20. After an initial intake—which includes a quality review that consists of identifying duplicate entries, incomplete records, inconsistent formatting, missing identifiers, and other data quality issues—HSI prioritizes the voter records for review and prepares the data for additional enrichment using approved analytic capabilities.

17. HSI's enrichment process focuses on improving the completeness and consistency of identity and address information and, where lawfully permitted, identifying additional unique identifiers that may assist in reliable matching of the voters to their immigration status. HSI's enrichment process has the capability to perform data matching across multiple authorized data sources, consolidating disparate records into a unified set of matching results. The purpose of enrichment is to increase the quality of HSI's analysis and to reduce the risk that voters are mistakenly associated with the wrong immigration status.

18. In short, HSI's processing adds value by applying consistent quality controls and enrichment processes before voter records are disseminated as investigative referrals or routed for another authorized purpose.

19. Once the HSI review is completed, each individual data profile will be referred to the applicable HSI field office where it will be investigated for potential criminal violations.

**Evidence that Noncitizens in California were Sent Vote-by-Mail Ballots**

20. Our office received what appeared to be the California voter roster for the general election of 2026. The roster appeared credible enough for our office to initiate our investigative processes in accordance with our standard operating procedures. HSI initially reviewed the list of millions of registered voters in California, then turned the list over to USCIS FDNS.

21. I believe that the voter file provided to HSI accurately reflects the actual voter rolls in California that, as of August 2025, may be used for the 2026 federal election. Based on my understanding of California law, I believe that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered to vote in California. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. After receiving the file, HSI referred it to FDNS to go through the process described above. FDNS then provided HSI an enhanced file of voter information to ensure the accuracy of the information. As I understand, FDNS analyzed the original file provided by HSI in combination with third party commercial data. *See* Bartell Decl. ¶¶ 13, 16. FDNS immigration officers then manually reviewed the data. *Id*. ¶ 19. FDNS confirmed to HSI that the revised list includes persons that FDNS believes includes noncitizen aliens. *Id*. ¶ 20.

23. After receiving that enhanced file from FDNS, HSI continued to further refine the data with federal law enforcement systems. That further refinement resulted in over 20,000 individuals remaining on the list.

24. On October 13, 2026, I helped facilitate delivery to the U.S. Department of Justice and the U.S. Attorney's Office for the Central District of California that list of just over 20,000 individuals who HSI believes are (1) registered to vote in California, (2) were sent a vote-by-mail ballot to participate in the federal elections, and (3) are noncitizen aliens. On that same day, I understand an HSI special agent delivered that same list on an encrypted hard drive to the Los Angeles County Registrar-Recorder/

County Clerk. *See* Exhibit A. I understand that the Los Angeles County Registrar-Recorder / County Clerk received that list. *Id.* I also understand that the Department of Justice made the list available to the California Secretary of State on the same day.

25. Based on my training, experience, understanding of California law, and collaboration with USCIS, I reasonably believe that just over 20,000[1] individuals on this list are those who (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are noncitizen aliens.

**Conclusion**

26. HSI works with USCIS to determine whether aliens are on voter rolls to vote in federal elections. In support of the above-captioned case, HSI received data that, in my belief, accurately reflects the voters on California's voter rolls. HSI, together with USCIS, processed these data to identify voters who are highly likely to be noncitizens registered to vote in the 2026 federal election.

27. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

[1] As part of the ongoing analysis of voter data, USCIS identified and alerted HSI to approximately 189 records with minor data discrepancies that appeared on the list of over 20,000 individuals sent to California on October 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric McLoughlin

Executed this 15th day of October 2026, Washington D.C.

# Exhibit A

*Proof of Service of Noncitizen Voter List to Dean Logan of the Los Angeles County Registrar-Recorder/County Clerk's Office*

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE: 10/13/2026 | PLACE: Los Angeles County Registrar-Recorder/County Clerk 12400 Imperial Highway, Norwalk, CA 90650 |
| SERVED | DATE: 10/13/2026 | PLACE: Los Angeles County Registrar-Recorder/County Clerk 12400 Imperial Highway, Norwalk, CA 90650 |

SERVED ON (PRINT NAME):

Desiree Arechiga Mateos

SERVED BY (PRINT NAME & TITLE):

Special Agent Virginia Pulido

ADDITIONAL INFORMATION:

On 10/13/2026 at approximately 1525 hours, the demand letter addressed to Dean Logan of the Los Angeles County Registrar-Recorder/County Clerk's Office and encrypted hard drive were served to Registrar-Recorder Employee Desiree Arechiga Mateos, who identified herself as the receptionist for the office of Dean Logan. Mateos presented SA Pulido with her employee badge bearing employee ID #: 680771.

## DECLARATION OF SERVER

I declare under penalty of perjury that this information is true.

Date: 10/13/2026

VIRGINIA A PULIDO

Digitally signed by VIRGINIA A PULIDO
Date: 2026.10.13 19:35:46 -07'00'

*Server's signature*

SA Virginia Pulido

*Printed name and title*

501 W. Ocean Blvd., Ste 7200, Long Beach CA

*Server's address*