TODD BLANCHE
Attorney General
R. TRENT MCCOTTER
Acting Deputy Attorney General
JOHN K. ADAMS
Associate Deputy Attorney General
ANDREW M. DARLINGTON (Fl. Bar No. 10188895)
Counsel to the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
J. ROBERT RENNER (Cal. Bar No. 148587)
Assistant United States Attorney
300 N. Los Angeles St., Ste. 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
*United States of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025

**NOTICE OF WITHDRAWAL OF UNITED STATES' OBJECTION TO LEAGUE OF UNITED LATIN AMERICAN CITIZENS, NAACP, NAACP CALIFORNIA/HAWAII STATE CONFERENCE, AND NAACP LOS ANGELES BRANCH DEFICIENT *EX PARTE* APPLICATION FOR LEAVE TO FILE OPPOSITION TO TRO**

Hon. David O. Carter
United States District Judge

**NOTICE OF WITHDRAWAL**

The United States respectfully withdraws the Objection filed on October 21, 2026, Dkt. 49.

DATED: October 21, 2026

Respectfully submitted,

*/s/ Julie A. Hamill*
Julie A. Hamill
Assistant United States Attorney