ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br><br>**NOTICE OF STATE DEFENDANTS' MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: Not Set<br>Time: Not Set<br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE THAT, as soon as the matter may be heard before the Honorable David O. Carter, in Courtroom 10A of the United States District Court for the Central District of California, located at 411 W 4th Street, Santa Ana, California 92701, Defendants State of California and California Secretary of State Dr. Shirley N. Weber, in her official capacity ("State Defendants") move this Court pursuant to Fed. R. Civ. 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Complaint.

Earlier today, Defendant Los Angeles Registrar-Recorder/County Clerk Dean C. Logan, in his official capacity, filed an Ex Parte Application to Expedite Briefing Schedule and Hearing on Defendants' Motions to Dismiss (ECF No. 57), and State Defendants quickly joined in that request (ECF No. 61). By that Application, Defendants request a hearing on October 30, which is necessary in light of the urgent need to resolve this dispute in advance of the November 3, 2026 General Election.

This motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities, the papers and pleadings on file in this action, and such matters as may be presented to the Court at the time of the hearing. This motion is made following the conference of counsel pursuant to Central District of California Local Rule 7-3, which took place on October 19, 20, and 21, 2026. *See* Declaration of Christina McCall re Meet and Confer Pursuant to L.R. 7-3 re State Defendants' Motion to Dismiss.

Dated: October 21, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS
LISA C. EHRLICH
ANDREW E. KUSHNER
CHRISTINA M. MCCALL
Deputy Attorneys General

/s/ *Michael S. Cohen*

MICHAEL S. COHEN
Deputy Attorney General
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. State of California, et al.** No. **2:26-cv-12025**

I hereby certify that on October 21, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF STATE DEFENDANTS' MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 21, 2026, at Los Angeles, California.

| Linda Zamora | */s/ Linda Zamora* |
| --- | --- |
| Declarant | Signature |

SA2026305380
68813260