**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br>**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

On October 21, Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity ("State Defendants"), filed a Motion to Dismiss Plaintiff's Complaint.

The Court, having considered State Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Motion is **APPROVED.**
2. Plaintiff's Complaint is **DISMISSED.**

IT IS SO ORDERED.

Dated:

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. State of California, et al.** No. **2:26-cv-12025**

I hereby certify that on October 21, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **[PROPOSED] ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 21, 2026, at Los Angeles, California.

| | |
|---|---|
| Linda Zamora | */s/ Linda Zamora* |
| Declarant | Signature |

SA2026305380
68813260