ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder / County Clerk,**<br><br>Defendants. | 2:26-cv-12025-DOC-ADS<br><br>**DECLARATION OF CHRISTINA McCALL RE: MEET AND CONFER PURSUANT TO L.R. 7-3 RE: STATE DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: Not Set<br>Time: Not Set<br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

I, Christina M. McCall, declare as follows:

1. I am a Deputy Attorney General in the Office of the Attorney General of California, and counsel of record for the State of California. I am an active member of the State Bar of California and admitted to practice in the United States District Court for the Central District of California. The Attorney General is counsel for Defendants, the State of California and California Secretary of State Shirley N. Weber, Ph.D., ("State Defendants") in this case.
2. I offer this declaration in support of State Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion"). If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.
3. Counsel for State Defendants held videoconferences with counsel for Plaintiff and counsel for co-defendant Los Angeles County Registrar-Recorder/County Clerk Dean C. Logan on October 19, 20, and 21, 2026 to discuss, among other topics, State Defendants' and the Los Angeles County Registrar's intention to file a motion to dismiss Plaintiff's Complaint. At those meetings, counsel for all Defendants advised that Defendants intend to file motions to dismiss the complaint on October 21. We discussed Defendants' objections to the United States' Complaint. On October 21, we discussed in more detail the substance of the State Defendants' Motion. Counsel for the State Defendants summarized the substance of the Motion, including State Defendants' position that Plaintiff lacks standing to bring this lawsuit under Federal Rule of Civil Procedure 12(b)(1). We also summarized the State Defendants' position that the Complaint fails to state a claim under Federal Rule of Civil Procedure 12(b)(6) because: Plaintiff fails to show that any aspect of California's election administration unlawfully impedes federal law enforcement; Defendants cannot have violated the law by refusing Plaintiff's unlawful demands; and 18 U.S.C. § 611 does not authorize

the relief Plaintiff seeks.[1] The parties did not reach an agreement resolving these issues, which are the basis of Defendants' concurrently-filed motion to dismiss.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on October 21, 2026, in Sacramento County, California.

***/s/ Christina McCall***
CHRISTINA M. MCCALL
Deputy Attorney General

[1] This declaration focuses on discussion related to the State Defendants' Motion; counsel for the Los Angeles County Registrar also discussed the grounds for their forthcoming motion to dismiss the Complaint.

# CERTIFICATE OF SERVICE

Case Name: **United States of America v. State of California, et al.** No. **2:26-cv-12025**

I hereby certify that on October 21, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DECLARATION OF CHRISTINA McCALL RE: MEET AND CONFER PURSUANT TO L.R. 7-3 RE: STATE DEFENDANTS' MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 21, 2026, at Los Angeles, California.

| Linda Zamora | */s/ Linda Zamora* |
| --- | --- |
| Declarant | Signature |

SA2026305380
68813260