Name and address:

Anna Baldwin (DC Bar No. 998713)
Campaign Legal Center
1333 New Hampshire Ave. NW, Suite 300
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s),<br>v.<br>STATE OF CALIFORNIA, et al.<br>Defendant(s), | CASE NUMBER<br>2:26-cv-12025<br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $450 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Baldwin, Anna M.
*Applicant's Name (Last Name, First Name & Middle Initial)* — *check here if federal government attorney* ☐

Campaign Legal Center
*Firm/Agency Name*

1333 New Hampshire Ave. NW
Ste. 300
*Street Address*

(202) 736-2200 — *Telephone Number*
(202) 736-2222 — *Fax Number*

Washington, DC 20036
*City, State, Zip Code*

abaldwin@campaignlegalcenter.org
*E-mail Address*

**I have been retained to represent the following parties:**

League of United Latin American Citizens; NAACP; NAACP — ☐ *Plaintiff(s)* ☐ *Defendant(s)* ■ *Other:* Internevor-Defendants
CA/HI State Conference; NAACP LA Branch — ☐ *Plaintiff(s)* ☐ *Defendant(s)* ■ *Other:* Intervenor-Defendants

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia | 1/7/11 | Yes |
| New York | 5/14/09 | Yes |
| See Section IV | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 10/21/26

Anna Baldwin
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Lalas, Jonah J.

*Designee's Name (Last Name, First Name & Middle Initial)*

Altshuler Berzon LLP

*Firm/Agency Name*

350 W. Colorado Blvd.

*Street Address*

Pasadena, CA 91105

*City, State, Zip Code*

(323) 963-8693

*Telephone Number*

(415) 362- 8064

*Fax Number*

jlalas@altber.com

*Email Address*

286755

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 10/21/26

Jonah Lalas

*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Additional Admissions (All Memberships Active and in Good Standing):
U.S. Court of Appeals for the Second Circuit, admitted 1/4/2023
U.S. Court of Appeals for the Fourth Circuit, admitted 1/20/2016
U.S. Court of Appeals for the Fifth Circuit, admitted 1/25/2016
U.S. Court of Appeals for the District of Columbia Circuit, admitted 2/16/2016
U.S. District Court for the District of Columbia, admitted 5/5/2025