Anna Baldwin
Campaign Legal Center
1333 New Hampshire Ave. NW
Ste. 300
Washington DC, 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br><br>v.<br><br>State of California, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:26-cv-12025<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Baldwin, Anna M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 736-2200 — *Telephone Number*
(202) 736-2222 — *Fax Number*
abaldwin@campaignlegalcenter.org
*E-Mail Address*

of

Campaign Legal Center
1333 New Hampshire Ave. NW
Ste. 300
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference;
NAACP Los Angeles Branch

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Intervenors

**and designating as Local Counsel**

Lalas, Jonah J.
*Designee's Name (Last Name, First Name & Middle Initial*
286755 — *Designee's Cal. Bar No.*
(323) 963-8693 — *Telephone Number*
(415) 362-8064 — *Fax Number*
jlalas@altber.com
*E-Mail Address*

of

Altshuler Berzon LLP
350 W. Colorado Blvd.
Pasadena, CA 91105
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ____________________

☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because ____________________

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

____________________
**U.S. District Judge/U.S. Magistrate Judge**