DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

The Hon. David O. Carter

**DECLARATION OF CHRISTOPHER PELHAM IN SUPPORT OF DEFENDANT DEAN C. LOGAN'S MOTION TO DISMISS PLAINTIFF UNITED STATES OF AMERICA'S COMPLAINT**

Date Action Filed: October 15, 2026
Hearing Date:
December 7, 2026
*Ex Parte* Requested Hearing:
October 30, 2026
Time: 8:30 a.m.



DOCUMENT PREPARED ON RECYCLED PAPER

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (pro hac vice forthcoming)*
Toby R. Merrill (pro hac vice forthcoming)**
Kyra Sikora
Sharanya Mohan (*request for admission pending*)
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org
sai.mohan@publicrightsproject.org

* *Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

**DECLARATION OF CHRISTOPHER PELHAM**

I, Christopher K. Pelham, declare as follows:

1. I am an attorney licensed to practice before this Court, and I am a Partner at the law firm of Norton Rose Fulbright US LLP, counsel of record for Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"). I have personal knowledge of the facts stated herein, and could and would testify competently thereto if sworn as a witness. I submit this declaration in support of the County's *ex parte* application for an order expedited briefing schedule and hearing on Defendants' motions to dismiss.

2. On October 20 and 21, 2026, I participated in video conferences with government counsel (Department of Justice Counsel Andrew Darlington and Assistant U.S. Attorney Julie Hamill) and counsel for the State Defendants (that is, the State of California and Dr. Shirley N. Weber, in her official capacity as the California Secretary of State).

3. During the call on October 21, 2026, counsel for the State Defendants and I orally explained to government counsel the Defendants' grounds for dismissal under Fed. R. Civ. Proc. 12(b). Plaintiff will oppose the motions to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of October, 2026, at Los Angeles, California.

CHRISTOPHER PELHAM



DOCUMENT PREPARED ON RECYCLED PAPER