DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No. 2:26-cv-12025<br><br>**DEFENDANT DEAN C. LOGAN'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEFING FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. PROC. 12(b)** |

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (*pro hac vice forthcoming*)*
Toby R. Merrill (*pro hac vice forthcoming*)**
Kyra Sikora
Sharanya Mohan (*request for admission pending)*
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org
sai.mohan@publicrightsproject.org

* *Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

Defendants Dean C. Logan, acting in his representative capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), hereby requests leave to file an oversized brief for the County's Motion to Dismiss Plaintiff United States of America's Complaint, filed concurrently herewith. On October 19, 2026, the parties met and conferred via videoconference regarding Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Defendants forthcoming Motions to Dismiss. (Declaration of Alex Scandroli ¶ 2.) The County, joined by the State Defendants, requested Plaintiff's position on Defendants filing an oversized brief in support of their Motions. (*Id.*) Later that day, counsel for Plaintiff confirmed via email that Plaintiff does not oppose Defendants filing oversized briefs in support of their Motions, no longer than 10,500 words each. (*Id.*)

L.R. 11-6.1 permits the Court to grant leave to exceed the 7,000 word limit for memoranda of points and authorities. This Court's Standing Order also sets page limits for memoranda of points and authorities not to exceed 25 pages. The County's Motion is at 10,349 words and 30 pages. Good cause exists to grant this request and permit the oversized briefing because Plaintiff's Complaint presents significant and complex questions of constitutional law, federal statutory interpretation, and state law, including, among others, preemption doctrine, standing, and pleading sufficiency, the outcome of which could affect thousands of voters in the midst of an election.

Dated: October 21, 2026

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM
ABIGAIL URQUHART
ALEX SCANDROLI

By:____________________
ABIGAIL URQUHART
Attorneys for Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

**CERTIFICATE OF COMPLIANCE WITH L.R. 11-6.2**

The undersigned, counsel of record for Defendant Dean C. Logan, certifies that this brief contains 533 words in compliance with L.R. 11-6.2

ALEX SCANDROLI
October 21, 2026