DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br><br>Defendants. | Case No. 2:26-cv-12025<br><br>**DECLARATION OF ALEX SCANDROLI IN SUPPORT OF DEAN C. LOGAN'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEFING FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. PROC. 12(b)** |

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (*pro hac vice forthcoming*)*
Toby R. Merrill (*pro hac vice forthcoming*)**
Kyra Sikora
Sharanya Mohan (*request for admission pending)*
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org
sai.mohan@publicrightsproject.org

* *Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

**DECLARATION OF ALEX SCANDROLI**

1. I am an attorney licensed to practice before this Court, and I am an Associate at the law firm of Norton Rose Fulbright US LLP, counsel of record for Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"). I have personal knowledge of the facts stated herein, and could and would testify competently thereto if sworn as a witness. I submit this declaration in support of the County's application for leave to file an oversized briefing for the County's Motion to Dismiss, filed concurrently herewith.

2. On October 19, 2026, I participated in a video conference with government counsel (Department of Justice Counsel Andrew Darlington and Assistant U.S. Attorney Julie Hamill) and counsel for the State Defendants. During the conference, the parties discussed, among other things, that Defendants planned to file Motions to Dismiss Plaintiff United States of America's Complaint. Plaintiff had already requested stipulation that Defendants not oppose Plaintiff filing an oversized brief in support of its *ex parte* application for temporary restraining order. Defendants agreed, but also requested for Plaintiff's position as to Defendants filing an oversized briefs in support of their respective Motions. Later that day, counsel for Plaintiff confirmed via email that Plaintiff would not oppose oversized briefs being filed for the Motions, up to 10,500 words each.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of October, 2026, at Los Angeles, California.

ALEX SCANDROLI