TODD BLANCHE
Attorney General
R. TRENT MCCOTTER
Acting Deputy Attorney General
JOHN K. ADAMS
Associate Deputy Attorney General
ANDREW M. DARLINGTON (Fl. Bar No. 10188895)
Counsel to the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
J. ROBERT RENNER (Cal. Bar No. 148587)
Assistant United States Attorney
300 N. Los Angeles St., Ste. 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
*United States of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025

**UNITED STATES' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65 and Local Rule 7-19, the United States of America, Plaintiff in the above-captioned matter, hereby applies *ex parte* to this Court for a temporary restraining order ("TRO") and for issuance of an order to show cause why a preliminary injunction should not issue. This *ex parte* application is based upon this Application, the accompanying Memorandum of Points and Authorities, the concurrently filed Declarations of Eric McLoughlin, Nicolas Bartell, and Julie A. Hamill, all papers on file in this action, and any oral argument of counsel the Court may hear.

The United States brings this application on an *ex parte* basis because, as described in the memorandum filed herewith, of the imminent risk that ballots cast by ineligible noncitizens will be tabulated before their eligibility is independently verified. Once illegally cast ballots are counted and commingled with lawful votes, the resulting harm may be impossible to remedy. The urgency is heightened because of the fundamental right to vote and to have one's lawful vote counted without dilution. California is allowed to begin counting votes "29 days before the election," Cal. Elec. Code § 15101 (West), which means vote-by-mail ballots are likely being counted today.

The United States respectfully submits that *ex parte* relief is appropriate given that the facts set forth in the attached memorandum and its supporting papers evidence that immediate and irreparable injury will result to the citizens before opposition can be heard. Attorneys for Defendants informed counsel for the United States that Defendants oppose the requested relief. *See* Declaration of Julie A. Hamill ("Hamill Decl."), ¶¶ 7-9.

**<u>Statement of Compliance With Local Rule 7-19.1 and Rule 65</u>**

Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the United States notified Defendants of this Application. *See* Hamill Decl., ¶¶ 5-8. On October 18, 2026, at 6:42 p.m. Pacific Time, I sent an email to all counsel for Defendants who had entered an appearance in this case to advise them of the date and substance of the proposed ex parte application. Hamill Decl., ¶ 6. Their names and addresses are as

follows:

**State of California and Shirley Weber, in her official capacity as California Secretary of State**
Anne P Bellows
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3847
anne.bellows@doj.ca.gov

Michael Surren Cohen
California Department of Justice
1300 I Street
PO Box 944255
Sacramento, CA 94244
916-210-6090
michael.cohen@doj.ca.gov
Lisa Catherine Ehrlich
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3489
lisa.ehrlich@doj.ca.gov

Andrew Edward Kushner
California Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7020
415-268-4323
andrew.kushner@doj.ca.gov

Christina Marie McCall
California Department of Justice
Civil Division
1300 I Street
Sacramento, CA 95814
916-210-7890
christina.mccall@doj.ca.gov

**Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk**
Christopher K. Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
323-892-9200
christopher.pelham@nortonrosefulbright.com

Alex Jordan Scandroli
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
213-892-9200
alex.scandroli@nortonrosefulbright.com

Abigail Urquhart
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071-3103
213-892-9266
abigail.urquhart@nortonrosefulbright.com
Hamill Decl., ¶5.

On October 18, 2026, at 6:46 p.m. Pacific Time, I spoke via telephone with Anne P. Bellows, counsel for defendants State of California and Shirley Weber, in her official capacity as California Secretary of State at the number listed on the docket, 415-510-3847. Hamill Decl., ¶¶ 5, 7. I informed her that the United States would be moving *ex parte* for a TRO on October 19, 2026, and explained the substance of the application. Ms. Bellows expressed that her client would oppose the TRO. *Id.,* ¶ 7. At the time we spoke, Ms. Bellows was unsure whether she would be able to obtain her client's position on the United States' application for leave to file an expanded brief in excess of the word limit prior to the United States' filing. *Id.*

On October 18, 2026, at 7:05 p.m. Pacific Time, I spoke via telephone with Alex Scandroli, counsel for defendant Dean C. Logan, in his official capacity as the County of

Los Angeles Registrar-Recorder/County Clerk, at the number listed on the docket, 213-892-9200. *Id.,* ¶¶ 5, 8. I informed him that the United States would be moving *ex parte* for a TRO on October 19, 2026, and explained the substance of the application. *Id.,* ¶ 8. Mr. Scandroli expressed that his client would oppose the TRO. *Id.*, ¶ 8. At the time we spoke, Mr. Scandroli expressed his client would likely not oppose an expanded word limit so long as it was reciprocal, but did not have a final position from his client. *Id.*

DATED: October 19, 2026

Respectfully submitted,

*/s/ ANDREW M. DARLINGTON*
ANDREW M. DARLINGTON
Counsel to the Assistant Attorney General

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for the United States certifies that this brief contains 814 words, which complies with the word limit of L.R. 11-6.1.

DATED: October 19, 2026

Respectfully submitted,

*/s/ ANDREW M. DARLINGTON*
ANDREW M. DARLINGTON
Counsel