ACCO,TRO,(ADSx),DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:26-cv-12025-DOC-ADS

United States of America v. State of California et al
Assigned to: Judge David O. Carter
Referred to: Magistrate Judge Autumn D. Spaeth
Related Case: 2:25-cv-09149-DOC-ADS
Cause: 28:2201 Injunction

Date Filed: 10/15/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America** represented by **Andrew Michael Darlington**
DOJ-Enrd
950 Pennsylvania Ave NW
Washington DC, DC 20530
202-550-5305
Email: Andrew.Darlington2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robert Renner**
USDOJ
United States Attorney's Office, CAC
300 North Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2448
Fax: 213-894-7819
Email: robert.renner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Julie Ann Hamill**
United States Attorney's Office
300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
213-894-2464
Fax: 213-894-7819
Email: julie.hamill@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State of California** represented by **Christina Marie McCall**
California Department of Justice
Civil Division
1300 I Street
Sacramento, CA 95814
916-210-7890
Fax: 916-210-8835

Email: christina.mccall@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Edward Kushner**
California Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7020
415-268-4323
Fax: 415-703-1234
Email: andrew.kushner@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Anne P Bellows**
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3847
Fax: 415-703-5480
Email: anne.bellows@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Lisa Catherine Ehrlich**
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3489
Fax: 916-454-8171
Email: lisa.ehrlich@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Michael Surren Cohen**
California Department of Justice
1300 I Street
PO Box 944255
Sacramento, CA 94244
916-210-6090
Fax: 916-454-8171
Email: michael.cohen@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shirley N. Weber, PH.D.**
*in her official capacity as the California Secretary of State*

represented by **Christina Marie McCall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Surren Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Edward Kushner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne P Bellows**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Catherine Ehrlich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dean C. Logan**
*in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk*

represented by

**Christopher K. Pelham**
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
323-892-9200
Fax: 323-892-9494
Email: christopher.pelham@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Urquhart**
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071-3103
213-892-9266
Fax: 213-892-9494
Email: abigail.urquhart@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Alex Jordan Scandroli**
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
213-892-9200
Fax: 213-892-9494
Email: alex.scandroli@nortonrosefulbright.com
*ATTORNEY TO BE NOTICED*

**Joshua Karsh**
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
Email: joshua.karsh@publicrightsproject.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyra Sikora**

Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
510-738-6788
Email: kyra.sikora@publicrightsproject.org
*ATTORNEY TO BE NOTICED*

**Toby R Merrill**
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
510-738-6788
Email: toby.merrill@publicrightsproject.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Intervenor Defendant</u>**

**Services, Immigrant Rights and Education Network** represented by

**Branden D. Lewiston**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-948-1135
Fax: 202-312-5904
Email: blewiston@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julianna D. Astarita**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-948-1135
Fax: 202-312-5904
Email: jastarita@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max August Schoening**
Qureshi Law
700 S. Flower Street Suite 1000
Los Angeles, CA 90017
213-786-3478
Fax: 213-277-8989
Email: max@qureshi.law
*ATTORNEY TO BE NOTICED*

**Omar G. Qureshi**
Qureshi Law
700 Flower Street, Suite 1000
Los Angeles, CA 90017
213-600-6096

Fax: 213-277-8989
Email: omar@qureshi.law
*ATTORNEY TO BE NOTICED*

**Tyler L. Bishop**
Elias Law Group LLP
1700 Seventh Ave, Ste 2100
Seattle, WA 98101
202-948-1135
Fax: 202-968-4498
Email: tbishop@elias.law
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-948-1135
Fax: 202-312-5904
Email: unkwonta@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Mi Familia en Accion** represented by **Branden D. Lewiston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julianna D. Astarita**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max August Schoening**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar G. Qureshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler L. Bishop**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**League of United Latin American Citizens** represented by **Aseem B. Mulji**
Campaign Legal Center

