UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 2:26-cv-12025<br><br>**DECLARATION OF JULIE A. HAMILL IN SUPPORT OF UNITED STATES' *EX PARTE* MOTION FOR INJUNCTION PENDING APPEAL** |

I, Julie A. Hamill, do hereby declare and state as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I am admitted to practice in the Central District of California and represent Plaintiff United States of America in the above-captioned matter.

2. This Declaration is submitted in support of the United States' *Ex Parte* Motion For Injunction Pending Appeal.

3. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties.

4. My business address, email address and telephone number are:

300 N. Los Angeles, Suite 7516
Los Angeles, CA 90012
Julie.Hamill@usdoj.gov
(213) 894-2464

5. Contact information for Counsel for Defendants who have entered an appearance as of October 22, 2026, is as follows:

**State of California and Shirley Weber, in her official capacity as California Secretary of State**

Anne P Bellows
California Attorney General's Office
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3847
anne.bellows@doj.ca.gov

Michael Surren Cohen
California Department of Justice
1300 I Street
PO Box 944255
Sacramento, CA 94244
916-210-6090
michael.cohen@doj.ca.gov

Lisa Catherine Ehrlich
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3489
lisa.ehrlich@doj.ca.gov

Andrew Edward Kushner
California Department of Justice
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-7020
415-268-4323
andrew.kushner@doj.ca.gov

Christina Marie McCall
California Department of Justice
Civil Division
1300 I Street
Sacramento, CA 95814
916-210-7890
christina.mccall@doj.ca.gov

**Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk**

Christopher K. Pelham
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
323-892-9200
christopher.pelham@nortonrosefulbright.com

Alex Jordan Scandroli
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
213-892-9200
alex.scandroli@nortonrosefulbright.com

Abigail Urquhart
Norton Rose Fulbright US LLP

555 South Flower Street, 41st Floor
Los Angeles, CA 90071-3103
213-892-9266
abigail.urquhart@nortonrosefulbright.com

Joshua Karsh
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
510-738-6788
joshua.karsh@publicrightsproject.org

Kyra Sikora
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
510-738-6788
kyra.sikora@publicrightsproject.org

Toby R. Merrill
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
510-738-6788
toby.merrill@publicrightsproject.org

6. On October 22, 2026, at 5:12 p.m. Pacific Time, I sent an email to all counsel listed above to advise them of the date and substance of the proposed *ex parte* application.

7. On October 22, 2026, at 5:57 p.m. Pacific Time, I spoke via telephone with Anne P. Bellows, counsel for defendants State of California and Shirley Weber, in her official capacity as California Secretary of State. I informed her that the United States would be moving *ex parte* for injunction pending appeal on October 22, 2026, and explained the substance of the application. Ms. Bellows expressed that her client would oppose the application.

8. On October 22, 2026, at 6:03 p.m. Pacific Time, I spoke via telephone with

Christopher K. Pelham, counsel for defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk. I informed him that the United States would be moving *ex parte* for injunction pending appeal on October 22, 2026, and explained the substance of the application. Mr. Pelham expressed that his client would oppose the application.

9. Counsel for all Defendants indicated they would oppose the United States' *ex parte* application.

10. Having reviewed this Declaration, I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on October 22, 2026, in Los Angeles, California.

Respectfully submitted,

*/s/Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney