**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-12025-DOC-ADS Date: October 23, 2026

Title: United States of America v. State of California et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER SETTING BRIEFING DEADLINES ON TEMPORARY RESTRAINING ORDER**

Upon receiving this case on Thursday, October 21, 2026, the Court immediately set oral argument for Tuesday, October 27, 2026 regarding the United States of America's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "TRO"). *See* Dkt. No. 64. The Court now further **ORDERS**:

1. Any additional briefing in opposition to the TRO shall be filed no later than 3:00 p.m. PT on Saturday, October 24, 2026.
2. The United States shall file an omnibus reply brief that responds to State and County Defendants and Proposed Intervenor-Defendants' Oppositions no later than 3:00 p.m. PT on Sunday, October 24, 2026.

The Clerk shall serve this minute order on the parties.