**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-12025-DOC-ADS Date: October 23, 2026

Title: United States of America v. State of California et al

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| | |
|---|---|
| Karlen Dubon | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER REITERATING BRIEFING DEADLINES RE TEMPORARY RESTRAINING ORDER**

The Court has just received another flurry of filings by the Parties, including the United States' Ex Parte Motion for an Injunction Pending Appeal (Dkt. No. 76) and State Defendants' Opposition to Plaintiff's Motion (Dkt No. 79).

On October 19, 2026, the United States filed an Ex Parte Application for a Temporary Restraining Order requesting a ruling "**by November 3, 2026**, before the end of voting in the 2026 federal election." Dkt. No. 22-2 at 4.

This case was transferred to this Court on Wednesday, October 21, 2026. Dkt. No. 46. Later that day, the United States formally filed its Application for a Temporary Restraining Order, again requesting a ruling "**by November 3, 2026**." Dkt. No. 62-1 at 4. Pursuant to the United States' Application, the Court set oral argument on the TRO for Tuesday, October 27, 2026, one week before the United States' requested date of relief—November 3, 2026. Dkt. No. 64. After the Court set the hearing date, later the same evening of October 21, the United States requested a ruling before noon the following day, October 22, 2026. Dkt. No. 67.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-12025-DOC-ADS Date: October 23, 2026



The Court will rule promptly after hearing from the Parties at oral argument on Tuesday, October 27, 2026.

The Court reiterates the briefing deadlines it ordered earlier this morning:

1. Any additional briefing in opposition to the TRO shall be filed no later than 3:00 p.m. PT on Saturday, October 24, 2026.
2. The United States shall file an omnibus reply brief that responds to State and County Defendants and Proposed Intervenor-Defendants' Oppositions no later than 3:00 p.m. PT on Sunday, October 25, 2026.

The Clerk shall serve this minute order on the parties.