UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**ORDER GRANTING DEFENDANT DEAN C. LOGAN'S APPLICATION TO FILE AN OVERSIZED BRIEF FOR MOTION TO DISMISS PLAINTIFF UNITED STATES OF AMERICA'S COMPLAINT**

On October 21, 2026, Defendant Dean C. Logan, acting in his official capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), filed an application for leave to file an oversize brief for his Motion to Dismiss the Complaint filed by Plaintiff United States of America pursuant to Fed. R. Civ. Proc. 12(b) ("Application")

The Court, having considered the County's Application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. The County may file a Memorandum in support of its Motion to Dismiss of up to 10,500 words.

IT IS SO ORDERED.

Dated: October 22, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE