Name and address:
Jonathan L. Sherman

Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br><br>Plaintiff(s)<br>v.<br><br>State of California, et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:26-cv-12025-DOC-(ADSx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sherman, Jonathan L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006
*Firm/Agency Name & Address*

202-331-0114
*Telephone Number*

*Fax Number*

jsherman@fairelectionscenter.org
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Asian Americans Advancing Justice Southern California

*Name(s) of Party(ies) Represented* ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Proposed Amicus

**and designating as Local Counsel**

Kahlon, Binwant K.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Asian Americans Advancing Justice Southern California
1145 Wilshire Boulevard, Los Angeles, CA 90017
*Firm/Agency Name & Address*

| 366721 | 213-241-0286 | 714-477-2961 |
|---|---|---|
| *Designee's Cal. Bar No.* | *Telephone Number* | *Fax Number* |

bkahlon@ajsocal.org
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**