ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**STATE OF CALIFORNIA and SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder / County Clerk,**

Defendants.

Case No. 2:26-cv-12025-DOC-ADS

**DECLARATION OF RACHEL EVANS IN SUPPORT OF STATE DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

I, Rachel Evans, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I am familiar with the information set forth below either through personal knowledge, consultation with staff in the Office of the California Secretary of State, or from my review of relevant documents and information. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am an Attorney employed in the Legal Affairs Unit of the Office of the California Secretary of State.

3. Today, October 23, 2026, U.S. Department of Homeland Security Special Agent Rachelle Willhoit personally delivered to the Office of the California Secretary of State a paper copy of the letter dated October 13, 2026, from the U.S. Department of Justice to the California Secretary of State, ECF No. 1-3 at 2, along with a thumb drive. Attached hereto as **Exhibit 1** is a true and correct copy of said letter delivered to our office by Agent Willhoit.

4. Attached hereto as **Exhibit 2** are photographs of the thumb drive delivered today to the Office of the California Secretary of State by Agent Willhoit, and the envelope that contained the thumb drive.

5. Today, elections officials in several California counties sent the Office of the Secretary of State copies of letters they received from United States Attorney's Offices in California, dated October 22, 2026, or October 23, 2026. As of the time this declaration was signed, the Office of the California Secretary of State has been notified that similar letters have been received by at least 40 counties—a majority of California's 58 counties.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the letter dated October 22, 2026, from Eric Grant, United States Attorney for the Eastern District of California, to James Kus, County Clerk and Registrar of Voters for Fresno County, California. Personal information of individuals has been redacted.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the letter dated October 22, 2026, from Eric Grant, United States Attorney for the Eastern District of California, to Rebecca Martinez, County Clerk-Recorder and Registrar of Voters for Madera County, California. Personal information of individuals has been redacted.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the letter dated October 22, 2026, from Eric Grant, United States Attorney for the Eastern District of California, to Hang Nguyen, Registrar of Voters for Sacramento County, California. Personal information of individuals has been redacted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2026, at Sacramento, California.

Rachel Evans
Attorney, Legal Affairs Unit
California Secretary of State's Office

# EXHIBIT 1

**U.S. Department of Justice**

950 Pennsylvania Ave, NW
(202) 514-2000
Washington, DC 20530

October 13, 2026

Shirley N. Weber, Ph.D.
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Via legalsupport@sos.ca.gov

Re: Noncitizen Voting in the 2026 Federal Election

Dear Secretary Weber:

As you are aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, Secretary Mullin made you aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for your cooperation to ensure the accuracy of those findings and to prevent noncitizen votes from diluting citizen votes. Your response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, you asked for more information. I am now providing you additional details.

Earlier today, we provided the Los Angeles County Registrar-Recorder / County Clerk with a password-protected thumb drive with a list of names of people the Federal Government believes are likely noncitizens who were sent a vote-by-mail ballot to participate in the November 2026 federal election. We can also provide you a digital copy of the list if you send us a secure email address.

We request that you review the list within 48 hours to determine whether any citizens are listed. For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If individuals on the list have not yet been sent a

vote-by-mail ballot, take all immediate and reasonable steps to not provide a ballot to those individuals until we confirm their citizenship status. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not verify the signature and/or tabulate the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

The United States hopes that you share our commitment to ensure that only American citizens participate in our federal elections. Allowing noncitizens to vote cancels citizen votes. States are responsible for voter registration, and the Federal Government is responsible for maintaining immigration records to enable verification of citizenship. Working together, we can more effectively protect against voter dilution and promote election integrity.

Please ensure that the process described above to prevent noncitizens from voting in the federal election is implemented by contacting election@hq.dhs.gov by October 15 at noon EST. If you cannot implement this process by then, given the ongoing federal election, the United States will have no choice but to seek emergency relief.

We look forward to our collaboration as we work together to ensure free, fair and accurate elections.

Sincerely,

R. Trent McCotter
Acting Deputy Attorney General
United States Department of Justice

cc:

Bilal A. Essayli
First Assistant U.S. Attorney
Central District of California

# EXHIBIT 2


SanDisk




SanDisk

TO: SHIRLEY N. WEBER


Thumbdrive

# EXHIBIT 3

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE: 10/23/26 | PLACE: 855 M St, Ste 910, Fresno, CA |
| SERVED | DATE: 10/23/26 | 2221 Kern St, Fresno, CA |

SERVED ON (PRINT NAME): James Kus

SERVED BY (PRINT NAME & TITLE): Austin Vargas Special Agent / HSI

ADDITIONAL INFORMATION:
Time 1024.

RECEIVED
OCT 23 2026
Fresno County Elections

**DECLARATION OF SERVER**

I declare under penalty of perjury that this information is true.

Date: 10/23/26

*Server's signature*

855 M St, Ste 910, Fresno, CA

*Server's address*

RECEIVED

OCT 23 2026

Fresno County Elections

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

501 I Street
Ste. 10-100
Sacramento, CA 95814

October 22, 2026

VIA HAND DELIVERY

James Kus
County Clerk/Registrar of Voters
2221 Kern Street
Fresno, CA 93721

Re: Notice of Suspected Likely Aliens on Fresno County Voter Roll

Dear Mr. Kus:

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. It is also unlawful to deprive the residents of California of a fair and impartially conducted federal election process by casting or tabulating ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of California. *See* 52 U.S.C. 20511(2)(B). And it is unlawful for those not entitled to vote in an election to fraudulently vote or attempt to vote. *See* Cal. Elec. Code § 18560(a). The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, the Secretary of the Department of Homeland Security (DHS) made the California Secretary of State aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for her cooperation to ensure the accuracy of these findings and to prevent noncitizen votes from diluting citizen votes. The Secretary's response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, the Secretary of State asked for more information. The Department of Justice provided those details to the Secretary on October 13, which included a list of more than 20,000 names with accompanying personal identifying information for suspected aliens who are registered to vote in California. I am now providing you with a subset of that list specific to Fresno County

that contains 670 likely aliens. Earlier this week, the Department charged 28 aliens for unlawful voting and registration offenses, each of whom was on the list provided to the California Secretary of State.[1]

Within 48 hours, we ask that you commit to working with DOJ and DHS to identify who on the accompanying list is a citizen and who is not. That means sending us the nonpublic information associated with each suspected alien's registration which includes everything in your possession from the following: a social security number, a copy of a state ID or driver's license or the information that appears on it, a copy of the voter registration application supporting the registration, and a copy or list of documents that were presented by the registrant at the time the person registered to vote or obtained their driver's license if registered as part of motor voter. By comparing the accompanying list with the requested information you provide, together we can quickly assess these specific suspected aliens registered to vote in your County.

For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not process the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

A substantially similar letter to this one was sent to the Los Angeles County Registrar-Recorder/County Clerk. Instead of committing to working with the Department to prevent aliens from voting in the upcoming federal election, it sent a letter declining to review the evidence presented to it and resisting our civil lawsuit to compel segregation of those ballots until citizenship could be verified.

I write to make unmistakably clear the legal implications of continuing to send vote-by-mail ballots to those people on the list or tabulating ballots cast by them until citizenship can be verified.

This list was developed through a multilayered, multiagency investigative methodology at DHS that relied upon internal immigration records, data matching, supervisory verification procedures, and more. I am also attaching two declarations that detail this process that support the civil lawsuit filed last week.

The legal consequences for either facilitating or ignoring federal crimes are significant. An alien voting in a federal election is a federal crime—and knowingly facilitating such conduct is equally unlawful. Under 18 U.S.C. § 611(a), aliens are prohibited from voting in any election involving federal offices. This is also a state offense in California. *See* Cal. Elec. Code § 18560(a). And under 52 U.S.C. 20511(2)(B), knowingly violating that state statute in a federal election is also a federal offense. Further, under 18 U.S.C. § 2, anyone who aids, abets, counsels, induces, or procures the commission of a federal offense is equally liable. If persons knowingly tabulate ballots cast by individuals identified by

[1] https://www.justice.gov/opa/pr/justice-department-charges-28-foreign-nationals-california-election-crimes

federal agencies as noncitizens, they risk becoming aiders and abettors to a federal crime. Any assertion that ballots must be counted simply because California's registration system relies on self-attestation of citizenship does not relieve election officials of their obligations under federal law ***when they are on actual notice of noncitizen voting.*** Nor can state procedures supersede federal criminal statutes.

These federal statutes do not excuse unlawful voting simply because the State employs a permissive registration method. The Department is not asking Fresno County to adjudicate immigration status; it is asking it to temporarily set aside ballots from individuals whose eligibility is credibly in question—a standard election administration practice implemented nationwide.

