Lanny A. Breuer*
lbreuer@cov.com
Thomas Perrin Cooke*
pcooke@cov.com
Samuel T. Ackerman*
sackerman@cov.com
Joshua M. Schenk*
jschenk@cov.com
Basundhara Mukherjee*
bmukherjee@cov.com
Evan Chiacchiaro*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

Jane Petersen Bentrott (SBN 323562)
jane.bentrott@protectdemocracy.org
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582

Maryam Jazini Dorcheh*
mjazini@commoncause.org
COMMON CAUSE
805 15th Street NW, Suite 800
Washington, DC 20005

*Counsel for Proposed Amicus Curiae*
**PHV forthcoming*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Civil Case No.: 2:26-cv-12025

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* COMMON CAUSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Hearing Date: October 27, 2026
Time: 1:00 p.m.
Courtroom: 9D
Judge: David O. Carter
Magistrate Judge: Autumn D. Spaeth

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE***

Proposed *amicus curiae* Common Cause, by and through its undersigned counsel, respectfully moves the Court for leave to file the Brief of Amicus Curiae in Support of Defendants' Opposition, ECF No. 79, to Plaintiff's *Ex Parte* Application, ECF No. 76, for Temporary Restraining Order. The proposed brief will assist the Court in deciding Plaintiff's *Ex Parte* Application by providing a perspective not otherwise available from the parties, drawing on Common Cause's litigation in other jurisdictions on the broader legal defects of the Government's actions.

"The district court has broad discretion to appoint amici curiae." *WildEarth Guardians v. Haaland*, 561 F. Supp. 3d 890, 905 (C.D. Cal. 2021) (citation omitted). *Amicus* must merely show that "participation is useful to or otherwise desirable to the court," and "[c]ourts have granted amicus status 'when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Id.* at 905-06 (citation omitted). "[T]his Court has generally found it preferable to err on the side of permitting" amicus to file briefs. *Id.* at 906.

Common Cause is a nonpartisan, grassroots organization dedicated to fair elections and to making government at every level more democratic and accountable to the people it serves. Founded by John Gardner in 1970 as a "citizens' lobby," Common Cause has more than 1 million members nationwide and local organizations in 22 states plus the District of Columbia. Common Cause has a direct and particular interest in this case because it was the lead plaintiff in *Common Cause v. U.S. Department of Justice*, No. 1:26-

cv-01352-SLS (D.D.C.), in which, on October 9, 2026, the court held that the Civil Rights Division's program of collecting state voter rolls, cross-checking them against federal citizenship data, and urging States to remove the voters it flagged exceeded DOJ's statutory authority and vacated that program. Common Cause submits the proposed brief to explain how federal election statutes allocate authority over voter eligibility and list maintenance, and why the relief sought here would bypass that allocation.

The proposed brief provides a unique perspective, based on Common Cause's direct litigation in other jurisdictions, on the broader legal and practical consequences of the relief Plaintiff seeks. First, the proposed brief addresses the anticommandeering and Elections Clause limits on using 18 U.S.C. § 611 to direct state officials. Section 611 is a criminal prohibition directed to individual conduct; it does not authorize the Department of Justice to commandeer state election administrators or direct them to set aside ballots based on an unverified federal list. Second, the proposed brief explains how the Help America Vote Act ("HAVA") and the National Voter Registration Act ("NVRA") allocate voter-list maintenance authority to the States, including the NVRA's 90-day quiet period. It also discusses the nationwide body of decisions rejecting the Department of Justice's demands for state voter-roll data and voter purges. That statutory and judicial context will assist the Court in evaluating whether the Department may compel California officials to segregate and not count ballots. Third, the proposed brief addresses the Privacy Act defects in the federal list underlying the requested relief, drawing on *Common Cause* and this Court's

precedent in *United States v. Weber*, 816 F. Supp. 3d 1168, (C.D. Ca. 2026). It discusses the Act's disclosure, accuracy, and First Amendment protections.

Common Cause files this motion promptly given the expedited schedule for Plaintiff's *Ex Parte* Application. Filing the proposed brief will not delay resolution of the application, and the brief complies with the length limits of L.R. 11-6.1. Because this Motion is made "in connection with . . . [DOJ's] application[] under F.R.Civ.P. 65 for [a] temporary restraining order[]" under Local Civil Rule 7-3, that rule's requirement for a conference does not apply. Counsel for Common Cause nevertheless conferred with counsel for all parties. Both the United States and California take no position.

For these reasons, Common Cause respectfully requests that the Court grant leave to file the proposed Brief of *Amicus Curiae* in Support of Defendants' Opposition, ECF No. 79, to Plaintiff's *Ex Parte* Application, ECF No. 76, for Temporary Restraining Order. A proposed order is attached.

Dated: October 24, 2026

Lanny A. Breuer*
lbreuer@cov.com
Thomas Perrin Cooke*
pcooke@cov.com
Samuel T. Ackerman*
sackerman@cov.com
Joshua M. Schenk*
jschenk@cov.com
Basundhara Mukherjee*
bmukherjee@cov.com
Evan Chiacchiaro*
echiacchiaro@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

*Counsel for Proposed Amicus Curiae*
**PHV forthcoming*

/s/ Jane Petersen Bentrott

Jane Petersen Bentrott (SBN 323562)
jane.bentrott@protectdemocracy.org
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582

Maryam Jazini Dorcheh*
mjazini@commoncause.org
COMMON CAUSE
805 15th Street NW, Suite 800
Washington, DC 20005