Lanny A. Breuer
Thomas Perrin Cooke
Samuel T. Ackerman
Joshua M. Schenk
Basundhara Mukherjee
Evan Chiacchiaro
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

*Counsel for Proposed Amicus Curiae*

Jane Petersen Bentrott (SBN 323562)
jane.bentrott@protectdemocracy.org
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582

*Counsel for Amici Curiae*

Maryam Jazini Dorcheh (PHV Forthcoming)
mjazini@commoncause.org
COMMON CAUSE
805 15th Street NW, Suite 800
Washington, DC 20005

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Civil Case No.: 2:26-cv-12025

**DECLARATION OF MARYAM JAZINI DORCHEH MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* COMMON CAUSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

TRO Hearing Date: October 27, 2026
Time: 1:00 p.m.
Courtroom: 1
Judge: David O. Carter
Magistrate Judge: Autumn D. Spaeth

**DECLARATION OF MARYAM JAZINI DORCHEH**

I, Maryam Jazini Dorcheh, declare as follows:

1. I am an attorney licensed to practice law in New York. My motion for admission pro hac vice before this Court is forthcoming. I am the Vice President of Litigation at Common Cause and amicus curiae in this action. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them.
2. I submit this declaration in support of Common Causes's Motion for Leave to File Brief of Amicus Curiae and its request for an order shortening time under Local Rule 6-1.
3. In the spirit of Local Rule 7-3, I sought to confer with counsel for all Parties: Plaintiff United States of America; Defendants State of California and California Secretary of State Shirley N. Weber; and Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk.
4. By email sent on Saturday October 24, 2026, to counsel of record for each party, I gave notice that Common Cause intended to move for leave to file an amicus curiae brief in support of Defendants in connection with Plaintiff's pending emergency request for preliminary injunctive relief.
5. On October 24, 2026, counsel for the United States responded by email that Plaintiff takes no position on the motion.

6. On October 24, 2026, counsel for the States Defendants responded by email that the State Defendants take no position on the motion.
7. On October 24, 2026, counsel for Defendant Logan, LULAC, and NAACP responded by email that they consent.
8. Oral argument regarding the United States of America's Ex Parte Application for Temporary Restraining Order is scheduled for Tuesday, October 27, 2026 at 1:00 p.m. *See* Dkt. No. 64. This Court ordered that any additional briefing in opposition to the TRO shall be filed no later than 3:00 p.m. on Saturday, October, 24, 2026. Dkt. No. 77. Consistent with that schedule, Common Cause respectfully requests that the Court consider the motion immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 24, 2026 at Potomac, Maryland.

/s/ Maryam Jazini Dorcheh