Norman L. Eisen
Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff(s)

v.

STATE OF CALIFORNIA, et al.,

Defendant(s).

CASE NUMBER

2:26-cv-12025

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Eisen, Norman L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
*Firm/Agency Name & Address*

202) 594-9958
*Telephone Number*

(208) 493-4909
*Fax Number*

Norman@democracydefenders.org.
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

League of United Latin American Citizens and National Association for the Advancement of Colored People

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Lalas, Jonah J.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Altshuler Berzon LLP
350 W. Colorado Blvd.
Pasadena, CA 91105
*Firm/Agency Name & Address*

286755
*Designee's Cal. Bar No.*

(323) 963-8693
*Telephone Number*

(415) 362-8064
*Fax Number*

jlalas@altber.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**