DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR. DEP. COUNTY COUNSEL (SBN 235356)
ADAM BAUMGARTEN, SNR. DEP. COUNTY COUNSEL (SBN 292095)
648 KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM (SBN 241068)
ABIGAIL URQUHART (SBN 310547)
ALEX SCANDROLI (SBN 345278)
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**NOTICE OF ERRATA RE DECLARATION OF AMAN BHULLAR IN SUPPORT OF DEFENDANT DEAN C. LOGAN'S OPPOSITION TO PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER**

Date Action Filed: 10/15/2026



DOCUMENT PREPARED ON RECYCLED PAPER

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (*pro hac vice pending*)*
Toby R. Merrill (*pro hac vice pending*)**
Christine Bass (334002)
Kyra Sikora (345896)
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org

** Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk, hereby submits this Notice of Errata to correct typographical errors in the Declaration of Aman Bhullar in Support of Defendant Dean C. Logan's Opposition to Plaintiff's Request for Temporary Restraining Order (the "Declaration"), filed on October 20, 2026 (ECF No. 32-3).

In Paragraph 24.a of the Declaration, on pages 10-11 lines 23-28, the Declaration inadvertently omitted a digit from one of the percentages reported from the sample analysis of the October List. As filed, Paragraph 24.a states, in relevant part, that "4.6% are considered inactive records." The correct figure is "14.6%." A "1" was inadvertently dropped during preparation of the Declaration. In addition, Paragraph 24.a as filed inadvertently repeats the phrase "i.e.," and includes a stray period after the word "registration." Accordingly, Paragraph 24.a of the Declaration should read as follows (corrected figure underlined):

"42.9% of the list sampled had canceled voter registration records in our system; 42.4% of the list samples had active records, i.e., that the record has cleared verification through the statewide database and has met all legal requirements for voter registration; and <u>14.6%</u> are considered inactive records, meaning there is an issue in the record that has been flagged such as the mail being undeliverable, not responding to a confirmation notice, or not voting."

This correction is typographical only. It does not alter any other statement, conclusion, or opinion set forth in the Declaration, and the Registrar's Opposition to Plaintiff's Request for Temporary Restraining Order otherwise remains unchanged.

Dated: October 26, 2026

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM
ABIGAIL URQUHART
ALEX SCANDROLI

By:______________________________
CHRISTOPHER PELHAM
Attorneys for Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

Dated: October 26, 2026

**PUBLIC RIGHTS PROJECT**
JOSHUA KARSH (*pro hac vice pending*)
TOBY R. MERRILL (*pro hac vice pending*)
CHRISTINE BASS (334002)
KYRA SIKORA (345896)

By: */s/ Joshua Karsh*
JOSHUA KARSH
Attorneys For Defendant DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk