TODD BLANCHE
Attorney General
R. TRENT MCCOTTER
Acting Deputy Attorney General
JOHN K. ADAMS
Associate Deputy Attorney General
ANDREW M. DARLINGTON (Fl. Bar No. 1018895)
Counsel to the Assistant Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C., 20530
Telephone: (202) 532-0100
Andrew.Darlington2@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
J. ROBERT RENNER (Cal. Bar No. 148587)
Assistant United States Attorney
300 N. Los Angeles St., Ste. 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
*United States of America*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025-DOC-ADS

**SUPPLEMENTAL DECLARATIONS IN SUPPORT OF THE UNITED STATES' APPLICATION FOR INJUNCTIVE RELIEF**

Date: October 27, 2026
Time: 1:00 PM PST
Courtroom: 1
Action Filed: October 15, 2026

Hon. David O. Carter
United States District Judge

The United States respectfully submits the following declarations in support of its request for injunctive relief:

(1) Declaration Of Nicolas Bartell Regarding Dean Logan's Sample List,

(2) Declaration #2 of Nicolas Bartell in Support of United States *ex parte* Application for Temporary Restraining Order and the Order to Show Cause Why a Preliminary Injunction Should Not Issue,

(3) Declaration # 2 of Eric McLoughlin in Support of United States' Ex Parte Application for Temporary Restraining Order and the Order to Show Cause Why a Preliminary Injunction Should Not Issue, and

(4) Declaration of Clinton Curtis in Support of the United States Application for Injunctive Relief.

DATED: October 25, 2026

Respectfully submitted,

*/s/ Julie A. Hamill*
Julie A. Hamill
Assistant United States Attorney