UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, *et al.*,

Defendants.

Case No. 2:26-cv-12025-DOC-ADS

**DECLARATION OF CLINTON CURTIS IN SUPPORT OF THE UNITED STATES APPLICATION FOR INJUNCTIVE RELIEF**

Date: October 27, 2026
Time: 1:00 PM PST
Courtroom: 1
Action Filed: October 15, 2026

Hon. David O. Carter
United States District Judge

In accordance with the provisions of 28 U.S.C. § 1746, I, Clinton Curtis, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1. I currently hold the position of elected Registrar of Voters for Shasta County, California.

2. I am an attorney licensed to practice in New York, and have experience practicing election law. I am also a computer programmer, and I have worked in that capacity for companies including NASA, the Department of Transportation, Exxon Mobil, and Ryder Trucks.

3. I have reviewed the Declarations of Aman Bhullar and Monica Flores in support of Dean C. Logan's opposition to the United States' application for temporary restraining order, Dkts. 32-3 and 32-4. Most of Declarants' assertions revolve around whether the system they use in Los Angeles County has the ability to locate ballots of suspected ineligible voters and allow for further investigation before votes are counted. In my experience, locating and segregating challenged ballots is entirely possible and not catastrophic.

4. Every registrar of voters in the State of California uses an electronic information management system to maintain electronic pollbooks containing voter information. This system allows for a flag to be set on voters based on any number of circumstances relating to eligibility, including duplicate ballots, signature mismatches, and evidence challenging that voter's citizenship. Poll workers will see a flag on a particular voter when pulling up that voter's information, and sorting machines will flag those ballots before processing and automatically separating them into containers designed to capture segregated ballots.

5. Additionally, if the electronic flag process is not used, the same results could be obtained by manually issuing a new ballot that is not sent to the voter and marking their old ballot as void. All manually flagged ballots are directed into the voided section until further investigation can occur. A "void" ballot is not actually voided, it is

simply sequestered from the ballots that are confirmed to be able to be counted without any additional investigation.

6. During the official canvass, which lasts 30 days after election day, county elections officials will process and count provisional ballots, ballots from voters who registered and voted conditionally (Same Day Voter Registration), and vote-by-mail ballots postmarked by Election Day and received within seven days of the election. This process includes a comparison of signatures on envelopes to the signatures on file. If a signature is missing or does not compare to the signature on file, state law requires county elections officials to reach out to voters to verify their signature to ensure that their ballot can be counted. By law, and for most elections, voters are allowed to verify their signature up to eight days before the county certifies their results. These processes ensure that all valid votes cast by eligible voters can be counted.

7. Electronic information management systems that are used for voting in California can flag the ballots of likely noncitizens identified by the United States,and the sorting machines can segregate those electronically flagged ballots while determining citizenship under state and federal law. Manual procedures also exist to segregate ballots cast by individuals believed to be noncitizens.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Clinton Curtis

Executed this 26th day of October 2026, in Redding, California.