BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
BENBROOK LAW GROUP, PC
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone: (916) 447-4900

JAMES UTHMEIER
*Attorney General*
DAVID M.S. DEWHIRST* (FBN 1076928)
*Solicitor General*
HUNTER R. PRATT* (FBN 1018395)
*Deputy Solicitor General*
JOHN SCOGGIN* (FBN 1058864)
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
david.dewhirst@myfloridalegal.com
*Counsel for Proposed Amicus Curiae State of Florida*

**Pro Hac Vice forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVIDSION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

Case No.: 2:26-cv-12025-DOC-ADS

**DECLARATION OF HUNTER R. PRATT IN SUPPORT OF MOTION OF AMICI CURIAE FLORIDA AND TEN OTHER STATES FOR LEAVE TO FILE AN AMICUS BRIEF**

I, Hunter R. Pratt, declare as follows:

1. I am a United States citizen, over 18 years of age, and competent to testify. The facts and information contained in this Declaration are based on my personal knowledge.

2. I am a Deputy Solicitor General employed by the Florida Office of the Attorney General.

3. The facts and information in this Declaration are submitted in support of Motion of Amici Curiae State of Florida and Ten Other States for Leave to File an Amicus Brief.

4. After receiving notice of this amicus brief assignment, I sought to confer with all counsel of record in the spirit of complying with Local Rule 7-3.

5. On Thursday, October 22, 2026, at 5:17 PM EST, I emailed all counsel of record and provided notice of Florida's intent to move to file an amicus brief in support of the United States application for a temporary restraining order and request for a preliminary injunction.

6. Counsel for California and the California Secretary of State responded by email indicating that they do not oppose.

7. Counsel for the United States responded by email indicating it takes no position.

8. Intervenor-Defendants LULAC and NAACP responded by email indicating they do not oppose.

9. Undersigned received no further responses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 27th day of October 2026, in Tallahassee, Florida.

/s/ Hunter R. Pratt
Hunter R. Pratt
Florida Deputy Solicitor General