**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | No. 2:26-cv-12025-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING STATE OF FLORIDA AND TEN OTHER STATES' MOTION FOR LEAVE TO FILE AN AMICUS BRIEF [Doc.#]** |

On October 27, 2026, State of Florida, Alabama, Arkansas, Iowa, Kansas, Montana, Nebraska, South Carolina, South Dakota, Texas, and West Virginia ("Proposed Amici States") filed a Motion for Leave to file an Amicus Brief in Support of the United States' *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue. [Insert Doc.#]. In their request, the Proposed Amici States ask this Court to grant them leave to do so and deem their proposed amicus brief filed.

The Court, having considered the Proposed Amici States' Motion, and finding good cause therefore, hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The time to file and provide notice of the Motion is shortened; and

2. The proposed amicus brief filed as Exhibit 1 to the Motion is deemed filed.

**IT IS SO ORDERED**

Dated:

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE