Stephen M. Duvernay (CA Bar No. 250957)
steve@benbrooklawgroup.com
BENBROOK LAW GROUP, PC
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(916) 447-4900

Christopher Mills (SC Bar No. 101050)*
cmills@spero.law
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640

Attorneys for Proposed *Amicus Curiae* National Republican Congressional Committee

**Pro hac vice* application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | **Case No. 2:26-cv-12025-DOC-ADS**<br><br>**NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**<br><br>Hearing Date: Not Set<br>Time: Not Set<br>Courtroom: 9D<br>Judge: Hon. David O. Carter<br>Magistrate Judge: Hon. Autumn D. Spaeth |

## NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

The National Republican Congressional Committee (NRCC) respectfully moves for leave to file a brief as *amicus curiae* in support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction

Should Not Issue (ECF No. 62). The NRCC is a national political party committee whose mission is to support the election of Republican candidates to the United States House of Representatives, including candidates on the ballot in California in the November 3, 2026 general election. It has a direct interest in ensuring that only the ballots of eligible voters are counted in those races, and that questioned ballots are handled under clear procedures applied evenhandedly.

The NRCC's brief will help the Court decide the United States' application by placing the requested relief in context. Setting aside the mail ballots of voters whom federal records identify as likely noncitizens, and confirming their eligibility before those ballots are counted, is a longstanding feature of American election administration, and California's own Elections Code and the Secretary of State's regulations already use the same tools for questioned ballots. The brief also responds to the contention, pressed by Defendants, the proposed intervenors, and other *amici*, that holding a ballot pending verification amounts to removing the voter or refusing to count the vote.

The NRCC therefore seeks leave to file the *amicus* brief attached to this motion.

Because this motion is made in connection with the United States' application under Federal Rule of Civil Procedure 65 for a temporary restraining order, the conference requirement of Local Rule 7-3 does not appear to apply. Counsel for the NRCC nonetheless conferred with counsel for the parties. Counsel for Plaintiff the United States stated that it takes no position on the motion. Counsel for the State of California and Secretary of State Weber stated that they do not oppose the motion. Counsel for Defendant Logan stated that he takes no position on the motion. Decl. of Christopher Mills ¶¶ 4–8.

The NRCC also respectfully requests that, under Local Rule 6-1, the Court shorten the time for notice of this motion and consider it immediately, so that the brief may be considered with the United States' application, which is set for hearing on October 27, 2026, at 1:00 p.m. ECF No. 64. Immediate consideration will not prejudice any party: the brief is limited to the issues already briefed, and every party may address it at the hearing.

Dated: October 27, 2026

Respectfully submitted,

By: */s/ Stephen M. Duvernay*

Stephen M. Duvernay (CA Bar No. 250957)
steve@benbrooklawgroup.com
BENBROOK LAW GROUP, PC
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(916) 447-4900

Christopher Mills (SC Bar No. 101050)*
cmills@spero.law
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640

Attorneys for Proposed *Amicus Curiae*
National Republican Congressional Committee

**Pro hac vice* application forthcoming

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for proposed *amicus curiae* the National Republican Congressional Committee, certifies that this motion contains 405 words, which complies with the word limit of L.R. 11-6.1.

Dated: October 27, 2026

*/s/ Stephen M. Duvernay*
Stephen M. Duvernay