Stephen M. Duvernay (CA Bar No. 250957)
steve@benbrooklawgroup.com
BENBROOK LAW GROUP, PC
1301 Dove Street, 5th Floor
Newport Beach, CA 92660
(916) 447-4900

Christopher Mills (SC Bar No. 101050)*
cmills@spero.law
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
(843) 606-0640

Attorneys for Proposed *Amicus Curiae* National Republican Congressional Committee

**Pro hac vice* application forthcoming

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, *et al.*,<br>Defendants. | **Case No. 2:26-cv-12025-DOC-ADS**<br><br>**DECLARATION OF CHRISTOPHER MILLS IN SUPPORT OF NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**<br><br>Hearing Date: Not Set<br>Time: Not Set<br>Courtroom: 9D<br>Judge: Hon. David O. Carter<br>Magistrate Judge: Hon. Autumn D. Spaeth |

I, Christopher Mills, declare as follows:

1. I am over 18 years of age and competent to testify. The facts in this declaration are based on my personal knowledge, including my review of the correspondence described below.

2. I am an attorney with Spero Law LLC and counsel for proposed *amicus curiae* the National Republican Congressional Committee (NRCC) in this matter.

3. I submit this declaration in support of the NRCC's Motion for Leave to File *Amicus* Brief.

4. In the spirit of Local Rule 7-3, counsel for the NRCC sought to confer with counsel for Plaintiff the United States of America, Defendants the State of California and Secretary of State Shirley N. Weber, and Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk.

5. By emails sent on October 26, 2026, at about 3:30 p.m. Pacific Time, counsel for the NRCC gave notice of the NRCC's intent to move for leave to file an *amicus* brief and offered to confer by telephone.

6. Counsel for the United States responded that Plaintiff takes no position on the motion.

7. Counsel for the State of California and Secretary of State Weber responded that they do not oppose the motion.

8. Counsel for Defendant Logan responded that he takes no position on the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2026.

Christopher Mills