JULIE A. HAMILL (Cal. Bar No. 272742), AUSA
300 North Los Angeles Street Suite 7516,
Los Angeles, CA 90012
E-mail: Julie.Hamill@usdoj.gov
Telephone: (213) 894-2464

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, PLAINTIFF(S) v. State of California, et al., DEFENDANT(S). | CASE NUMBER: 2:26-cv-12025 **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Lodging Exhibit A to Declaration of Nicolas Bartell Regarding Dean Logan's Sample List (County of Los Angeles Sample List of 200 names, lodged with the Court for in camera review due to sensitive private information) and Exhibit B to Declaration of Nicolas Bartell Regarding Dean Logan's Sample List (Excel sheet created by USCIS showing County's Sample List compared to DHS List, lodged with the Court for in camera review due to sensitive private information)

**Reason:**

☐ Under Seal
☑ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

The content of the exhibits must be kept confidential.

10/26/2026
Date

/s/ Julie A. Hamill
Attorney Name

Plaintiff
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*