Nina G. Beck

Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s)

v.

State of California, et al.,

Defendant(s).

CASE NUMBER

2:26-cv-12025-DOC-(ADSx)

## (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Beck, Nina G.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-331-0114
*Telephone Number*

*Fax Number*

nbeck@fairelectionscenter.org
*E-Mail Address*

of

Fair Elections Center
1629 K Street NW, Ste. 300
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Asian Americans Advancing Justice Southern California

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Proposed Amicus

**and designating as Local Counsel**

Bigley, Sean F.
*Designee's Name (Last Name, First Name & Middle Initial*

300851
*Designee's Cal. Bar No.*

213-241-0286
*Telephone Number*

714-477-2961
*Fax Number*

sfbigley@ajsocal.org
*E-Mail Address*

of

Asian Americans Advancing Justice Southern California
1145 Wilshire Boulevard, Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ____________

☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because ____________

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**