Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)
sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)
jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

*Additional counsel on next page*

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org
Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org
**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*

**Pro hac vice application forthcoming or pending*
***Admission application forthcoming*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

STATE OF CALIFORNIA; SHIRLEY WEBER, in her official capacity as the Secretary of State of California; and DEAN LOGAN, in his official capacity as Los Angeles County Registrar-Recorder,

*Defendants*.

Case No. 2:26-cv-12025

**PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NAACP; NAACP CALIFORNIA/HAWAII STATE CONFERENCE; AND NAACP LOS ANGELES BRANCH'S NOTICE AND REQUEST FOR JUDICIAL NOTICE IN RESPONSE TO THE UNITED STATES'S SUPPLEMENT IN SUPPORT OF ITS EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Date: October 27, 2026
Time: 1:00 PM
Courtroom: 1
Judge: Hon. David O. Carter

The League of United Latin American Citizens (LULAC), National Association for the Advancement of Colored People, NAACP California/Hawaii State Conference, and NAACP Los Angeles Branch (together, NAACP) (collectively, Proposed Intervenor-Defendants) respectfully submit this Notice and Request for Judicial Notice in response to the Federal Government's Supplemental Declarations, ECF No. 107. Attached hereto is a supplemental declaration of Proposed Intervenor-Defendant's expert, Kassra Oskooii, submitted in response, attached hereto as **Exhibit A**.

This Court may "notice an adjudicative fact if it is 'not subject to reasonable dispute.'" *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting Fed. R. Evid. 201(b)). "A fact is 'not subject to reasonable dispute' if it is 'generally known,' or 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Id.* Here, Proposed Intervenor-Defendants request that this Court take judicial notice of publicly available information concerning the Federal Governments' declarants on which they rely. Such documents are judicially noticeable to establish public knowledge of their contents. *In re Silver Lake Grp., LLC Sec. Litig.*, 108 F.4th 1178, 1185 n.3 (9th Cir. 2024) (affirming district court's judicial notice of "news articles and a congressional press release"). The facts in support of Proposed-Intervenors' request are as follows:

1. In this fast-moving litigation, and in response to the United States's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (TRO), ECF No. 62, this Court set a briefing schedule, requiring the Federal Government to "file an omnibus reply" "no later than 3:00 p.m. PT on Sunday October, 25, 2026." ECF No. 78 (highlighting in original). The Federal Government filed a reply on that date. ECF No. 100.

2. Less than 15 hours before the hearing on their TRO, and without seeking leave, the Federal Government also filed "Supplemental Declarations." ECF No. 107,

attaching four additional declarations.

3. Two of the Supplemental Declarations were from Nicolas Bartell, ECF Nos. 107-1, 107-2, and one was from Eric McLoughlin, ECF No. 107-3. Bartell and McLoughlin have previously submitted declarations, ECF Nos. 62-2, 62-3, and these latest filings appear to be belated efforts to respond to arguments and evidence from the Defendants and Proposed Intervenor-Defendants. Mr. Bartell's second supplemental declaration states, for the first time, that the U.S. Citizenship and Immigration Services (USCIS) has been "enhanc[ing] voter data through Lexis Nexis's Accurint Service (Accurint)." ECF No. 107-2 ¶ 15.

4. Dr. Oskooii's supplemental declaration, attached as **Exhibit A**, explains, *inter alia*, that the second declarations submitted by Mr. Bartell and Mr. McLoughlin "do not alleviate any of the concerns I expressed in my initial report." Ex. A ¶ 4. Dr. Oskooii further explains that McLoughlin "still does not fully address the provenance of the version of the California voter file that HSI used." *Id.* ¶ 5. Further, Dr. Oskooii describes that the Federal Government's reliance on Accurint, "is likely to yield a higher percentage of false positives or mismatches" and describes various issues with the reliability of Accurint data. *Id.* ¶¶ 8-11.

5. The Federal Government also submitted a declaration from Clinton Curtis, the current Registrar of Voters for Shasta County, California, ECF No. 107-4, in which Mr. Curtis makes numerous conclusory claims about the feasibility of the Federal Government's relief.

