# EXHIBIT C

WHATMATTERS

# He said his election might have been stolen. Then the FBI came

BY LYNN LA
SEPTEMBER 22, 2026



Shasta County Clerk and Registrar of Voters Clint Curtis at the Market Street elections office in Redding on Sept. 17, 2026. Photo by Salvador Ochoa for CalMatters

The Northern California County that often seems to be at the center of election drama is bracing for **another potentially bumpy one**.

As CalMatters' Ryan Sabalow explains, Shasta County residents in June ousted Registrar of Voters Clint Curtis. But the longtime conspiracy theorist and election denier still has the remainder of his term to oversee the November general election.

So will Curtis — who locked away ballots after making claims of election fraud in the most recent election — carry out his duty to tally every vote in the county accurately?

Curtis insists he will.

He built a political brand on claims of finding evidence of election fraud. In 2025, far-right members of the county's board appointed the Florida attorney to run the office, even though he had never officially worked in elections.

Curtis accused his predecessors of stuffing ballots to sway elections — an odd claim to make for a Republican considering that the rural, ultra-conservative county regularly votes for President Donald Trump and his causes, such as banning mail-in ballots and requiring voter ID.

After the June election, in which Curtis was on the ballot and lost, he courted the attention of the Trump administration by claiming ballots looked and felt funny, and some even "smelled wrong."

To him, this was evidence of bad actors fixing elections. In August, Curtis said he put a padlock on the door where he stored the ballots, and then threw away the key in an effort to preserve them as evidence. Last week FBI agents arrived to inspect the room, Curtis said. A federal grand jury in Sacramento also ordered him to bring boxes containing the ballots, though it's unclear if he will.

His successor, a former Shasta County elections official, starts their term in January. Until then — as an election that is likely to be fraught with accusations of election fraud heats up — Curtis plans to ride out the federal and state probes into his claims.

Asked who might be stuffing ballot boxes in Shasta County, Curtis shrugged it off.

- **Curtis:** "Who knows? Who cares? I don't try to get into who did or why (they) did, only if they did."

**Read more**.

**Join CalMatters, St. John's Community Health and Health Justice United** on Saturday in Compton for a free screening of The Cut, our documentary that follows community health clinics fighting to hold the line against federal Medicaid cuts. A panel discussion with L.A. County Supervisor Holly Mitchell, St. John's Community Health President and CEO Jim Mangia and Kristen Hwang, director of The Cut, will follow. **Register today**.

# OTHER STORIES YOU SHOULD KNOW