# EXHIBIT E

Search

# Shasta County Disavows Violations of Personnel Rules and Policies by Clint Curtis, County Clerk/Registrar of Voters

**News Release Date:**08-14-2026

Back to News

Following a 3-1 vote to censure Clint Curtis, Shasta County Clerk/Registrar of Voters, during their regular meeting on Tuesday, August 11, 2026, the County of Shasta, in tandem with a majority of the Board of Supervisors, disavows and denounces all ongoing and flagrant violations of Shasta County's Personnel Rules (available online at: https://www.shastacounty.gov/personnel/page/policies) by the County Clerk/Registrar of Voters.

Consistent with Chapter 22 of the Personnel Rules, *Policy Against Discrimination, Harassment, Abusive Conduct and Retaliation,* all employees, including Department Heads and Elected Officials, are strictly prohibited from engaging in discrimination, harassment, or retaliation of any kind, against any employee. This includes disrespectful, abusive, and unprofessional conduct, such as making unfounded allegations that have not been investigated.



Mr. Curtis has repeatedly been advised of appropriate procedures for addressing and investigating personnel matters and advised of the importance of maintaining confidentiality of such matters. His recent actions making statements regarding findings of employee misconduct without proper investigation demonstrates complete disregard for those procedures as well as employees' due process rights.

Department Heads and Elected Officials are expected to uphold the highest standards of conduct and leadership. They are entrusted with preserving public confidence, protecting the integrity of their office, and honoring their fiduciary responsibility to taxpayers. Mr. Curtis' behavior is inconsistent with these standards and harmful to employees involved.

Any employee who has a concern related to or believes they have been the subject of unlawful discrimination, harassment, or abusive conduct, should report it immediately to their direct Supervisor, Department Head, and/or County Personnel.

Every County employee is a valued member of the organization, providing essential services to the community each day. Every person who works here should feel safe, respected, and supported. No one should ever experience abuse, discrimination, or harassment in their workplace. The County of Shasta is committed to protecting our employees and ensuring they have the environment they need to do their best work, free from fear, mistreatment, or retaliation.

## Supporting Documents

PDF **Clerk/ROV conduct and county employees.pdf**
173.73 KB

## Community

## CONTACT INFORMATION

**Phone Number**

Shasta County Administrative Office (530) 225-5561

**Email**

Contact Group

**Office Hours**