**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 2:26-cv-12025-DOC-AJR Date: October 27, 2026

Case Title: United States of America v. State of California et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
| --- | --- |
| Courtroom Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
Daniel Beck , Bilal Ali "Bill" Essayli
Andrew Darlington, Robert Renner
Julie Ann Hamill

**ATTORNEYS PRESENT FOR DEFENDANT:**
Christina McCall, Anne Bellows
Michael Cohen, Christopher Pelham
Abigail Urquhart, Alex Scandroli
Christine Bass, Kyra Sikora
Sharanya Mohan, Nicholas Werle
Michael P. Moore

**ATTORNEYS PRESENT FOR INTERVENORS:**
Norman Eisen, Branden Lewiston, Julianna Astarita, Tyler Bishop, Uzoma Nkwonta, Anna Baldwin, Danielle Leonard, Pooja Chaudhuri

**PROCEEDINGS:** **ORDER TO SHOW CAUSE HEARING RE UNITED STATES GOVERNMENT'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Court hears oral argument, and the application is taken under submission. The Court's written order to be issued.

The Court orders the transcript for these proceedings be produced forthwith at the Government's expense, billed at the daily rate. The Court orders the transcript be made available on the public docket immediately.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

**cc:** CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

02 : 20

Initials of Deputy Clerk: kdu