NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees,

---------------------------------------

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Pending.

No. 26-7070

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Any petition for panel rehearing or rehearing en banc from the panel's October 26, 2026, order is due at 7:00 p.m. Pacific Time on Monday, October 26.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT