**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-12025-DOC-ADS Date: October 29, 2026

Title: United States of America v. State of California et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER APPOINTING DANIEL B. GARRIE AS SPECIAL MASTER, SETTING HEARING, AND SETTING BRIEFING SCHEDULE**

The Court **ORDERS** an **EXPEDITED** hearing on State Defendant's Motion to Dismiss, County Defendant's Motion to Dismiss, and Plaintiff's Motion for a Preliminary Injunction. The Court further **SETS** an **EXPEDITED** briefing schedule:

1. Intervenor Defendants may file a Motion to Dismiss by Monday, November 2, 2026.
2. County and State Defendants may file amended Motions to Dismiss by Monday, November 2, 2026.
3. The United States of America must file an omnibus Opposition by Friday, November 6, 2026.
4. All Defendants who moved to dismiss the suit must file Reply briefs by Tuesday, November 10, 2026.
5. By Friday, November 6, 2026, all parties must submit witness lists, including expert witnesses, regarding the reliability of the October List and the methodology Plaintiff used to produce it.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-12025-DOC-ADS Date: October 29, 2026



The parties are further ordered to **APPEAR** for a hearing at 10:00 a.m. on Friday, November 13, 2026 in Courtroom One at the Felicitas and Gonzalo Mendez United States Courthouse (formerly, the "First Street Courthouse"). All witnesses submitted to the Court by November 6, 2026 shall be prepared to take the stand at this hearing.

The Court also **APPOINTS** Daniel B. Garrie as Special Master in this case. Mr. Garrie will serve as a technical Special Master to assist the Court in developing the factual record.

The Parties are instructed to provide to the Special Master, by e-mail or by electronic media, courtesy copies of all motion briefing promptly upon filing. Mr. Garrie's contact information is as follows:

Daniel B. Garrie
JAMS
515 South Flower Street Suite 4500
Los Angeles, CA 90071
(213) 620-1133
dgarrie@jamsadr.com

Costs for the Special Master will be split between Plaintiff and State and County Defendants. Plaintiff will be responsible for 50% and Defendants will be responsible for 50%.

**IT IS SO ORDERED.**