DAWYN R. HARRISON, COUNTY COUNSEL
PETER BOLLINGER, ASST. COUNTY COUNSEL (SBN 241752)
EVA CHU, SNR DEP. COUNTY COUNSEL (SBN 235356)
ADAM H. BAUMGARTEN, SNR. DEP. COUNTY COUNSEL(SBN 292095)
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0809
pbollinger@counsel.lacounty.gov
echu@counsel.lacounty.gov
abaumgarten@counsel.lacounty.gov

CHRISTOPHER K. PELHAM (SBN 241068)
ABIGAIL G. URQUHART (SBN 310547)
ALEX J. SCANDROLI (SBN 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
abigail.urquhart@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**DEFENDANT DEAN C. LOGAN'S OPPOSITION TO PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR INJUNCTION PENDING APPEAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(d)**

Hon. David O. Carter
United States District Judge

**PUBLIC RIGHTS PROJECT**
Joshua Karsh (pro hac vice)*
Toby R. Merrill (pro hac vice)**
Sharanya Mohan (CA Bar No. 350675)
Christine E. Bass (CA Bar No. 334002)
Kyra Sikora (CA Bar No. 345896)
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
joshua.karsh@publicrightsproject.org
toby.merrill@publicrightsproject.org
sai.mohan@publicrightsproject.org
christine.bass@publicrightsproject.org
kyra.sikora@publicrightsproject.org

** Licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Seth P. Waxman (pro hac vice)***
Michael P. Moore, Jr. (pro hac vice)***
Daniel S. Volchok (pro hac vice)***
Nicholas R. Werle (pro hac vice)***
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
pat.moore@wilmerhale.com
nick.werle@wilmerhale.com

***** Licensed in Washington, D.C., Maryland, Massachusetts, or New York. Not licensed to practice law in California.*

Attorneys for Defendant
DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk

Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk (the "County"), opposes Plaintiff United States of America's renewed request under Federal Rule of Civil Procedure 62(d) for an injunction pending appeal (Dkt. 153) (the "Renewed Request").

On October 28, 2026, the Court denied the United States' Application for a Temporary Restraining Order. (Dkt. 149.) The same day, the United States noticed an appeal from that Order, (Dkt. 152), and filed the Renewed Request, which offers no new evidence or argument and instead incorporates the United States' prior briefing and arguments presented at the October 27, 2026, hearing. (Dkt. 153.)

In opposing the Renewed Request, the County likewise incorporates the arguments made in its Opposition to Plaintiff's *Ex Parte* Application for Temporary Restraining Order and the supporting Declarations of Christopher Pelham, Aman Bhullar, and Monica Flores (Dkts. 32-1–32-4), its Opposition to the United States' prior *Ex Parte* Application for Preliminary Injunction re Rule 62(d) Injunction Pending Appeal (Dkt. 96), and the arguments presented on the County's behalf at the October 27, 2026, hearing (Dkt. 150).

Those papers, and the Court's October 28 Order, dispose of the Renewed Request. The Court has already found that the United States likely does not have standing or a cause of action and does not meet any of the elements required to grant the extraordinary relief of a Temporary Restraining Order. (Dkt. 149 at 9–26.) The Renewed Request does not submit additional evidence or argument that would contravene those findings or otherwise support injunctive relief. Accordingly, the County respectfully requests that the Court deny the Renewed Request.



DOCUMENT PREPARED ON RECYCLED PAPER

Dated: October 29, 2026

**NORTON ROSE FULBRIGHT US LLP**

By: ______________________________

CHRISTOPHER PELHAM
ABIGAIL URQUHART
ALEX SCANDROLI

**PUBLIC RIGHTS PROJECT**
JOSHUA KARSH *
TOBY R. MERRILL **
SHARANYA MOHAN
CHRISTINE E. BASS
KYRA SIKORA

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SETH P. WAXMAN ***
MICHAEL P. MOORE ***
DANIEL S. VOLCHOK ***
NICHOLAS R. WERLE ***

*Attorneys for Defendant Dean C. Logan, in his official capacity as the County of Los Angeles Registrar- Recorder/County clerk.*

** Pro hac vice; licensed in Illinois and Washington, D.C. Not licensed to practice law in California.*

*** Pro hac vice; licensed in Massachusetts and New York. Not licensed to practice law in California.*

**** Pro hac vice; licensed in Washington, D.C., Maryland, Massachusetts, or New York not licensed to practice law in California.*



DOCUMENT PREPARED ON RECYCLED PAPER