UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Appellees,

STATE OF CALIFORNIA; et al.,

Defendants - Appellees.

No. 26-7231

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

Before: BENNETT, BUMATAY, and SANCHEZ, Circuit Judges.

On October 29, 2026, appellant filed a motion for injunction pending appeal at Docket Entry No. 28. Named defendants-appellees must file a response to the motion by October 30, 2026 at 9:00 a.m. PDT.

Intervenor-defendants-appellees may file a response to the motion by October 30, 2026 at 9:00 a.m. PDT.