ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS (SBN 293722)
MICHAEL S. COHEN (SBN 339846)
LISA C. EHRLICH (SBN 270842)
ANDREW E. KUSHNER (SBN 316035)
CHRISTINA M. MCCALL (SBN 234139)
Deputy Attorneys General
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
Telephone: (916) 210-6090
Fax: (916) 324-8835
E-mail: Michael.Cohen@doj.ca.gov
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, in her official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA and SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder / County Clerk,**<br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br>**NOTICE REGARDING STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>Date: November 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. David O. Carter<br>Trial Date: Not Set<br>Action Filed: October 15, 2026 |

PLEASE TAKE NOTICE that, on October 29, 2026, the Court ordered that the Los Angeles County and State Defendants "may file amended Motions to Dismiss by Monday, November 2, 2026." ECF No. 159. State Defendants will stand on their Motion to Dismiss already on file with the Court, ECF Nos. 65, 65-1, 65-2, 65-3, which identifies the numerous reasons why Plaintiff's claim fails as a matter of law. Since that filing, this Court and the Ninth Circuit Court of Appeals have further confirmed that Plaintiff has failed to bring a legally cognizable claim. *See* ECF No. 149; *United States v. California*, __ F.4th __, 2026 WL 3268272 (9th Cir. Oct. 30, 2026); *United States v. California*, __ F.4th __, 2026 WL 3212945 (9th Cir. Oct. 26, 2026); *see also United States v. California*, No. 26A624 (U.S. Nov. 2, 2026) (denying application for injunction pending appeal). Other courts have also considered and enjoined aspects of the federal government's conduct in this case. *See Coal. for Humane Immigrant Rights v. Dep't of Homeland Security*, 1:26-cv-03072-JEB, ECF No. 48 (D.D.C. Nov. 2, 2026); *Serv. Emp. Int'l Union, AFL-CIO v. United States Dep't of Justice*, 3:26-cv-12800-TLT, ECF No. 26 (N.D. Cal. Oct 30, 2026).

For the reasons set forth in State Defendants' previously filed Motion, State Defendants respectfully request that the Court grant their Motion to Dismiss this case.

Dated: November 2, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
SETH E. GOLDSTEIN
Supervising Deputy Attorney General
ANNE P. BELLOWS
LISA C. EHRLICH
ANDREW E. KUSHNER
CHRISTINA M. MCCALL
Deputy Attorneys General

/s/ *Michael S. Cohen*

MICHAEL S. COHEN
Deputy Attorney General
*Attorneys for Defendants State of California and California Secretary of State Shirley N. Weber, Ph.D.*