UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025

**[PROPOSED] ORDER GRANTING DEFENDANT DEAN C. LOGAN'S AMENDED MOTION TO DISMISS PLAINTIFF UNITED STATES OF AMERICA'S COMPLAINT**

On November 2, 2026, Defendant Dean C. Logan, acting in his official capacity as the Los Angeles County Registrar-Recorder/County Clerk (the "County"), filed an Amended Motion to Dismiss the Complaint filed by Plaintiff United States of America pursuant to Fed. R. Civ. Proc. 12(b) ("Motion").

The Court, having considered the County's Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Complaint is dismissed in its entirety as to all claims asserted against the County.

2. Plaintiff is denied leave to file an amended complaint against the County.

3. The County is hereby dismissed from the action.

IT IS SO ORDERED.

Dated:

______________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE