Andrew G. Pappas (SBN 266409)
apappas@omlaw.com
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000

*Attorney for Amicus Curiae*
*Bipartisan American Election Project*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar- Recorder/County Clerk,

Defendants.

Case No. 2:26-cv-12025-DOC-ADS

**DECLARATION OF ANDREW G. PAPPAS**

Hearing Date: Friday, Nov. 13, 2026
Time: 10:00 a.m.
Courtroom: 1
Judge: Hon. David O. Carter

I, Andrew G. Pappas, declare as follows:

1. I am a U.S. Citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am an attorney at Osborn Maledon, P.A. and am counsel for the proposed *amicus curiae* Bipartisan American Election Project ("BAEP").

3. On October 29, 2026, I contacted the parties' counsel via email to seek their consent to BAEP's filing an amicus brief in this matter.

4. The same day, counsel for Plaintiff United States of America responded by email that the United States takes no position; counsel for Defendants State of California and Shirley N. Weber responded by email that the state defendants do not oppose amicus briefs; counsel for Defendant Dean C. Logan responded that he consents; and counsel for Intervenor-Defendants Services, Immigrant Rights & Education Network, Mi Familia en Accion, League of United Latin American Citizens, and NAACP, respectively, responded that they consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2026.

By /s/ Andrew G. Pappas
Andrew G. Pappas