UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar-Recorder/County Clerk,<br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF**<br>Date: Friday, Nov. 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. David O. Carter |

On November 3, 2026, the Bipartisan American Election Project ("BAEP") moved for leave to file an *amicus curiae* brief. Upon due consideration, BAEP's motion is GRANTED.

SO ORDERED on this __________ day of __________, 2026.

______________________________
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE