Andrew G. Pappas (SBN 266409)
apappas@omlaw.com
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
602-640-9000

*Attorneys for Amicus Curiae*
*Bipartisan American Election Project*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, SHIRLEY N. WEBER, in her official capacity as the California Secretary of State, and DEAN C. LOGAN, in his official capacity as the County of Los Angeles Registrar- Recorder/County Clerk,<br><br>Defendants. | Case No. 2:26-cv-12025-DOC-ADS<br><br>**CORPORATE DISCLOSURE STATEMENT OF THE BIPARTISAN AMERICAN ELECTION PROJECT**<br><br>Date: Friday, Nov. 13, 2026<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Judge: Hon. David O. Carter |

Under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, *Amicus Curiae* the Bipartisan American Election Project states that it has no parent corporation; no publicly held corporation owns 10% or more of its stock; and no person, association of persons, firm, partnership, or corporation has a pecuniary interest in the outcome of this case.

/ / /

DATED this 3rd day of November, 2026.

OSBORN MALEDON, P.A.

By /s/ Andrew G. Pappas
Andrew G. Pappas
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

*Attorneys for Amicus Curiae Bipartisan American Election Project*