NOT FOR PUBLICATION

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,<br><br>Intervenors - Appellees,<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants - Appellees. | No. 26-7231<br><br>D.C. No.<br>2:26-cv-12025-DOC-ADS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: S.R. THOMAS, Senior Circuit Judge and En Banc Coordinator.

No party filed a petition for rehearing en banc from the panel's October 30, 2026, order. A deadline was set by which any judge could request a vote on whether the panel's October 30, 2026, order should be reheard en banc. No judge requested a vote within the time period. Accordingly, en banc proceedings with respect to the panel's order are concluded.