UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors - Appellees,

STATE OF CALIFORNIA; et al.,

Defendants - Appellees.

No. 26-7231

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

ORDER

The briefing schedule in this case will proceed as follows: the opening brief is due November 30, 2026. The answering brief is due December 30, 2026. The optional reply brief is due within 30 days after service of the last-filed answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT