JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# CIVIL MINUTES – GENERAL

Case No. 2:26-cv-12025-DOC-ADS Date: November 10, 2026

Title: United States of America v. State of California et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER CLOSING CASE**

This lawsuit attempted to disrupt an ongoing election and create confusion and uncertainty for voters and election workers alike. The right to vote is sacred. So, too, is trust in our democracy. Upon recent receipt of the Department of Justice's unilateral withdrawal of its Complaint in its entirety, and pursuant to the Department's request, the expedited hearing this Court set regarding the validity of the government's list for Friday, November 13, 2026 is now **MOOT** and hereby vacated. In light of the government's withdrawal, this case is **CLOSED**.

:

**Initials of Deputy Clerk** kdu