UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; SHIRLEY WEBER, PH.D., in her official capacity as the California Secretary of State; et al.,

Defendants – Appellees,

SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,

Intervenors – Appellees.

No. 26-7231

D.C. No.
2:26-cv-12025-DOC-ADS
Central District of California,
Los Angeles

**ORDER**

Before: BENNETT, BUMATAY, and SANCHEZ, Circuit Judges.

Appellant United States of America voluntarily dismissed its action before the district court, and the district court has closed the case. Within ten (10) days from the date of this order, the United States shall notify this court of what it intends to do with this appeal.