UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants – Appellees,<br><br>SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK; et al.,<br><br>Intervenors – Appellees. | No. 26-7231<br><br>D.C. No.<br>2:26-cv-12025-DOC-ADS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: BENNETT, BUMATAY, and SANCHEZ, Circuit Judges.

Plaintiff-Appellant moved to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). Dkt. No. 63. The motion states that "Defendants-Appellees and Intervenor-Defendants-Appellees consent to dismissal but have reserved the right to seek costs and fees." *Id.*

The motion to dismiss is GRANTED without prejudice to Defendants-Appellees and Intervenors-Appellees seeking costs and fees. This order serves as the mandate of the court.