1333 New Hampshire Avenue NW, Suite 300
Washington, DC 20036
202-736-2200
Fax: 202-736-2222
Email: amulji@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M. Baldwin**
Campaign Legal Center
1333 New Hampshire Ave. NW, Suite 300
Washington, DC 20036
202-736-2200
Fax: 202-736-2222
Email: abaldwin@campaignlegalcenter.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Evelyn Leonard**
Altshuler Berzon LLP
177 Post Street Suite 300
San Francisco, CA 94108
415-421-7151
Fax: 415-362-8064
Email: dleonard@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Jonah Lalas**
Altshuler Berzon LLP
350 West Colorado Blvd., Suite 420
Pasadena, CA 91105
323-963-8693
Fax: 415-362-8064
Email: jlalas@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Stacey M Leyton**
Altshuler Berzon LLP
177 Post Street Suite 300
San Francisco, CA 94108
415-421-7151
Fax: 415-362-8064
Email: sleyton@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NAACP** represented by **Aseem B. Mulji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Evelyn Leonard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonah Lalas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey M Leyton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NAACP California/Hawaii State Conference** represented by **Aseem B. Mulji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M. Baldwin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Evelyn Leonard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonah Lalas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey M Leyton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**NAACP Los Angeles Branch** represented by **Aseem B. Mulji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna M. Baldwin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Evelyn Leonard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonah Lalas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey M Leyton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Attorney General of Washington**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2026 | 1 | COMPLAINT No Fee Required - US Government, filed by Plaintiff UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D) (Attorney Andrew Michael Darlington added to party UNITED STATES OF AMERICA(pty:pla))(Darlington, Andrew) (Entered: 10/15/2026) |
| 10/15/2026 | 2 | Civil Cover Sheet No Fee Required - US Government, filed by plaintiff UNITED STATES OF AMERICA.(Darlington, Andrew) (Entered: 10/15/2026) |
| 10/15/2026 | 3 | NOTICE of Related Case(s) filed by plaintiff UNITED STATES OF AMERICA. Related Case(s): 8:26-cv-1263 (Darlington, Andrew) (Entered: 10/15/2026) |
| 10/15/2026 | 4 | Notice of Appearance or Withdrawal of Counsel: for attorney Julie Ann Hamill counsel for Plaintiff UNITED STATES OF AMERICA. Adding Julie Ann Hamill as counsel of record for United States of America for the reason indicated in the G-123 Notice. Filed by Plaintiff United States of America. (Attorney Julie Ann Hamill added to party UNITED STATES OF AMERICA(pty:pla))(Hamill, Julie) (Entered: 10/15/2026) |
| 10/15/2026 | 5 | Request for Clerk to Issue Summons on Notice of Related Case(s) 3 , MISC - Other Miscellaneous Case 2 , Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff UNITED STATES OF AMERICA. (Hamill, Julie) (Entered: 10/15/2026) |
| 10/15/2026 | 6 | Request for Clerk to Issue Summons on Notice of Related Case(s) 3 , MISC - Other Miscellaneous Case 2 , Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff UNITED STATES OF AMERICA. (Hamill, Julie) (Entered: 10/15/2026) |
| 10/15/2026 | 7 | Request for Clerk to Issue Summons on Notice of Related Case(s) 3 , MISC - Other Miscellaneous Case 2 , Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff UNITED STATES OF AMERICA. (Hamill, Julie) (Entered: 10/15/2026) |
| 10/15/2026 | 8 | Notice of Appearance or Withdrawal of Counsel: for attorney Christina Marie McCall counsel for Defendants California, State of, Shirley N. Weber, PHD. Adding Christina M. McCall as counsel of record for State of California & California Secretary of State Shirley N. Weber for the reason indicated in the G-123 Notice. Filed by Defendants State of California & California Secretary of State Shirley N. Weber. (Attorney Christina Marie McCall added to party California, State of(pty:dft), Attorney Christina Marie McCall added to party Shirley N. Weber, PHD(pty:dft))(McCall, Christina) (Entered: 10/15/2026) |
| 10/15/2026 | 9 | OBJECTIONS to Notice of Related Case(s) 3 filed by Defendants California, State of, Shirley N. Weber, PHD. (McCall, Christina) (Entered: 10/15/2026) |
| 10/15/2026 | 10 | NOTICE of Related Case(s) filed by Defendants California, State of, Shirley N. Weber, PHD. Related Case(s): 2:25-cv-09149 (McCall, Christina) (Entered: 10/15/2026) |
| 10/15/2026 | 11 | NOTICE OF MOTION AND MOTION to Intervene filed by Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network, Mi Familia en Accion. (Attachments: # 1 Exhibit A (Tran Decl.), # 2 Exhibit B (Razo Decl.), # 3 Exhibit C (Proposed Answer), # 4 Exhibit D (Bishop Decl.), # 5 Proposed Order) (Attorney Max August Schoening added to party Services, Immigrant Rights and Education Network(pty:bkmov), Attorney Max August Schoening added to party Mi Familia en Accion(pty:bkmov)) (Schoening, Max) (Entered: 10/15/2026) |