Others have pointed to the National Voter Registration Act's ("NVRA's") "quiet period." That is misplaced. The NVRA's 90-day limitation applies only to systematic list-maintenance programs—not to targeted, individualized evidence of unlawful voting identified by federal law enforcement. The Department is not requesting a purge, cancellation of registrations, or any programmatic action. We request only temporary ballot segregation pending citizenship verification. Invoking the NVRA to justify counting ballots unlawfully cast is both legally incorrect and operationally irresponsible.

Once the United States provides credible evidence that certain ballots may be unlawful to count, election officials may not disregard that information because it is inconvenient to process. Administrative difficulty is not a defense to violating federal law or aiding or abetting a federal offense.

The Department strongly urges you and your agency to work with the Department of Justice to ensure the integrity of California's federal elections before taking actions that risk significant federal scrutiny and legal exposure.

Sincerely,

/s/ *Eric Grant*
ERIC GRANT
United States Attorney
Eastern District of California

| voter_case_state | VoterFirstName | VoterMiddleName | VoterLastName | VoterProvidedDOB | VoterProvidedDOBMonthYear | VoterProvidedDOBYear | VoterAddress | county_name | state_name | state |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |
| CA | [redacted] | | | | | | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | .California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |
| CA | [redacted] | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

| | | | | |
|---|---|---|---|---|
| CA | [redacted] | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |
| CA | | Fresno County | California | CA |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | No. 2:26-cv-12025<br>**DECLARATION OF ERIC MCLOUGHLIN** |

RECEIVED
OCT 23 2026
Fresno County Elections

# DECLARATION OF ERIC MCLOUGHLIN

In accordance with the provisions of 28 U.S.C. § 1746, I, Eric McLoughlin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## Experience, Education, and Training

1. My name is Eric McLoughlin. I am the Assistant Director for the Cyber and Operational Technology section at Homeland Security Investigations (HSI). HSI is a component of the Department of Homeland Security (DHS). I have held this position since about April 2026.

2. I first graduated from Monmouth University with a Bachelor of Arts in Criminal Justice and then earned a Master of Business Administration.

3. I have served in law enforcement since 2001. My experience includes serving as a special agent with U.S. Customs and Border Protection (then known as the U.S. Customs Service) and then working my way up the chain of command at HSI, including service as a Special Agent, Section Chief, Assistant Special Agent in Charge, Deputy Special Agent in Charge, Special Agent in Charge, and Deputy Assistant Director.

4. In my current role, I lead operational technology and systems-development functions that support investigative, analytic, and operational activities. My responsibilities include directing and managing approximately 300 personnel and managing a budget exceeding $250 million. These resources support the development, deployment, governance, and sustainment of approved data and analytic capabilities used in support of HSI's mission.

5. Throughout my law enforcement career, I have led or supported investigations and operational programs involving transnational criminal organizations, human smuggling and trafficking, narcotics smuggling, cybercrime, customs and immigration matters and financial and identity-related theft.

6. As a customs officer, I am empowered with the law enforcement authority set forth at 19 U.S.C. § 1589a. Under that authority, HSI Special Agents may, among other authorities, "make an arrest without a warrant for any offense against the United States committed in the officer's presence or for a felony, cognizable under the laws of the United States committed outside the officer's presence if the officer has reasonable grounds to believe that the person to be arrested has committed or is committing a felony." 19 U.S.C. § 1589a(3). That authority is broad, and it includes the authority to investigate the full panoply of crimes in Title 18 of the United States Code, including crimes involving mail fraud. Additionally, HSI is familiar with crimes involving mail and parcels given its cross-border focus and routinely interacts with contraband through various international mail and shipping modes.

7. As an HSI Special Agent, I am also an immigration officer empowered with the law enforcement authority set forth at 8 U.S.C. § 1357. With that authority, I am able to investigate both civil and criminal violations involving false claims to citizenship, and I can investigate both civil and criminal denaturalization cases.

8. In order to effectively do my job, I have received federal law enforcement training associated with my position as well as supervisory, management, and leadership training.

9. I have experience evaluating data quality, overseeing analytic processes, developing operational workflows, prioritizing leads, and coordinating the appropriate routing of information for further review.

10. My work requires attention to applicable legal authorities and policies from DHS and Immigration and Customs Enforcement (ICE). My work also requires familiarity with approved information sharing processes, privacy and civil liberties requirements, record management obligations, and system access restrictions.

## Election Integrity Efforts

11. It is unlawful for aliens to vote in federal elections. *See* 18 U.S.C. § 611. To ensure aliens do not vote in federal elections, HSI is among several federal departments and agencies receiving and processing publicly available state-eligible voter files (e.g., voter rolls) and cross-referencing them with federal immigration databases. HSI's role in that initiative includes data intake (including obtaining bona fide voter rolls), preparation, enrichment, quality review, and routing of leads or records for review by the appropriate component or partner agency to determine whether aliens are on voter rolls or otherwise participating in federal elections.

12. HSI's team of technical and analytic experts evaluate, to the best of their ability, whether the data it receives indicates whether an alien is registered on a state voter file or requested or received a vote-by-mail ballot. HSI, together with other federal agencies, conducts and supports the technical and analytic aspects of the workflow.

## Workflow Process Generally

13. Voting records contain various types of information about the listed individual, including name, address, date of birth or age, contact information, registration information, voter-history information, and more.

14. After a state voter file is acquired, HSI sends it for analysis to the Fraud Detection and National Security Directorate (FDNS) within U.S. Citizenship and Immigration Services (USCIS). HSI sends it to FDNS to determine if the person on the list has data in USCIS immigration holdings.

15. As I understand, FDNS developed a model that uses information from the voter roll and combines it with information from a reliable third-party data analytics and investigative platform to learn more about the individuals. *See* Bartell Decl. ¶¶ 13-20. From there, as I understand, FDNS then compares the enhanced voter file data to USCIS holdings to score the extent to which the individual profile matches an individual within DHS holdings. *Id.* ¶ 16. Data profiles include name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history

information, and more. *Id.* The more data identifiers that match, the higher the confidence it is that individual. *Id.* ¶ 18. Naturalized United States citizens are then removed from the population as they are lawfully registered voters. *Id.* ¶ 19. The remaining data are then referred for manual review to confirm the subject is a true match, and based on all available information, is not a United States citizen. *Id.* ¶¶ 19-20.

16. Once FDNS completes its analysis, it sends its work product to HSI. *Id.* ¶ 20. After an initial intake—which includes a quality review that consists of identifying duplicate entries, incomplete records, inconsistent formatting, missing identifiers, and other data quality issues—HSI prioritizes the voter records for review and prepares the data for additional enrichment using approved analytic capabilities.

17. HSI's enrichment process focuses on improving the completeness and consistency of identity and address information and, where lawfully permitted, identifying additional unique identifiers that may assist in reliable matching of the voters to their immigration status. HSI's enrichment process has the capability to perform data matching across multiple authorized data sources, consolidating disparate records into a unified set of matching results. The purpose of enrichment is to increase the quality of HSI's analysis and to reduce the risk that voters are mistakenly associated with the wrong immigration status.

18. In short, HSI's processing adds value by applying consistent quality controls and enrichment processes before voter records are disseminated as investigative referrals or routed for another authorized purpose.

19. Once the HSI review is completed, each individual data profile will be referred to the applicable HSI field office where it will be investigated for potential criminal violations.

**Evidence that Noncitizens in California were Sent Vote-by-Mail Ballots**

20. Our office received what appeared to be the California voter roster for the general election of 2026. The roster appeared credible enough for our office to initiate our investigative processes in accordance with our standard operating procedures. HSI initially reviewed the list of millions of registered voters in California, then turned the list over to USCIS FDNS.

21. I believe that the voter file provided to HSI accurately reflects the actual voter rolls in California that, as of August 2025, may be used for the 2026 federal election. Based on my understanding of California law, I believe that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered to vote in California. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. After receiving the file, HSI referred it to FDNS to go through the process described above. FDNS then provided HSI an enhanced file of voter information to ensure the accuracy of the information. As I understand, FDNS analyzed the original file provided by HSI in combination with third party commercial data. *See* Bartell Decl. ¶¶ 13, 16. FDNS immigration officers then manually reviewed the data. *Id.* ¶ 19. FDNS confirmed to HSI that the revised list includes persons that FDNS believes includes noncitizen aliens. *Id.* ¶ 20.

23. After receiving that enhanced file from FDNS, HSI continued to further refine the data with federal law enforcement systems. That further refinement resulted in over 20,000 individuals remaining on the list.