6. In response, Proposed Intervenor-Defendants respectfully request that this Court take judicial notice of various pieces of information articles regarding Mr. Curtis, particularly articles regarding Mr. Curtis's handling of ballots in Shasta County. All of this information is publicly available and would have been available to the Federal Government when it decided to rely upon Mr. Curtis's declaration.

a. During this summer's election, in which he was also a candidate, Mr. Curtis locked ballots in a storage room, "slapped a padlock on the door, ordered subordinates to destroy the keys and reported his suspicions," to the Federal Government. Patrick Marley, *An election chief lost. Then he padlocked the ballots and called the FBI*, Wash. Post (Oct. 4, 2026), https://www.washingtonpost.com/politics/2026/10/04/shasta-countys-election-chief-lost-then-he-locked-up-ballots/. A true and correct copy of this article is attached as **Exhibit B**.

b. During that same period, Mr. Curtis questioned the validity of ballots based on feel and smell. *Id.*; Lynn La, *He said his election might have been stolen. Then the FBI came*, Cal Matters (Sep. 22, 2026), https://calmatters.org/newsletter/shasta-county-election-fbi/. A true and correct copy of this article is attached as **Exhibit C**.

c. Mr. Curtis had no election experience prior to his appointment in 2025. He has repeatedly aligned himself with groups and individuals that deny the validity of elections and promote "dubious claims of voting irregularities." Ryan Sabalow, *Election denier likely loses job in Shasta County. But voters back hand-counting ballots*, Cal Matters (June 3, 2026), https://calmatters.org/politics/2026/06/california-primary-election-shasta-county/. A true and correct copy of this post is attached as **Exhibit D.**

d. On August 11, 2026, the Shasta County Board of Supervisors voted to censure Mr. Curtis and denounce his "ongoing and flagrant violations of Shasta County's Personnel Rules." *Shasta County Disavows Violations of Personnel Rules and Policies by Clint Curtis, County Clerk/Registrar of Voters*, Shasta Cnty. (Aug. 14, 2026),

https://www.shastacounty.gov/community/page/shasta-county-disavows-violations-personnel-rules-and-policies-clint-curtis-county. A true and correct copy of this post is attached as **Exhibit E.**

Dated: October 27, 2026

Respectfully submitted,


*/s/ Aseem Mulji*

Norman L. Eisen* (DC Bar No. 435051)
norman@democracydefenders.org
Tianna Mays* (DC Bar No. 21597)
tianna@democracydefenders.org
Pooja Chaudhuri** (SBN 314847)
pooja@democracydefenders.org
Jacki Anderson* (DC Bar No. 1531821)
jacki@democracydefenders.org
Beauregard Patterson* (WI Bar No. 1102842)
beauregard@democracrydefenders.org
Jacob Kovacs-Goodman* (DC Bar No. 90032363)
jacob@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE #15180
Washington, DC 20003
(202) 601-8678

Kristen M. Clarke* (DC Bar No. 973885)
kclarke@naacpnet.org
Anthony P. Ashton* (MD Bar No. 25220)
aashton@naacpnet.org
Olivia N. Sedwick* (DC Bar No. 1600928)
osedwick@naacpnet.org

Aseem Mulji (SBN 330354)
amulji@campaignlegalcenter.org
Anna Baldwin* (DC Bar No. 998713)
abaldwin@campaignlegalcenter.org
Sejal Jhaveri* (DC Bar No. 90043488)
sjhaveri@campaignlegalcenter.org
Daniel S. Lenz* (WI Bar No. 1082058)
dlenz@campaignlegalcenter.org
David Kronig* (DC Bar No. 1030649)
dkronig@campaignlegalcenter.org
William Hancock* (DC Bar No. 90002204)
whancock@campaignlegalcenter.org
Heather Szilagyi* (DC Bar No. 90006787)
hszilagyi@campaignlegalcenter.org
Robyn K. Bitner* (DC Bar No. 1617036)
rbitner@campaignlegalcenter.org
**CAMPAIGN LEGAL CENTER**
1333 New Hampshire Ave. NW, Ste. 300
Washington, DC 20036
(202) 736-2200

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 Mt. Hope Drive
Baltimore, MD 21215
(410) 580-5777

Jonah Lalas (SBN 286755)
jlalas@altber.com
**ALTSHULER BERZON LLP**
350 W Colorado Blvd.
Pasadena, CA 91105
(323) 963-8693

Stacey M. Leyton (SBN 203827)
sleyton@altber.com
Danielle Leonard (SBN 218201)
dleonard@altber.com
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

**Pro hac vice application forthcoming or pending*
***Admission application forthcoming*

*Counsel for Proposed Intervenor-Defendants League of United Latin American Citizens; NAACP; NAACP California/Hawaii State Conference; NAACP Los Angeles Branch*