| | | |
|---|---|---|
| 10/16/2026 | 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Christopher K. Pelham counsel for Defendant Dean C. Logan. Adding Christopher Pelham as counsel of record for Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk for the reason indicated in the G-123 Notice. Filed by Defendant DEAN C. LOGAN. (Attorney Christopher K. Pelham added to party Dean C. Logan(pty:dft))(Pelham, Christopher) (Entered: 10/16/2026) |
| 10/16/2026 | 13 | Notice of Appearance or Withdrawal of Counsel: for attorney Abigail Urquhart counsel for Defendant Dean C. Logan. Adding Abigail Urquhart as counsel of record for Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk for the reason indicated in the G-123 Notice. Filed by Defendant Dean C. Logan. (Attorney Abigail Urquhart added to party Dean C. Logan(pty:dft)) (Urquhart, Abigail) (Entered: 10/16/2026) |
| 10/16/2026 | 14 | Notice of Appearance or Withdrawal of Counsel: for attorney Alex Jordan Scandroli counsel for Defendant Dean C. Logan. Adding Alex Scandroli as counsel of record for Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk for the reason indicated in the G-123 Notice. Filed by Defendant DEAN C. LOGAN. (Attorney Alex Jordan Scandroli added to party Dean C. Logan(pty:dft))(Scandroli, Alex) (Entered: 10/16/2026) |
| 10/16/2026 | 15 | NOTICE OF MOTION AND MOTION to Intervene filed by Proposed Intervenor-Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch. (Attachments: # 1 Exhibit A - Declaration of Juan Proano, # 2 Exhibit B - Declaration of Tyler Sterling, # 3 Exhibit C - Declaration of Anna Baldwin, # 4 Exhibit D - Proposed Answer, # 5 Proposed Order) (Attorney Aseem B. Mulji added to party League of United Latin American Citizens(pty:mov), Attorney Aseem B. Mulji added to party NAACP(pty:mov), Attorney Aseem B. Mulji added to party NAACP California/Hawaii State Conference(pty:mov), Attorney Aseem B. Mulji added to party NAACP Los Angeles Branch(pty:mov)) (Mulji, Aseem) (Entered: 10/16/2026) |
| 10/16/2026 | 16 | Notice of Appearance or Withdrawal of Counsel: for attorney Anne P Bellows counsel for Defendants California, State of, Shirley N. Weber, PHD. Adding Anne P. Bellows as counsel of record for Defendant State of California; Defendant Shirley N. Weber, in her official capacity as the California Secretary of State for the reason indicated in the G-123 Notice. Filed by Defendants State of California and California Secretary of State Shirley N. Weber. (Attorney Anne P Bellows added to party California, State of(pty:dft), Attorney Anne P Bellows added to party Shirley N. Weber, PHD(pty:dft))(Bellows, Anne) (Entered: 10/16/2026) |
| 10/16/2026 | 17 | NOTICE of Appearance filed by attorney Michael Surren Cohen on behalf of Defendants California, State of, Shirley N. Weber, PHD (Attorney Michael Surren Cohen added to party California, State of(pty:dft), Attorney Michael Surren Cohen added to party Shirley N. Weber, PHD(pty:dft))(Cohen, Michael) (Entered: 10/16/2026) |
| 10/16/2026 | 18 | Notice of Appearance or Withdrawal of Counsel: for attorney Andrew Edward Kushner counsel for Defendants California, State of, Shirley N. Weber, PHD. Adding Andrew Kushner as counsel of record for Defendant State of California; Defendant Shirley N. Weber, in her official capacity as the California Secretary of State for the reason indicated in the G-123 Notice. Filed by Defendants State of California and California Secretary of State Shirley N. Weber. (Attorney Andrew Edward Kushner added to party California, State of(pty:dft), Attorney Andrew Edward Kushner added to party Shirley N. Weber, PHD(pty:dft))(Kushner, Andrew) (Entered: 10/16/2026) |