24. On October 13, 2026, I helped facilitate delivery to the U.S. Department of Justice and the U.S. Attorney's Office for the Central District of California that list of just over 20,000 individuals who HSI believes are (1) registered to vote in California, (2) were sent a vote-by-mail ballot to participate in the federal elections, and (3) are noncitizen aliens. On that same day, I understand an HSI special agent delivered that same list on an encrypted hard drive to the Los Angeles County Registrar-Recorder/

County Clerk. *See* Exhibit A. I understand that the Los Angeles County Registrar-Recorder / County Clerk received that list. *Id.* I also understand that the Department of Justice made the list available to the California Secretary of State on the same day.

25. Based on my training, experience, understanding of California law, and collaboration with USCIS, I reasonably believe that just over 20,000[1] individuals on this list are those who (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are noncitizen aliens.

**Conclusion**

26. HSI works with USCIS to determine whether aliens are on voter rolls to vote in federal elections. In support of the above-captioned case, HSI received data that, in my belief, accurately reflects the voters on California's voter rolls. HSI, together with USCIS, processed these data to identify voters who are highly likely to be noncitizens registered to vote in the 2026 federal election.

27. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

[1] As part of the ongoing analysis of voter data, USCIS identified and alerted HSI to approximately 189 records with minor data discrepancies that appeared on the list of over 20,000 individuals sent to California on October 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric McLoughlin

Executed this 15th day of October 2026, Washington D.C.

Case 2:26-cv-12025-DOC-ADS Document 62-2 Filed 10/21/26 Page 1 of 7 Page ID #:949

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 2:26-cv-12025<br>**DECLARATION OF NICOLAS BARTELL** |

RECEIVED
OCT 23 2026
Fresno County Elections

## DECLARATION OF NICOLAS BARTELL

1. In accordance with the provisions of 28 U.S.C. § 1746, I, Nicolas Bartell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

### Experience, Education, and Training

2. I currently hold the position of Associate Director of the Fraud Detection and National Security Directorate (FDNS) at U.S. Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS)—a role I assumed in July 2026.

3. I previously served as senior counselor and strategic policy advisor to the Office of the Director from September 2025 to July 2026, and concurrently, Acting Associate Director for FDNS from April 2026 to July 2026.

4. From December 2022 to September 2025, I held a permanent position as the leader of the Fraud Integrity and National Security Branch within the USCIS Field Operations Directorate (FOD), where I oversaw national security cases and managed the intelligence program.

5. Before that, I was the deputy district director for FOD's Atlanta District, supervising eight field offices in Alabama, Arkansas, Georgia, Louisiana, Mississippi, South Carolina, and Tennessee.

6. Before that, I served as the inaugural field office director for FOD's newly established Montgomery, Alabama, Field Office from 2016 to 2020. In that role, I managed the office from its buildout through full operating status.

7. Prior to assuming that role, I served as a supervisory immigration services officer in the Detroit Field Office, a role I began in 2014.

8. I began my career with USCIS in 2008 as a district adjudications officer in the Chicago Field Office. From 2013 to 2014, I managed the application support center on Saipan in the Commonwealth of the Northern Mariana Islands, supporting the ongoing transition to federal control of immigration in the Islands.

9. I received my juris doctor with a concentration in international law from Thomas M. Cooley Law School and my bachelor's in history from Michigan State University.

**USCIS' Role in Determining Immigration Status**

10. USCIS is the federal agency that oversees lawful immigration into the United States. In this role, USCIS is responsible for adjudicating applications for naturalization, lawful permanent residence, citizenship by operation of law, and other immigration benefits.

11. In the course of its work, USCIS determines the immigration status of individuals and whether those individuals are in fact United States citizens.

12. I submit this declaration to outline how USCIS identifies potential noncitizens who appear on voter rolls.

**USCIS' Role in Federal Election Integrity**

13. As part of its charge to oversee lawful immigration, USCIS receives state voter rolls or information on state voter rolls from DHS to review for potential aliens who unlawfully registered to vote or who voted in a federal election. USCIS conducts extensive data analysis of these rolls and information to identify and match such individuals. USCIS then refers certain matched individuals to Homeland Security Investigations (HSI).

**How USCIS Processes Alien or Noncitizen Voter Records**

14. When presented with information on voter rolls from agencies like DHS, USCIS processes that information to identify registered voters who are likely aliens.

15. This process is distinct from the Systematic Alien Verification for Entitlements (SAVE) program.

16. The voting records USCIS receives contain information about the listed individual such as name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history information, and more. USCIS enhances that voter data through a reliable third-party data analytics and

investigative platform. The raw voting record data are combined with the enhanced data and then paired with an internal USCIS alien number that may be the same individual. USCIS then scores and ranks the potential identity match. The matches are scored and ranked because the resulting data may be incomplete, outdated, or mismatched and the potential matches need to be prioritized for manual review. The alien number may include further identifying information like aliases.

17. Following the preliminary identity match, USCIS screens all potential matches against Department of State and Social Security Administration data to remove individuals who can be identified as United States citizens or as deceased and excludes them from any further review.

18. USCIS then consolidates all match evidence and assigns a confidence level for each match. A high confidence match means the match between the voting record and USCIS alien record is strong and consistent with multifield evidence supporting a strong identity link. At this point, USCIS has completed its initial review.

19. Based on the results of the initial review, FDNS investigators manually review the matches to confirm the identity match and determine which registered voters they believe are very likely to be aliens based on USCIS' citizenship data. Part of the FDNS investigation includes verifying whether the registered voter could have potentially derived citizenship based on history or through any parents. Investigators also confirm the match with U.S. Department of State systems to identify if any documents (like passports) may not have been linked in USCIS systems, but which bear on the individual's citizenship status. A second-level review of the match and citizenship status determination occurs as an additional safeguard.

20. After completion of that multilevel review, USCIS makes a final determination on which matches to send to HSI for further assessment. After its investigation, HSI may ask USCIS to perform additional manual review of the relevant matches

**Evidence that Noncitizens in California Are Registered to Vote in California**

21. On or around May 8, 2026, FDNS received a copy of the California Voter rolls from HSI to review. The list referenced in Mr. McLoughlin's declaration is the same list FDNS received. *See* McLoughlin Decl. ¶ 20-21. I also understand that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered on California voter rolls. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. FDNS took that list and put it through the process identified above to produce the most accurate results of likely noncitizens to whom California law requires a vote by mail ballot to be sent for the November 2026 federal election. In particular, FDNS analyzed the original file and then enhanced the data with third-party data. FDNS then manually reviewed the data with immigration officials who are trained to determine citizenship status. After those steps, FDNS compiled a refined list of individuals who the agency believes are highly likely to be noncitizen aliens registered to vote in the 2026 federal election in California and then FDNS provided HSI with the refined list of individuals. That list includes individuals described in Mr. McLoughlin's declaration. *See* McLoughlin Decl. ¶ 24. I understand that the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk were provided that list on October 13, 2026. *Id.* and Exhibit A.

23. USCIS, along with FDNS, continue to analyze additional potential noncitizen voter records through the above-mentioned multilevel review process. For example, USCIS has identified a separate batch of more than 17,000 voting records potentially tied to noncitizens after an initial review of voter rolls. Historically speaking, most voters in this initially flagged population will end up being referred to HSI after USCIS completes its manual review. Our review is ongoing as USCIS receives records on a rolling basis before the election date. USCIS intends to supplement the record with additional information of likely noncitizen voting in the federal election. USCIS also

continues to refine its analysis as more information becomes available.[1]

## Conclusion

24. USCIS and FDNS receive bona fide information of individuals on voter rolls to determine the likely citizenship status of those registered voters. USCIS then processes those voter rolls to identify whether the registered voters are likely noncitizens. Those processes resulted here in a culled list of persons who are likely to be noncitizens and who registered to vote in the upcoming 2026 federal election. USCIS sent that list to HSI for further investigation. My understanding is that list was delivered to the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk on October 13, 2026. *See* McLoughlin Decl. ¶ 24 and Exhibit A.

25. Based on my training, experience, understanding of California law, the above-described systems, and collaboration with HSI, I reasonably believe that the individuals in the list presented to California (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are highly likely to be noncitizen aliens.

26. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

[1] As part of its ongoing analysis of voter data, USCIS identified approximately 189 records with minor data discrepancies that appear on the list of over 20,000 individuals sent to California on October 13, 2026. USCIS immediately alerted HSI of the discrepancies.