| | | |
|---|---|---|
| 10/16/2026 | 19 | Notice of Appearance or Withdrawal of Counsel: for attorney Lisa Catherine Ehrlich counsel for Defendants California, State of, Shirley N. Weber, PHD. Adding Lisa C. Ehrlich as counsel of record for Defendant State of California; Defendant Shirley N. Weber, in her official capacity as the California Secretary of State for the reason indicated in the G-123 Notice. Filed by Defendants State of California and California Secretary of State Shirley N. Weber. (Attorney Lisa Catherine Ehrlich added to party California, State of(pty:dft), Attorney Lisa Catherine Ehrlich added to party Shirley N. Weber, PHD(pty:dft))(Ehrlich, Lisa) (Entered: 10/16/2026) |
| 10/16/2026 | 20 | JOINDER filed by Defendant Dean C. Logan joining in Objection 9 . (Pelham, Christopher) (Entered: 10/16/2026) |
| 10/18/2026 | 21 | OBJECTIONS to Joinder (non-motion) 20 , Objection 9 , Notice of Related Case(s) 10 filed by Plaintiff UNITED STATES OF AMERICA. (Darlington, Andrew) (Entered: 10/18/2026) |
| 10/19/2026 | 22 | EX PARTE APPLICATION to Exceed Page Limitation Memorandum in Support for Application for TRO and PI filed by plaintiff UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Application for a Temporary Restraining Order and Preliminary Injunction, # 2 Exhibit Memorandum in Support for TRO and PI, # 3 Declaration McLoughlin Declaration, # 4 Declaration Bartell Declaration, # 5 Declaration Hamill Declaration in Support of TRO Application, # 6 Declaration Hamill Declaration in Support of Exceeding Word Limit, # 7 Exhibit Exhibits to Application for TRO, # 8 Proposed Order Proposed Order for TRO, # 9 Proposed Order Proposed Order to Exceed Word Limit) (Darlington, Andrew) (Entered: 10/19/2026) |
| 10/19/2026 | 23 | NOTICE of Appearance filed by attorney Tyler L. Bishop on behalf of Movants Mi Familia en Accion, Services, Immigrant Rights and Education Network (Attorney Tyler L. Bishop added to party Mi Familia en Accion(pty:bkmov), Attorney Tyler L. Bishop added to party Services, Immigrant Rights and Education Network(pty:bkmov))(Bishop, Tyler) (Entered: 10/19/2026) |
| 10/19/2026 | 24 | Notice of Appearance or Withdrawal of Counsel: for attorney John Robert Renner counsel for Plaintiff UNITED STATES OF AMERICA. Adding J. Robert Renner as counsel of record for United States of America for the reason indicated in the G-123 Notice. Filed by Plaintiff United States of America. (Attorney John Robert Renner added to party UNITED STATES OF AMERICA(pty:pla))(Renner, John) (Entered: 10/19/2026) |
| 10/19/2026 | 25 | NOTICE of Appearance filed by attorney Jonah Lalas on behalf of Movants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch (Attorney Jonah Lalas added to party League of United Latin American Citizens(pty:mov), Attorney Jonah Lalas added to party NAACP(pty:mov), Attorney Jonah Lalas added to party NAACP California/Hawaii State Conference(pty:mov), Attorney Jonah Lalas added to party NAACP Los Angeles Branch(pty:mov))(Lalas, Jonah) (Entered: 10/19/2026) |
| 10/19/2026 | 26 | NOTICE of Appearance filed by attorney Danielle Evelyn Leonard on behalf of Movants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch (Attorney Danielle Evelyn Leonard added to party League of United Latin American Citizens(pty:mov), Attorney Danielle Evelyn Leonard added to party NAACP(pty:mov), Attorney Danielle Evelyn Leonard added to party NAACP California/Hawaii State Conference(pty:mov), Attorney Danielle Evelyn Leonard added to party NAACP Los Angeles Branch(pty:mov))(Leonard, Danielle) (Entered: 10/19/2026) |
| 10/19/2026 | 27 | NOTICE of Appearance filed by attorney Stacey M Leyton on behalf of Movants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, |