Case 2:26-cv-12025-DOC-ADS Document 62-2 Filed 10/21/26 Page 7 of 7 Page ID #:955

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Nicolas Bartell

Executed this 15 day of October 2026, Camp Springs, MD

# EXHIBIT 4

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

501 I Street
Ste. 10-100
Sacramento, CA 95814

October 22, 2026

VIA HAND DELIVERY

Rebecca Martinez
Clerk/Recorder/ROV
Elections Division
200 W. 4th Street
Madera, CA 93637

Re: Notice of Suspected Likely Aliens on Madera County Voter Roll

Dear Ms. Villa:

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. It is also unlawful to deprive the residents of California of a fair and impartially conducted federal election process by casting or tabulating ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of California. *See* 52 U.S.C. 20511(2)(B). And it is unlawful for those not entitled to vote in an election to fraudulently vote or attempt to vote. *See* Cal. Elec. Code § 18560(a). The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, the Secretary of the Department of Homeland Security (DHS) made the California Secretary of State aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for her cooperation to ensure the accuracy of these findings and to prevent noncitizen votes from diluting citizen votes. The Secretary's response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, the Secretary of State asked for more information. The Department of Justice provided those details to the Secretary on October 13, which included a list of more than 20,000 names with accompanying personal identifying information for suspected aliens who are registered to

vote in California. I am now providing you with a subset of that list specific to Madera County that contains 78 likely aliens. Earlier this week, the Department charged 28 aliens for unlawful voting and registration offenses, each of whom was on the list provided to the California Secretary of State.[1]

Within 48 hours, we ask that you commit to working with DOJ and DHS to identify who on the accompanying list is a citizen and who is not. That means sending us the nonpublic information associated with each suspected alien's registration which includes everything in your possession from the following: a social security number, a copy of a state ID or driver's license or the information that appears on it, a copy of the voter registration application supporting the registration, and a copy or list of documents that were presented by the registrant at the time the person registered to vote or obtained their driver's license if registered as part of motor voter. By comparing the accompanying list with the requested information you provide, together we can quickly assess these specific suspected aliens registered to vote in your County.

For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not process the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

A substantially similar letter to this one was sent to the Los Angeles County Registrar-Recorder/County Clerk. Instead of committing to working with the Department to prevent aliens from voting in the upcoming federal election, it sent a letter declining to review the evidence presented to it and resisting our civil lawsuit to compel segregation of those ballots until citizenship could be verified.

I write to make unmistakably clear the legal implications of continuing to send vote-by-mail ballots to those people on the list or tabulating ballots cast by them until citizenship can be verified.

This list was developed through a multilayered, multiagency investigative methodology at DHS that relied upon internal immigration records, data matching, supervisory verification procedures, and more. I am also attaching two declarations that detail this process that support the civil lawsuit filed last week.

The legal consequences for either facilitating or ignoring federal crimes are significant. An alien voting in a federal election is a federal crime—and knowingly facilitating such conduct is equally unlawful. Under 18 U.S.C. § 611(a), aliens are prohibited from voting in any election involving federal offices. This is also a state offense in California. *See* Cal. Elec. Code § 18560(a). And under 52 U.S.C. 20511(2)(B), knowingly violating that state statute in a federal election is also a federal offense. Further, under 18 U.S.C. § 2, anyone who aids, abets, counsels, induces, or procures the commission of a federal offense

[1] https://www.justice.gov/opa/pr/justice-department-charges-28-foreign-nationals-california-election-crimes

is equally liable. If persons knowingly tabulate ballots cast by individuals identified by federal agencies as noncitizens, they risk becoming aiders and abettors to a federal crime. Any assertion that ballots must be counted simply because California's registration system relies on self-attestation of citizenship does not relieve election officials of their obligations under federal law ***when they are on actual notice of noncitizen voting.*** Nor can state procedures supersede federal criminal statutes.

These federal statutes do not excuse unlawful voting simply because the State employs a permissive registration method. The Department is not asking Madera County to adjudicate immigration status; it is asking it to temporarily set aside ballots from individuals whose eligibility is credibly in question—a standard election administration practice implemented nationwide.

Others have pointed to the National Voter Registration Act's ("NVRA's") "quiet period." That is misplaced. The NVRA's 90-day limitation applies only to systematic list-maintenance programs—not to targeted, individualized evidence of unlawful voting identified by federal law enforcement. The Department is not requesting a purge, cancellation of registrations, or any programmatic action. We request only temporary ballot segregation pending citizenship verification. Invoking the NVRA to justify counting ballots unlawfully cast is both legally incorrect and operationally irresponsible.

Once the United States provides credible evidence that certain ballots may be unlawful to count, election officials may not disregard that information because it is inconvenient to process. Administrative difficulty is not a defense to violating federal law or aiding or abetting a federal offense.

The Department strongly urges you and your agency to work with the Department of Justice to ensure the integrity of California's federal elections before taking actions that risk significant federal scrutiny and legal exposure.

Sincerely,

*/s/ Eric Grant*
ERIC GRANT
United States Attorney
Eastern District of California

Case 2:26-cv-12025-DOC-ADS Document 62-2 Filed 10/21/26 Page 1 of 7 Page ID #:949

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 2:26-cv-12025<br><br>**DECLARATION OF NICOLAS BARTELL** |

# DECLARATION OF NICOLAS BARTELL

1. In accordance with the provisions of 28 U.S.C. § 1746, I, Nicolas Bartell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## Experience, Education, and Training

2. I currently hold the position of Associate Director of the Fraud Detection and National Security Directorate (FDNS) at U.S. Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS)—a role I assumed in July 2026.

3. I previously served as senior counselor and strategic policy advisor to the Office of the Director from September 2025 to July 2026, and concurrently, Acting Associate Director for FDNS from April 2026 to July 2026.

4. From December 2022 to September 2025, I held a permanent position as the leader of the Fraud Integrity and National Security Branch within the USCIS Field Operations Directorate (FOD), where I oversaw national security cases and managed the intelligence program.

5. Before that, I was the deputy district director for FOD's Atlanta District, supervising eight field offices in Alabama, Arkansas, Georgia, Louisiana, Mississippi, South Carolina, and Tennessee.

6. Before that, I served as the inaugural field office director for FOD's newly established Montgomery, Alabama, Field Office from 2016 to 2020. In that role, I managed the office from its buildout through full operating status.

7. Prior to assuming that role, I served as a supervisory immigration services officer in the Detroit Field Office, a role I began in 2014.

8. I began my career with USCIS in 2008 as a district adjudications officer in the Chicago Field Office. From 2013 to 2014, I managed the application support center on Saipan in the Commonwealth of the Northern Mariana Islands, supporting the ongoing transition to federal control of immigration in the Islands.

9. I received my juris doctor with a concentration in international law from Thomas M. Cooley Law School and my bachelor's in history from Michigan State University.

**USCIS' Role in Determining Immigration Status**

10. USCIS is the federal agency that oversees lawful immigration into the United States. In this role, USCIS is responsible for adjudicating applications for naturalization, lawful permanent residence, citizenship by operation of law, and other immigration benefits.

11. In the course of its work, USCIS determines the immigration status of individuals and whether those individuals are in fact United States citizens.

12. I submit this declaration to outline how USCIS identifies potential noncitizens who appear on voter rolls.

**USCIS' Role in Federal Election Integrity**

13. As part of its charge to oversee lawful immigration, USCIS receives state voter rolls or information on state voter rolls from DHS to review for potential aliens who unlawfully registered to vote or who voted in a federal election. USCIS conducts extensive data analysis of these rolls and information to identify and match such individuals. USCIS then refers certain matched individuals to Homeland Security Investigations (HSI).

**How USCIS Processes Alien or Noncitizen Voter Records**

14. When presented with information on voter rolls from agencies like DHS, USCIS processes that information to identify registered voters who are likely aliens.

15. This process is distinct from the Systematic Alien Verification for Entitlements (SAVE) program.

16. The voting records USCIS receives contain information about the listed individual such as name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history information, and more. USCIS enhances that voter data through a reliable third-party data analytics and

investigative platform. The raw voting record data are combined with the enhanced data and then paired with an internal USCIS alien number that may be the same individual. USCIS then scores and ranks the potential identity match. The matches are scored and ranked because the resulting data may be incomplete, outdated, or mismatched and the potential matches need to be prioritized for manual review. The alien number may include further identifying information like aliases.

17. Following the preliminary identity match, USCIS screens all potential matches against Department of State and Social Security Administration data to remove individuals who can be identified as United States citizens or as deceased and excludes them from any further review.

18. USCIS then consolidates all match evidence and assigns a confidence level for each match. A high confidence match means the match between the voting record and USCIS alien record is strong and consistent with multifield evidence supporting a strong identity link. At this point, USCIS has completed its initial review.

19. Based on the results of the initial review, FDNS investigators manually review the matches to confirm the identity match and determine which registered voters they believe are very likely to be aliens based on USCIS' citizenship data. Part of the FDNS investigation includes verifying whether the registered voter could have potentially derived citizenship based on history or through any parents. Investigators also confirm the match with U.S. Department of State systems to identify if any documents (like passports) may not have been linked in USCIS systems, but which bear on the individual's citizenship status. A second-level review of the match and citizenship status determination occurs as an additional safeguard.