| | | |
|---|---|---|
| | | NAACP Los Angeles Branch (Attorney Stacey M Leyton added to party League of United Latin American Citizens(pty:mov), Attorney Stacey M Leyton added to party NAACP(pty:mov), Attorney Stacey M Leyton added to party NAACP California/Hawaii State Conference(pty:mov), Attorney Stacey M Leyton added to party NAACP Los Angeles Branch(pty:mov))(Leyton, Stacey) (Entered: 10/19/2026) |
| 10/19/2026 | 28 | First APPLICATION of Non-Resident Attorney Uzoma N. Nkwonta to Appear Pro Hac Vice on behalf of Movants Mi Familia en Accion, Services, Immigrant Rights and Education Network (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43605632) filed by Intervenors Mi Familia en Accion, Services, Immigrant Rights and Education Network. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order) (Attorney Omar G. Qureshi added to party Mi Familia en Accion(pty:bkmov), Attorney Omar G. Qureshi added to party Services, Immigrant Rights and Education Network(pty:bkmov)) (Qureshi, Omar) (Entered: 10/19/2026) |
| 10/19/2026 | 29 | First APPLICATION of Non-Resident Attorney Julianna D. Astarita to Appear Pro Hac Vice on behalf of Movants Mi Familia en Accion, Services, Immigrant Rights and Education Network (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43605765) filed by Intervenors Mi Familia en Accion, Services, Immigrant Rights and Education Network. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order) (Qureshi, Omar) (Entered: 10/19/2026) |
| 10/19/2026 | 30 | First APPLICATION of Non-Resident Attorney Branden D. Lewiston to Appear Pro Hac Vice on behalf of Movants Mi Familia en Accion, Services, Immigrant Rights and Education Network (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43605869) filed by Intervenors Mi Familia en Accion, Services, Immigrant Rights and Education Network. (Attachments: # 1 Exhibit, # 2 Proposed Order) (Qureshi, Omar) (Entered: 10/19/2026) |
| 10/20/2026 | 31 | APPLICATION to Exceed Page Limitation (Unopposed) for State Defendants' Opposition to Plaintiff's Application for a Temporary Restraining Order filed by State Defendants California, State of, Shirley N. Weber, PHD. (Attachments: # 1 State Defendants' Opposition to Plaintiff's Application for a Temporary Restraining Order, # 2 Declaration of Rachel Evans (with Exhibits 1-3), # 3 Declaration of Jana M. Lean, # 4 Request for Judicial Notice ISO Opposition to Plaintiff's Application for a TRO (with Exhibits A-I), # 5 Declaration of Christina M. McCall ISO State Defendants' Unopposed Application for Leave to Exceed Word Limit, # 6 Proposed Order Granting State Defendants' Unopposed Application for Leave to Exceed Word Limit for Opposition to Plaintiff's Application for a TRO) (Cohen, Michael) (Entered: 10/20/2026) |
| 10/20/2026 | 32 | APPLICATION for Leave to file to Exceed Word Limit (Unopposed) for Opposition to Plaintiff's Application for a Temporary Restraining Order filed by Defendant Dean C. Logan. (Attachments: # 1 Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk's Opposition to Plaintiff's Ex Parte Application for Temporary Restraining Order, # 2 Declaration of Christopher Pelham (with Exhibits A - I), # 3 Declaration of Aman Bhullar (with Exhibit A), # 4 Declaration of Monica Flores, # 5 Proposed Order granting Defendant Dean Logan's Unopposed Application for Leave to Exceed Word Limit for Opposition to Plaintiff's Application for Temporary Restraining Order) (Scandroli, Alex) (Entered: 10/20/2026) |
| 10/20/2026 | 33 | Notice filed by plaintiff UNITED STATES OF AMERICA. (Attachments: # 1 Proposed Order)(Darlington, Andrew) (Entered: 10/20/2026) |
| 10/20/2026 | 34 | NOTICE OF ASSIGNMENT to District Judge John W. Holcomb and Magistrate Judge Angela C. C. Viramontes. (car) (Entered: 10/20/2026) |