20. After completion of that multilevel review, USCIS makes a final determination on which matches to send to HSI for further assessment. After its investigation, HSI may ask USCIS to perform additional manual review of the relevant matches

**Evidence that Noncitizens in California Are Registered to Vote in California**

21. On or around May 8, 2026, FDNS received a copy of the California Voter rolls from HSI to review. The list referenced in Mr. McLoughlin's declaration is the same list FDNS received. *See* McLoughlin Decl. ¶ 20-21. I also understand that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered on California voter rolls. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. FDNS took that list and put it through the process identified above to produce the most accurate results of likely noncitizens to whom California law requires a vote by mail ballot to be sent for the November 2026 federal election. In particular, FDNS analyzed the original file and then enhanced the data with third-party data. FDNS then manually reviewed the data with immigration officials who are trained to determine citizenship status. After those steps, FDNS compiled a refined list of individuals who the agency believes are highly likely to be noncitizen aliens registered to vote in the 2026 federal election in California and then FDNS provided HSI with the refined list of individuals. That list includes individuals described in Mr. McLoughlin's declaration. *See* McLoughlin Decl. ¶ 24. I understand that the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk were provided that list on October 13, 2026. *Id.* and Exhibit A.

23. USCIS, along with FDNS, continue to analyze additional potential noncitizen voter records through the above-mentioned multilevel review process. For example, USCIS has identified a separate batch of more than 17,000 voting records potentially tied to noncitizens after an initial review of voter rolls. Historically speaking, most voters in this initially flagged population will end up being referred to HSI after USCIS completes its manual review. Our review is ongoing as USCIS receives records on a rolling basis before the election date. USCIS intends to supplement the record with additional information of likely noncitizen voting in the federal election. USCIS also

continues to refine its analysis as more information becomes available.[1]

## Conclusion

24. USCIS and FDNS receive bona fide information of individuals on voter rolls to determine the likely citizenship status of those registered voters. USCIS then processes those voter rolls to identify whether the registered voters are likely noncitizens. Those processes resulted here in a culled list of persons who are likely to be noncitizens and who registered to vote in the upcoming 2026 federal election. USCIS sent that list to HSI for further investigation. My understanding is that list was delivered to the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk on October 13, 2026. *See* McLoughlin Decl. ¶ 24 and Exhibit A.

25. Based on my training, experience, understanding of California law, the above-described systems, and collaboration with HSI, I reasonably believe that the individuals in the list presented to California (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are highly likely to be noncitizen aliens.

26. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

---

[1] As part of its ongoing analysis of voter data, USCIS identified approximately 189 records with minor data discrepancies that appear on the list of over 20,000 individuals sent to California on October 13, 2026. USCIS immediately alerted HSI of the discrepancies.

Case 2:26-cv-12025-DOC-ADS Document 62-2 Filed 10/21/26 Page 7 of 7 Page ID #:955

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Nicolas Bartell

Executed this 15 day of October 2026, Camp Springs, MD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

No. 2:26-cv-12025

**DECLARATION OF ERIC MCLOUGHLIN**

# DECLARATION OF ERIC MCLOUGHLIN

In accordance with the provisions of 28 U.S.C. § 1746, I, Eric McLoughlin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## Experience, Education, and Training

1. My name is Eric McLoughlin. I am the Assistant Director for the Cyber and Operational Technology section at Homeland Security Investigations (HSI). HSI is a component of the Department of Homeland Security (DHS). I have held this position since about April 2026.

2. I first graduated from Monmouth University with a Bachelor of Arts in Criminal Justice and then earned a Master of Business Administration.

3. I have served in law enforcement since 2001. My experience includes serving as a special agent with U.S. Customs and Border Protection (then known as the U.S. Customs Service) and then working my way up the chain of command at HSI, including service as a Special Agent, Section Chief, Assistant Special Agent in Charge, Deputy Special Agent in Charge, Special Agent in Charge, and Deputy Assistant Director.

4. In my current role, I lead operational technology and systems-development functions that support investigative, analytic, and operational activities. My responsibilities include directing and managing approximately 300 personnel and managing a budget exceeding $250 million. These resources support the development, deployment, governance, and sustainment of approved data and analytic capabilities used in support of HSI's mission.

5. Throughout my law enforcement career, I have led or supported investigations and operational programs involving transnational criminal organizations, human smuggling and trafficking, narcotics smuggling, cybercrime, customs and immigration matters and financial and identity-related theft.

6. As a customs officer, I am empowered with the law enforcement authority set forth at 19 U.S.C. § 1589a. Under that authority, HSI Special Agents may, among other authorities, "make an arrest without a warrant for any offense against the United States committed in the officer's presence or for a felony, cognizable under the laws of the United States committed outside the officer's presence if the officer has reasonable grounds to believe that the person to be arrested has committed or is committing a felony." 19 U.S.C. § 1589a(3). That authority is broad, and it includes the authority to investigate the full panoply of crimes in Title 18 of the United States Code, including crimes involving mail fraud. Additionally, HSI is familiar with crimes involving mail and parcels given its cross-border focus and routinely interacts with contraband through various international mail and shipping modes.

7. As an HSI Special Agent, I am also an immigration officer empowered with the law enforcement authority set forth at 8 U.S.C. § 1357. With that authority, I am able to investigate both civil and criminal violations involving false claims to citizenship, and I can investigate both civil and criminal denaturalization cases.

8. In order to effectively do my job, I have received federal law enforcement training associated with my position as well as supervisory, management, and leadership training.

9. I have experience evaluating data quality, overseeing analytic processes, developing operational workflows, prioritizing leads, and coordinating the appropriate routing of information for further review.

10. My work requires attention to applicable legal authorities and policies from DHS and Immigration and Customs Enforcement (ICE). My work also requires familiarity with approved information sharing processes, privacy and civil liberties requirements, record management obligations, and system access restrictions.

**Election Integrity Efforts**

11. It is unlawful for aliens to vote in federal elections. *See* 18 U.S.C. § 611. To ensure aliens do not vote in federal elections, HSI is among several federal departments and agencies receiving and processing publicly available state-eligible voter files (e.g., voter rolls) and cross-referencing them with federal immigration databases. HSI's role in that initiative includes data intake (including obtaining bona fide voter rolls), preparation, enrichment, quality review, and routing of leads or records for review by the appropriate component or partner agency to determine whether aliens are on voter rolls or otherwise participating in federal elections.

12. HSI's team of technical and analytic experts evaluate, to the best of their ability, whether the data it receives indicates whether an alien is registered on a state voter file or requested or received a vote-by-mail ballot. HSI, together with other federal agencies, conducts and supports the technical and analytic aspects of the workflow.

**Workflow Process Generally**

13. Voting records contain various types of information about the listed individual, including name, address, date of birth or age, contact information, registration information, voter-history information, and more.

14. After a state voter file is acquired, HSI sends it for analysis to the Fraud Detection and National Security Directorate (FDNS) within U.S. Citizenship and Immigration Services (USCIS). HSI sends it to FDNS to determine if the person on the list has data in USCIS immigration holdings.

15. As I understand, FDNS developed a model that uses information from the voter roll and combines it with information from a reliable third-party data analytics and investigative platform to learn more about the individuals. *See* Bartell Decl. ¶¶ 13-20. From there, as I understand, FDNS then compares the enhanced voter file data to USCIS holdings to score the extent to which the individual profile matches an individual within DHS holdings. *Id.* ¶ 16. Data profiles include name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history

information, and more. *Id.* The more data identifiers that match, the higher the confidence it is that individual. *Id.* ¶ 18. Naturalized United States citizens are then removed from the population as they are lawfully registered voters. *Id.* ¶ 19. The remaining data are then referred for manual review to confirm the subject is a true match, and based on all available information, is not a United States citizen. *Id.* ¶¶ 19-20.

16. Once FDNS completes its analysis, it sends its work product to HSI. *Id.* ¶ 20. After an initial intake—which includes a quality review that consists of identifying duplicate entries, incomplete records, inconsistent formatting, missing identifiers, and other data quality issues—HSI prioritizes the voter records for review and prepares the data for additional enrichment using approved analytic capabilities.

17. HSI's enrichment process focuses on improving the completeness and consistency of identity and address information and, where lawfully permitted, identifying additional unique identifiers that may assist in reliable matching of the voters to their immigration status. HSI's enrichment process has the capability to perform data matching across multiple authorized data sources, consolidating disparate records into a unified set of matching results. The purpose of enrichment is to increase the quality of HSI's analysis and to reduce the risk that voters are mistakenly associated with the wrong immigration status.

18. In short, HSI's processing adds value by applying consistent quality controls and enrichment processes before voter records are disseminated as investigative referrals or routed for another authorized purpose.

19. Once the HSI review is completed, each individual data profile will be referred to the applicable HSI field office where it will be investigated for potential criminal violations.