| | | |
|---|---|---|
| 10/20/2026 | 35 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 10/20/2026) |
| 10/20/2026 | 36 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 10/20/2026) |
| 10/20/2026 | 37 | EX PARTE APPLICATION for Leave to file Opposition to the United States's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue filed by Proposed Intervenor-Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch. (Attachments: # 1 Memorandum of Points and Authorities in Opposition to the United States's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, # 2 Exhibit A - Expert Declaration of Kassra A.R. Oskooii, # 3 Exhibit B - Declaration of Anna Baldwin, # 4 Proposed Order) (Mulji, Aseem) (Entered: 10/20/2026) |
| 10/20/2026 | 38 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Dean C. Logan. (car) (Entered: 10/20/2026) |
| 10/20/2026 | 39 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Shirley N. Weber, PHD. (car) (Entered: 10/20/2026) |
| 10/20/2026 | 40 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant State of California. (car) (Entered: 10/20/2026) |
| 10/20/2026 | 41 | OBJECTIONS to NOTICE OF MOTION AND MOTION to Intervene 15 filed by Plaintiff United States of America. (Hamill, Julie) (Entered: 10/20/2026) |
| 10/21/2026 | 42 | APPLICATION of Non-Resident Attorney Toby Merrill to Appear Pro Hac Vice on behalf of Defendant Dean C. Logan (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43621728) filed by Defendant Dean C. Logan. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order) (Scandroli, Alex) (Entered: 10/21/2026) |
| 10/21/2026 | 43 | APPLICATION of Non-Resident Attorney Joshua Karsh to Appear Pro Hac Vice on behalf of Defendant Dean C. Logan (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43621833) filed by Defendant Dean C. Logan. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order) (Scandroli, Alex) (Entered: 10/21/2026) |
| 10/21/2026 | 44 | STANDING ORDER by Judge John W. Holcomb. (cla) (Entered: 10/21/2026) |
| 10/21/2026 | 45 | OBJECTIONS to NOTICE OF MOTION AND MOTION to Intervene 11 filed by Plaintiff United States of America. (Hamill, Julie) (Entered: 10/21/2026) |
| 10/21/2026 | 46 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case- filed. Related Case No: 2:25-cv-09149-DOC-(ADSx). Case transferred from Judge John W. Holcomb and Magistrate Judge Angela C. C. Viramontes to Judge David O. Carter and Magistrate Judge Autumn D. Spaeth for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:26-cv-12025-DOC-(ADSx). Signed by Judge David O. Carter (dve) (Entered: 10/21/2026) |
| 10/21/2026 | 47 | NOTICE of Change of Lead Counsel changing lead counsel from Christina McCall to Michael S. Cohen. filed by Defendants State of California, Shirley N. Weber, PHD, (Cohen, Michael) (Entered: 10/21/2026) |