**Evidence that Noncitizens in California were Sent Vote-by-Mail Ballots**

20. Our office received what appeared to be the California voter roster for the general election of 2026. The roster appeared credible enough for our office to initiate our investigative processes in accordance with our standard operating procedures. HSI initially reviewed the list of millions of registered voters in California, then turned the list over to USCIS FDNS.

21. I believe that the voter file provided to HSI accurately reflects the actual voter rolls in California that, as of August 2025, may be used for the 2026 federal election. Based on my understanding of California law, I believe that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered to vote in California. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. After receiving the file, HSI referred it to FDNS to go through the process described above. FDNS then provided HSI an enhanced file of voter information to ensure the accuracy of the information. As I understand, FDNS analyzed the original file provided by HSI in combination with third party commercial data. *See* Bartell Decl. ¶¶ 13, 16. FDNS immigration officers then manually reviewed the data. *Id.* ¶ 19. FDNS confirmed to HSI that the revised list includes persons that FDNS believes includes noncitizen aliens. *Id.* ¶ 20.

23. After receiving that enhanced file from FDNS, HSI continued to further refine the data with federal law enforcement systems. That further refinement resulted in over 20,000 individuals remaining on the list.

24. On October 13, 2026, I helped facilitate delivery to the U.S. Department of Justice and the U.S. Attorney's Office for the Central District of California that list of just over 20,000 individuals who HSI believes are (1) registered to vote in California, (2) were sent a vote-by-mail ballot to participate in the federal elections, and (3) are noncitizen aliens. On that same day, I understand an HSI special agent delivered that same list on an encrypted hard drive to the Los Angeles County Registrar-Recorder/

County Clerk. *See* Exhibit A. I understand that the Los Angeles County Registrar-Recorder / County Clerk received that list. *Id.* I also understand that the Department of Justice made the list available to the California Secretary of State on the same day.

25. Based on my training, experience, understanding of California law, and collaboration with USCIS, I reasonably believe that just over 20,000[1] individuals on this list are those who (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are noncitizen aliens.

**Conclusion**

26. HSI works with USCIS to determine whether aliens are on voter rolls to vote in federal elections. In support of the above-captioned case, HSI received data that, in my belief, accurately reflects the voters on California's voter rolls. HSI, together with USCIS, processed these data to identify voters who are highly likely to be noncitizens registered to vote in the 2026 federal election.

27. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

---

[1] As part of the ongoing analysis of voter data, USCIS identified and alerted HSI to approximately 189 records with minor data discrepancies that appeared on the list of over 20,000 individuals sent to California on October 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric McLoughlin

Executed this 15th day of October 2026, Washington D.C.

| voter_case_state | VoterFirstName | VoterMiddleName | VoterLastName | VoterProvidedDOB | VoterProvidedDOBMonthYear | VoterProvidedDOBYear | VoterAddress | county_name | state_name | state_abbreviation |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |
| CA | [redacted] | | | | | | | Madera County | California | CA |

[redacted]

| | | |
|---|---|---|
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |
| Madera County | California | CA |

# EXHIBIT 5

SACRAMENTO COUNTY ELECTIONS
RECEIVED
OCT 23 2026
BY

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Eric Grant*
*United States Attorney*

501 I Street
Ste. 10-100
Sacramento, CA 95814

October 22, 2026

VIA HAND DELIVERY

Hang Nguyen
Registrar of Voters
7000 65th Street, Suite A
Sacramento, CA 95823

Re: Notice of Suspected Likely Aliens on Sacramento County Voter Roll

Dear Ms. Nguyen:

As you're aware, federal law prohibits noncitizens from voting in federal elections. *See* 18 U.S.C. § 611. It is also unlawful to deprive the residents of California of a fair and impartially conducted federal election process by casting or tabulating ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of California. *See* 52 U.S.C. 20511(2)(B). And it is unlawful for those not entitled to vote in an election to fraudulently vote or attempt to vote. *See* Cal. Elec. Code § 18560(a). The Supreme Court has also recognized that States "may not induce, encourage or promote private persons to accomplish what it is constitutionally forbidden to accomplish." *Norwood v. Harrison*, 413 U.S. 455, 465 (1973) (citation omitted). I write to seek your help to protect the integrity of the ongoing federal election.

On July 16, the Secretary of the Department of Homeland Security (DHS) made the California Secretary of State aware that there are likely numerous noncitizens registered to vote in the federal election in California. He then asked for her cooperation to ensure the accuracy of these findings and to prevent noncitizen votes from diluting citizen votes. The Secretary's response the following week did not refute that noncitizens are registered to vote in California. Nor did it contest that noncitizens receive ballots through California's vote-by-mail regime, which automatically sends voting materials to "every registered voter." 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5). Instead, the Secretary of State asked for more information. The Department of Justice provided those details to the Secretary on October 13, which included a list of more than 20,000 names with accompanying personal identifying information for suspected aliens who are registered to vote in California. I am now providing you with a subset of that list specific to Sacramento

County that contains 602 likely aliens. Earlier this week, the Department charged 28 aliens for unlawful voting and registration offenses, each of whom was on the list provided to the California Secretary of State.[1]

Within 48 hours, we ask that you commit to working with DOJ and DHS to identify who on the accompanying list is a citizen and who is not. That means sending us the nonpublic information associated with each suspected alien's registration which includes everything in your possession from the following: a social security number, a copy of a state ID or driver's license or the information that appears on it, a copy of the voter registration application supporting the registration, and a copy or list of documents that were presented by the registrant at the time the person registered to vote or obtained their driver's license if registered as part of motor voter. By comparing the accompanying list with the requested information you provide, together we can quickly assess these specific suspected aliens registered to vote in your County.

For individuals whom you cannot independently confirm citizenship status, we request that you immediately instruct the appropriate elections official to segregate—not cancel—those individuals' vote-by-mail ballots until their citizenship status can be determined. If a ballot for any individual on the list has been returned, instruct the appropriate elections official to not process the ballot until citizenship can be determined. This process will protect American citizens' votes while preventing noncitizens from participating in the federal election in violation of federal law.

A substantially similar letter to this one was sent to the Los Angeles County Registrar-Recorder/County Clerk. Instead of committing to working with the Department to prevent aliens from voting in the upcoming federal election, it sent a letter declining to review the evidence presented to it and resisting our civil lawsuit to compel segregation of those ballots until citizenship could be verified.

I write to make unmistakably clear the legal implications of continuing to send vote-by-mail ballots to those people on the list or tabulating ballots cast by them until citizenship can be verified.

This list was developed through a multilayered, multiagency investigative methodology at DHS that relied upon internal immigration records, data matching, supervisory verification procedures, and more. I am also attaching two declarations that detail this process that support the civil lawsuit filed last week.

The legal consequences for either facilitating or ignoring federal crimes are significant. An alien voting in a federal election is a federal crime—and knowingly facilitating such conduct is equally unlawful. Under 18 U.S.C. § 611(a), aliens are prohibited from voting in any election involving federal offices. This is also a state offense in California. *See* Cal. Elec. Code § 18560(a). And under 52 U.S.C. 20511(2)(B), knowingly violating that state statute in a federal election is also a federal offense. Further, under 18 U.S.C. § 2, anyone who aids, abets, counsels, induces, or procures the commission of a federal offense is equally liable. If persons knowingly tabulate ballots cast by individuals identified by

[1] https://www.justice.gov/opa/pr/justice-department-charges-28-foreign-nationals-california-election-crimes

federal agencies as noncitizens, they risk becoming aiders and abettors to a federal crime. Any assertion that ballots must be counted simply because California's registration system relies on self-attestation of citizenship does not relieve election officials of their obligations under federal law ***when they are on actual notice of noncitizen voting.*** Nor can state procedures supersede federal criminal statutes.

These federal statutes do not excuse unlawful voting simply because the State employs a permissive registration method. The Department is not asking Sacramento County to adjudicate immigration status; it is asking it to temporarily set aside ballots from individuals whose eligibility is credibly in question—a standard election administration practice implemented nationwide.

Others have pointed to the National Voter Registration Act's ("NVRA's") "quiet period." That is misplaced. The NVRA's 90-day limitation applies only to systematic list-maintenance programs—not to targeted, individualized evidence of unlawful voting identified by federal law enforcement. The Department is not requesting a purge, cancellation of registrations, or any programmatic action. We request only temporary ballot segregation pending citizenship verification. Invoking the NVRA to justify counting ballots unlawfully cast is both legally incorrect and operationally irresponsible.

Once the United States provides credible evidence that certain ballots may be unlawful to count, election officials may not disregard that information because it is inconvenient to process. Administrative difficulty is not a defense to violating federal law or aiding or abetting a federal offense.

The Department strongly urges you and your agency to work with the Department of Justice to ensure the integrity of California's federal elections before taking actions that risk significant federal scrutiny and legal exposure.