| | | |
|---|---|---|
| 10/21/2026 | 48 | NOTICE of Appearance filed by attorney Aseem B. Mulji on behalf of Intervenor Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch (Mulji, Aseem) (Entered: 10/21/2026) |
| 10/21/2026 | 49 | [WITHDRAWN RE #63] OBJECTIONS to EX PARTE APPLICATION for Leave to file Opposition to the United States's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue 37 filed by Plaintiff United States of America. (Hamill, Julie) Modified on 10/22/2026 (twdb). (Entered: 10/21/2026) |
| 10/21/2026 | 50 | NOTICE of Appearance filed by attorney Kyra Sikora on behalf of Defendant Dean C. Logan (Attorney Kyra Sikora added to party Dean C. Logan(pty:dft))(Sikora, Kyra) (Entered: 10/21/2026) |
| 10/21/2026 | 51 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Toby Merrill to Appear Pro Hac Vice on behalf of Defendant Dean C. Logan (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43621728) 42 . The following error(s) was/were found: Local Rule 83-2.1.3.2(a) Applicant resides in California. Local Rule 83-2.1.3.3(d) Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. (tse) (Entered: 10/21/2026) |
| 10/21/2026 | 52 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non-Resident Attorney Joshua Karsh to Appear Pro Hac Vice on behalf of Defendant Dean C. Logan (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43621833) 43 . The following error(s) was/were found: Local Rule 83-2.1.3.2(a) Applicant resides in California. (tse) (Entered: 10/21/2026) |
| 10/21/2026 | 53 | ORDER GRANTING LEAVE TO EXPAND WORD LIMIT FOR UNITED STATES' MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE by Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb) (Entered: 10/21/2026) |
| 10/21/2026 | 54 | ORDER GRANTING DEFENDANT DEAN LOGAN'S UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER by Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb) (Entered: 10/21/2026) |
| 10/21/2026 | 55 | ORDER GRANTING STATE DEFENDANTS' UNOPPOSED APPLICATION FOR LEAVE TO EXCEED WORD LIMIT FOR OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER by Judge David O. Carter. SEE DOCUMENT FOR FURTHER INFORMATION. (twdb) (Entered: 10/21/2026) |
| 10/21/2026 | 56 | RESPONSE IN SUPPORT of NOTICE OF MOTION AND MOTION to Intervene 15 filed by Intervenor Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch. (Attachments: # 1 Declaration of Anna Baldwin)(Mulji, Aseem) (Entered: 10/21/2026) |
| 10/21/2026 | 57 | EX PARTE APPLICATION to Expedite Briefing Schedule and Hearing on Defendants' Motions to Dismiss under Fed. R. Civ. Proc. 12(b) filed by Defendant Dean C. Logan. (Attachments: # 1 Declaration of Christopher Pelham, # 2 Proposed Order) (Scandroli, Alex) (Entered: 10/21/2026) |
| 10/21/2026 | 58 | EX PARTE APPLICATION for Leave to file Brief in Opposition to Ex Parte Application for Temporary Restraining Order and Order To Show Cause Why a Preliminary Injunction Should Not Issue filed by Proposed Intervenor-Defendants Mi Familia en Accion, |