Sincerely,

*/s/ Eric Grant*
ERIC GRANT
United States Attorney
Eastern District of California

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | Case No. 2:26-cv-12025<br><br>**DECLARATION OF NICOLAS BARTELL** |

# DECLARATION OF NICOLAS BARTELL

1. In accordance with the provisions of 28 U.S.C. § 1746, I, Nicolas Bartell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## Experience, Education, and Training

2. I currently hold the position of Associate Director of the Fraud Detection and National Security Directorate (FDNS) at U.S. Citizenship and Immigration Services (USCIS) in the Department of Homeland Security (DHS)—a role I assumed in July 2026.

3. I previously served as senior counselor and strategic policy advisor to the Office of the Director from September 2025 to July 2026, and concurrently, Acting Associate Director for FDNS from April 2026 to July 2026.

4. From December 2022 to September 2025, I held a permanent position as the leader of the Fraud Integrity and National Security Branch within the USCIS Field Operations Directorate (FOD), where I oversaw national security cases and managed the intelligence program.

5. Before that, I was the deputy district director for FOD's Atlanta District, supervising eight field offices in Alabama, Arkansas, Georgia, Louisiana, Mississippi, South Carolina, and Tennessee.

6. Before that, I served as the inaugural field office director for FOD's newly established Montgomery, Alabama, Field Office from 2016 to 2020. In that role, I managed the office from its buildout through full operating status.

7. Prior to assuming that role, I served as a supervisory immigration services officer in the Detroit Field Office, a role I began in 2014.

8. I began my career with USCIS in 2008 as a district adjudications officer in the Chicago Field Office. From 2013 to 2014, I managed the application support center on Saipan in the Commonwealth of the Northern Mariana Islands, supporting the ongoing transition to federal control of immigration in the Islands.

Case 2:26-cv-12025-DOC-ADS Document 64-6 Filed 10/21/26 Page 3 of 7 Page ID #:951

9. I received my juris doctor with a concentration in international law from Thomas M. Cooley Law School and my bachelor's in history from Michigan State University.

**USCIS' Role in Determining Immigration Status**

10. USCIS is the federal agency that oversees lawful immigration into the United States. In this role, USCIS is responsible for adjudicating applications for naturalization, lawful permanent residence, citizenship by operation of law, and other immigration benefits.

11. In the course of its work, USCIS determines the immigration status of individuals and whether those individuals are in fact United States citizens.

12. I submit this declaration to outline how USCIS identifies potential noncitizens who appear on voter rolls.

**USCIS' Role in Federal Election Integrity**

13. As part of its charge to oversee lawful immigration, USCIS receives state voter rolls or information on state voter rolls from DHS to review for potential aliens who unlawfully registered to vote or who voted in a federal election. USCIS conducts extensive data analysis of these rolls and information to identify and match such individuals. USCIS then refers certain matched individuals to Homeland Security Investigations (HSI).

**How USCIS Processes Alien or Noncitizen Voter Records**

14. When presented with information on voter rolls from agencies like DHS, USCIS processes that information to identify registered voters who are likely aliens.

15. This process is distinct from the Systematic Alien Verification for Entitlements (SAVE) program.

16. The voting records USCIS receives contain information about the listed individual such as name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history information, and more. USCIS enhances that voter data through a reliable third-party data analytics and

investigative platform. The raw voting record data are combined with the enhanced data and then paired with an internal USCIS alien number that may be the same individual. USCIS then scores and ranks the potential identity match. The matches are scored and ranked because the resulting data may be incomplete, outdated, or mismatched and the potential matches need to be prioritized for manual review. The alien number may include further identifying information like aliases.

17. Following the preliminary identity match, USCIS screens all potential matches against Department of State and Social Security Administration data to remove individuals who can be identified as United States citizens or as deceased and excludes them from any further review.

18. USCIS then consolidates all match evidence and assigns a confidence level for each match. A high confidence match means the match between the voting record and USCIS alien record is strong and consistent with multifield evidence supporting a strong identity link. At this point, USCIS has completed its initial review.

19. Based on the results of the initial review, FDNS investigators manually review the matches to confirm the identity match and determine which registered voters they believe are very likely to be aliens based on USCIS' citizenship data. Part of the FDNS investigation includes verifying whether the registered voter could have potentially derived citizenship based on history or through any parents. Investigators also confirm the match with U.S. Department of State systems to identify if any documents (like passports) may not have been linked in USCIS systems, but which bear on the individual's citizenship status. A second-level review of the match and citizenship status determination occurs as an additional safeguard.

20. After completion of that multilevel review, USCIS makes a final determination on which matches to send to HSI for further assessment. After its investigation, HSI may ask USCIS to perform additional manual review of the relevant matches

**Evidence that Noncitizens in California Are Registered to Vote in California**

21. On or around May 8, 2026, FDNS received a copy of the California Voter rolls from HSI to review. The list referenced in Mr. McLoughlin's declaration is the same list FDNS received. *See* McLoughlin Decl. ¶ 20-21. I also understand that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered on California voter rolls. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

*22.* FDNS took that list and put it through the process identified above to produce the most accurate results of likely noncitizens to whom California law requires a vote by mail ballot to be sent for the November 2026 federal election. In particular, FDNS analyzed the original file and then enhanced the data with third-party data. FDNS then manually reviewed the data with immigration officials who are trained to determine citizenship status. After those steps, FDNS compiled a refined list of individuals who the agency believes are highly likely to be noncitizen aliens registered to vote in the 2026 federal election in California and then FDNS provided HSI with the refined list of individuals. That list includes individuals described in Mr. McLoughlin's declaration. *See* McLoughlin Decl. ¶ 24. I understand that the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk were provided that list on October 13, 2026. *Id.* and Exhibit A.

23. USCIS, along with FDNS, continue to analyze additional potential noncitizen voter records through the above-mentioned multilevel review process. For example, USCIS has identified a separate batch of more than 17,000 voting records potentially tied to noncitizens after an initial review of voter rolls. Historically speaking, most voters in this initially flagged population will end up being referred to HSI after USCIS completes its manual review. Our review is ongoing as USCIS receives records on a rolling basis before the election date. USCIS intends to supplement the record with additional information of likely noncitizen voting in the federal election. USCIS also

Case 2:26-cv-12025-DOC-ADS Document 64-2 Filed 10/21/26 Page 6 of 7 Page ID #:954

continues to refine its analysis as more information becomes available.[1]

## Conclusion

24. USCIS and FDNS receive bona fide information of individuals on voter rolls to determine the likely citizenship status of those registered voters. USCIS then processes those voter rolls to identify whether the registered voters are likely noncitizens. Those processes resulted here in a culled list of persons who are likely to be noncitizens and who registered to vote in the upcoming 2026 federal election. USCIS sent that list to HSI for further investigation. My understanding is that list was delivered to the California Secretary of State and Los Angeles County Registrar-Recorder/County Clerk on October 13, 2026. *See* McLoughlin Decl. ¶ 24 and Exhibit A.

25. Based on my training, experience, understanding of California law, the above-described systems, and collaboration with HSI, I reasonably believe that the individuals in the list presented to California (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are highly likely to be noncitizen aliens.

26. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

---

[1] As part of its ongoing analysis of voter data, USCIS identified approximately 189 records with minor data discrepancies that appear on the list of over 20,000 individuals sent to California on October 13, 2026. USCIS immediately alerted HSI of the discrepancies.

Case 2:26-cv-12025-DOC-ADS Document 65-2 Filed 10/21/26 Page 7 of 7 Page ID #:955

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Nicolas Bartell

Executed this 15 day of October 2026, Camp Springs, MD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | No. 2:26-cv-12025<br><br>**DECLARATION OF ERIC MCLOUGHLIN** |

Case 2:26-cv-12025-DOC-ADS Document 150-3 Filed 10/21/26 Page 2 of 10 Page ID #:957

# DECLARATION OF ERIC MCLOUGHLIN

In accordance with the provisions of 28 U.S.C. § 1746, I, Eric McLoughlin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

## Experience, Education, and Training

1. My name is Eric McLoughlin. I am the Assistant Director for the Cyber and Operational Technology section at Homeland Security Investigations (HSI). HSI is a component of the Department of Homeland Security (DHS). I have held this position since about April 2026.

2. I first graduated from Monmouth University with a Bachelor of Arts in Criminal Justice and then earned a Master of Business Administration.

3. I have served in law enforcement since 2001. My experience includes serving as a special agent with U.S. Customs and Border Protection (then known as the U.S. Customs Service) and then working my way up the chain of command at HSI, including service as a Special Agent, Section Chief, Assistant Special Agent in Charge, Deputy Special Agent in Charge, Special Agent in Charge, and Deputy Assistant Director.

4. In my current role, I lead operational technology and systems-development functions that support investigative, analytic, and operational activities. My responsibilities include directing and managing approximately 300 personnel and managing a budget exceeding $250 million. These resources support the development, deployment, governance, and sustainment of approved data and analytic capabilities used in support of HSI's mission.

5. Throughout my law enforcement career, I have led or supported investigations and operational programs involving transnational criminal organizations, human smuggling and trafficking, narcotics smuggling, cybercrime, customs and immigration matters and financial and identity-related theft.

Case 2:26-cv-12025-DOC-ADS Document 65-3 Filed 10/21/26 Page 3 of 10 Page ID #:958

6. As a customs officer, I am empowered with the law enforcement authority set forth at 19 U.S.C. § 1589a. Under that authority, HSI Special Agents may, among other authorities, "make an arrest without a warrant for any offense against the United States committed in the officer's presence or for a felony, cognizable under the laws of the United States committed outside the officer's presence if the officer has reasonable grounds to believe that the person to be arrested has committed or is committing a felony." 19 U.S.C. § 1589a(3). That authority is broad, and it includes the authority to investigate the full panoply of crimes in Title 18 of the United States Code, including crimes involving mail fraud. Additionally, HSI is familiar with crimes involving mail and parcels given its cross-border focus and routinely interacts with contraband through various international mail and shipping modes.

7. As an HSI Special Agent, I am also an immigration officer empowered with the law enforcement authority set forth at 8 U.S.C. § 1357. With that authority, I am able to investigate both civil and criminal violations involving false claims to citizenship, and I can investigate both civil and criminal denaturalization cases.

8. In order to effectively do my job, I have received federal law enforcement training associated with my position as well as supervisory, management, and leadership training.

9. I have experience evaluating data quality, overseeing analytic processes, developing operational workflows, prioritizing leads, and coordinating the appropriate routing of information for further review.

10. My work requires attention to applicable legal authorities and policies from DHS and Immigration and Customs Enforcement (ICE). My work also requires familiarity with approved information sharing processes, privacy and civil liberties requirements, record management obligations, and system access restrictions.

**Election Integrity Efforts**

11. It is unlawful for aliens to vote in federal elections. *See* 18 U.S.C. § 611. To ensure aliens do not vote in federal elections, HSI is among several federal departments and agencies receiving and processing publicly available state-eligible voter files (e.g., voter rolls) and cross-referencing them with federal immigration databases. HSI's role in that initiative includes data intake (including obtaining bona fide voter rolls), preparation, enrichment, quality review, and routing of leads or records for review by the appropriate component or partner agency to determine whether aliens are on voter rolls or otherwise participating in federal elections.

12. HSI's team of technical and analytic experts evaluate, to the best of their ability, whether the data it receives indicates whether an alien is registered on a state voter file or requested or received a vote-by-mail ballot. HSI, together with other federal agencies, conducts and supports the technical and analytic aspects of the workflow.

**Workflow Process Generally**

13. Voting records contain various types of information about the listed individual, including name, address, date of birth or age, contact information, registration information, voter-history information, and more.

14. After a state voter file is acquired, HSI sends it for analysis to the Fraud Detection and National Security Directorate (FDNS) within U.S. Citizenship and Immigration Services (USCIS). HSI sends it to FDNS to determine if the person on the list has data in USCIS immigration holdings.

15. As I understand, FDNS developed a model that uses information from the voter roll and combines it with information from a reliable third-party data analytics and investigative platform to learn more about the individuals. *See* Bartell Decl. ¶¶ 13-20. From there, as I understand, FDNS then compares the enhanced voter file data to USCIS holdings to score the extent to which the individual profile matches an individual within DHS holdings. *Id.* ¶ 16. Data profiles include name, mailing address, date of birth or age, social security number, phone number, email, registration information, voter-history

information, and more. *Id.* The more data identifiers that match, the higher the confidence it is that individual. *Id.* ¶ 18. Naturalized United States citizens are then removed from the population as they are lawfully registered voters. *Id.* ¶ 19. The remaining data are then referred for manual review to confirm the subject is a true match, and based on all available information, is not a United States citizen. *Id.* ¶¶ 19-20.

16. Once FDNS completes its analysis, it sends its work product to HSI. *Id.* ¶ 20. After an initial intake—which includes a quality review that consists of identifying duplicate entries, incomplete records, inconsistent formatting, missing identifiers, and other data quality issues—HSI prioritizes the voter records for review and prepares the data for additional enrichment using approved analytic capabilities.

17. HSI's enrichment process focuses on improving the completeness and consistency of identity and address information and, where lawfully permitted, identifying additional unique identifiers that may assist in reliable matching of the voters to their immigration status. HSI's enrichment process has the capability to perform data matching across multiple authorized data sources, consolidating disparate records into a unified set of matching results. The purpose of enrichment is to increase the quality of HSI's analysis and to reduce the risk that voters are mistakenly associated with the wrong immigration status.

18. In short, HSI's processing adds value by applying consistent quality controls and enrichment processes before voter records are disseminated as investigative referrals or routed for another authorized purpose.

19. Once the HSI review is completed, each individual data profile will be referred to the applicable HSI field office where it will be investigated for potential criminal violations.

**Evidence that Noncitizens in California were Sent Vote-by-Mail Ballots**

20. Our office received what appeared to be the California voter roster for the general election of 2026. The roster appeared credible enough for our office to initiate our investigative processes in accordance with our standard operating procedures. HSI initially reviewed the list of millions of registered voters in California, then turned the list over to USCIS FDNS.

21. I believe that the voter file provided to HSI accurately reflects the actual voter rolls in California that, as of August 2025, may be used for the 2026 federal election. Based on my understanding of California law, I believe that California automatically mails vote-by-mail ballots to participate in a federal election to anyone registered to vote in California. *See* 2021 Cal. Stat. ch. 312 (codified at Cal. Elec. Code § 3000.5).

22. After receiving the file, HSI referred it to FDNS to go through the process described above. FDNS then provided HSI an enhanced file of voter information to ensure the accuracy of the information. As I understand, FDNS analyzed the original file provided by HSI in combination with third party commercial data. *See* Bartell Decl. ¶¶ 13, 16. FDNS immigration officers then manually reviewed the data. *Id.* ¶ 19. FDNS confirmed to HSI that the revised list includes persons that FDNS believes includes noncitizen aliens. *Id.* ¶ 20.

23. After receiving that enhanced file from FDNS, HSI continued to further refine the data with federal law enforcement systems. That further refinement resulted in over 20,000 individuals remaining on the list.

24. On October 13, 2026, I helped facilitate delivery to the U.S. Department of Justice and the U.S. Attorney's Office for the Central District of California that list of just over 20,000 individuals who HSI believes are (1) registered to vote in California, (2) were sent a vote-by-mail ballot to participate in the federal elections, and (3) are noncitizen aliens. On that same day, I understand an HSI special agent delivered that same list on an encrypted hard drive to the Los Angeles County Registrar-Recorder/

County Clerk. *See* Exhibit A. I understand that the Los Angeles County Registrar-Recorder / County Clerk received that list. *Id.* I also understand that the Department of Justice made the list available to the California Secretary of State on the same day.

25. Based on my training, experience, understanding of California law, and collaboration with USCIS, I reasonably believe that just over 20,000[1] individuals on this list are those who (1) registered to vote in California, (2) were sent a vote-by-mail ballot, and (3) are noncitizen aliens.

**Conclusion**

26. HSI works with USCIS to determine whether aliens are on voter rolls to vote in federal elections. In support of the above-captioned case, HSI received data that, in my belief, accurately reflects the voters on California's voter rolls. HSI, together with USCIS, processed these data to identify voters who are highly likely to be noncitizens registered to vote in the 2026 federal election.

27. The statements made in this Declaration are based on the knowledge acquired by me in the performance of my official duties and in conjunction with factual and legal research conducted by other investigators and staff at DHS.

[1] As part of the ongoing analysis of voter data, USCIS identified and alerted HSI to approximately 189 records with minor data discrepancies that appeared on the list of over 20,000 individuals sent to California on October 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric McLoughlin

Executed this 15th day of October 2026, Washington D.C.

| voter_case_state | VoterFirstName | VoterMiddleName | VoterLastName | VoterProvidedDOB | VoterProvidedDOBMonthYear |
|---|---|---|---|---|---|
| CA | [redacted] | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |
| CA | | | | | |

| VoterProvidedDOBYear | VoterAddress | county_name | state_name |
|---|---|---|---|
| [redacted] | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |
| | | Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

| | |
|---|---|
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |
| CA | [redacted] |

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA [redacted]
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]
CA [redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA
CA

[redacted]

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |

CA [redacted]
CA
CA
CA
CA
CA
CA
CA

[redacted]

| | |
|---|---|
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |
| Sacramento County | California |