| | | |
|---|---|---|
| | | Services, Immigrant Rights and Education Network. (Attachments: # 1 Exhibit A - Proposed Brief in Opposition to Ex Parte Application for Temporary Restraining Order and Order To Show Cause Why a Preliminary Injunction Should Not Issue, # 2 Exhibit B - Declaration of Tyler L. Bishop, # 3 Exhibit C - Proposed Order) (Bishop, Tyler) (Entered: 10/21/2026) |
| 10/21/2026 | 59 | OBJECTIONS to EX PARTE APPLICATION for Leave to file Opposition to the United States's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue 37 filed by Plaintiff United States of America. (Hamill, Julie) (Entered: 10/21/2026) |
| 10/21/2026 | 60 | Notice States' Motion for Leave to File Amicus Brief filed by Amici Attorney General of Washington. (Attachments: # 1 Exhibit Amicus Brief, # 2 Exhibit Declaration of Karl D. Smith, # 3 Proposed Order)(Cordova, Alison) (Entered: 10/21/2026) |
| 10/21/2026 | 61 | JOINDER filed by Defendants State of California, Shirley N. Weber, PHD joining in EX PARTE APPLICATION to Expedite Briefing Schedule and Hearing on Defendants' Motions to Dismiss under Fed. R. Civ. Proc. 12(b) 57 . (Cohen, Michael) (Entered: 10/21/2026) |
| 10/21/2026 | 62 | Emergency EX PARTE APPLICATION for Temporary Restraining Order as to noncitizen vote-by-mail ballots filed by plaintiff United States of America. (Attachments: # 1 Memorandum memorandum in support, # 2 Declaration Nic Bartell declaration, # 3 Declaration Eric Mcloughlin declaration, # 4 Declaration Julie Hamill declaration, # 5 Exhibit Exhibits A and B, # 6 Proposed Order) (Darlington, Andrew) (Entered: 10/21/2026) |
| 10/21/2026 | 63 | Notice of Withdrawal of Objection, 49 filed by Plaintiff United States of America. (Hamill, Julie) (Entered: 10/21/2026) |
| 10/21/2026 | 64 | (IN CHAMBERS) Order by Judge David O. Carter: The Court SETS a hearing on the United States Government's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 62) for Tuesday, October 27, 2026, at 1:00 PM in Courtroom One at the Felicitas and Gonzalo Mendez United States Courthouse (formerly known as the First Street Courthouse). Additionally, Proposed Intervenor-Defendants Services, Immigrant Rights and Education Network and Mi Familia en Accin are ORDERED to appear to argue their Motion to Intervene (Dkt. 11). Proposed Intervenor-Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch are ORDERED to appear to argue their Motion to Intervene (Dkt. 15). Both Proposed Intervenor-Defendants should be prepared to argue their positions on the United States Government's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. 62). IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sgo) TEXT ONLY ENTRY (Entered: 10/21/2026) |
| 10/21/2026 | 65 | NOTICE OF MOTION AND MOTION to Dismiss Case *Notice of State Defendants' Motion and Motion to Dismiss Plaintiff's Complaint* filed by Defendants State of California, Shirley N. Weber, PHD. (Attachments: # 1 Memorandum State Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint, # 2 Proposed Order [Proposed] Order Granting State Defendant's Motion to Dismiss Plaintiff's Complaint, # 3 Declaration Declaration of Christina McCall Re: Meet and Confer Pursuant to L.R. 7-3 Re: State Defendants' Motion to Dismiss Complaint) (Cohen, Michael) (Entered: 10/21/2026) |
| 10/21/2026 | 66 | APPLICATION of Non-Resident Attorney Anna M. Baldwin to Appear Pro Hac Vice on behalf of Intervenor Defendants League of United Latin American Citizens, NAACP, |

| | | |
|---|---|---|
| | | NAACP California/Hawaii State Conference, NAACP Los Angeles Branch (Pro Hac Vice Fee - $450 Fee Paid, Receipt No. ACACDC-43630692) filed by Proposed Intervenor-Defendants League of United Latin American Citizens, NAACP, NAACP California/Hawaii State Conference, NAACP Los Angeles Branch. (Attachments: # 1 Exhibit 1 - DC Certificate of Good Standing, # 2 Exhibit 2 - NY Certificate of Good Standing, # 3 Proposed Order) (Mulji, Aseem) (Entered: 10/21/2026) |
| 10/21/2026 | 67 | Request for Expedited Ruling on TRO filed by Plaintiff United States of America re: Emergency EX PARTE APPLICATION for Temporary Restraining Order as to noncitizen vote-by-mail ballots 62 , EX PARTE APPLICATION to Exceed Page Limitation Memorandum in Support for Application for TRO and PI 22 (Hamill, Julie) (Entered: 10/21/2026) |
| 10/21/2026 | 68 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Dean C. Logan. Motion set for hearing on 10/30/2026 at 08:30 AM before Judge David O. Carter. (Attachments: # 1 Declaration of Christopher Pelham, # 2 Proposed Order) (Scandroli, Alex) (Entered: 10/21/2026) |
| 10/21/2026 | 69 | EX PARTE APPLICATION for Leave to file to File Oversized Briefing for Motion to Dismiss Plaintiff's Complaint under Fed. R. Civ. Proc. 12(b) filed by Defendant Dean C. Logan. (Attachments: # 1 Declaration of Alex Scandroli, # 2 Proposed Order) (Scandroli, Alex) (Entered: 10/21/2026) |
| 10/22/2026 | 70 | INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER. (kdu) (Entered: 10/22/2026) |

---

**PACER Service Center**

**Transaction Receipt**

10/22/2026 13:23:54

| | | | |
|---|---|---|---|
| **PACER Login:** | jessicacheh | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:26-cv-12025-DOC-ADS End date: 10/22/2026 |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |